UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 98-917-CIV-HOEVELER

ASSOCIATION FOR DISABLED
AMERICANS, INC., *et al.,*

      Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC.,

      Defendant.

_____/

NIGHT BOX
FILED

MAR - 3 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**JOINT MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF
PROPOSED CONSENT DECREE; CONDITIONALLY CERTIFYING THE
SETTLEMENT CLASS; DIRECTING NOTICE TO THE CLASS; AND SCHEDULING
A FAIRNESS HEARING, WITH SUPPORTING MEMORANDUM OF LAW**

Plaintiffs, Jorge Luis Rodriguez, Thomas Schmokel, Robert Cohen, Vatrice Rivera, Pat

Kennedy, Daniel Ruiz, on their own behalf and on behalf of all other individuals similarly

situated, and the Association for Disabled Americans (collectively, the "Plaintiffs") and

Defendant, Publix Super Markets, Inc. ("Publix"), pursuant to Rule 23(c) of the Federal Rules of

Civil Procedure, hereby move the Court for the entry of an Order granting the following:

    1.      Preliminary approval of the proposed Consent Decree attached hereto as Exhibit

"A";

    2.      Conditional certification of the Settlement Class, as defined in Section 5.23 of the

Consent Decree;

3.      Approval of the Notice attached to the Consent Decree as Exhibit 6 and an Order directing that the Notice be distributed to the class as set forth in Section 22.4 of the Consent Decree; and

4.      Setting a schedule for notice to the class, for objections and responses thereto, and for a fairness hearing for final approval of the Consent Decree and class action in accordance with Rule 23 of the Federal Rules of Civil Procedure.  (A proposed order is attached as Exhibit "B").

In support of their request, the parties submit the following Memorandum of Law.

## MEMORANDUM OF LAW

### I.      Procedural and Factual Background

In 1998, Plaintiffs, individuals with mobility, dexterity, vision, and/or hearing disabilities, and the Association for Disabled Americans, Inc., an organization dedicated to promoting the accessibility of public facilities, brought a single count action against Publix Super Markets, Inc. ("Publix"), alleging violations of Title III of the Americans with Disabilities Act, ("ADA") at seven (7) supermarkets owned, leased or operated by Publix in South and North Florida. Plaintiffs sued on behalf of themselves and all other similarly situated individuals.  Publix did not concede any of the alleged discriminatory practices and maintains that it has not violated the ADA.  On January 21, 1999, plaintiffs amended the Complaint to include additional locations in Florida and Georgia, and on May 10, 1999, filed a motion seeking class certification pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure.  The motion was stayed to allow the parties to fully explore and finalize a settlement.

Shortly thereafter, the parties began extensive and complex settlement negotiations, on a class-wide basis, for all of Publix's stores in Florida, Georgia, Alabama, South Carolina, and

Tennessee (the "Geographic Area"), and undertook to investigate and survey the issues raised by Plaintiffs' allegations of non-accessibility. The parties retained experts to review the multitude of ADA compliance issues and to formulate an agreeable course of action. In the course of their investigation, the parties and their experts have surveyed numerous Publix locations and have field-tested the documents referenced by the Consent Decree. After a full-day mediation before a private mediator, a two-day mediation conference before Magistrate Turnoff, and extensive and numerous conversations between the parties' respective experts and counsel, the parties have now reached a vigorously negotiated good faith agreement in settlement of this case. The settlement is clearly in the best interest of the class.

**II.    Summary of Consent Decree Terms**

The following is a summary of the terms of the proposed settlement, fully set forth in the Consent Decree:

1.    The class to be certified consists of: all persons with mobility, dexterity, hearing, and/or visual disabilities, as defined by the ADA or under any state or local law within the relevant Geographic Area, as defined in Section 5.12 of the Consent Decree, who have or claim they have, or will have or will claim they have been, prior to and during the term of the Consent Decree, the right to assert a claim against Publix under Title III of the ADA and/or any state or local accessibility statute within the Geographic Area.

2.    Publix will complete the Accessibility Enhancements set forth in Exhibit 3 to the Consent Decree and modified by Exhibit 4 to the Consent Decree, for all of its company-owned, leased or operated supermarkets within the timeframes set forth in Section 17 of the Consent Decree. The vast majority of Accessibility Enhancements will be completed within four (4) years following the date of final approval of the Consent Decree.

3.      Class Counsel and the Plaintiffs' expert will have certain opportunities to inspect a random and representative sample of Publix supermarkets to ensure compliance with the Consent Decree.

4.      Publix will promulgate and implement written policies regarding the provisions of Title III of the ADA and related customer services at all Publix supermarkets.

5.      Publix will pay to Class Counsel, as defined in section 5.8 of the Consent Decree, and Plaintiff's expert, as defined in section 5.18 of the Consent Decree, the total amount of $160,000.00 ("Settlement Sum") as payment for reasonable attorneys' fees, costs, and litigation expenses, including reasonable expert fees and costs incurred in pursuing this litigation and settling this matter from the commencement of this litigation through Final Approval of the Consent Decree.[1]

6.      Publix will bear the cost of notice to the class.  Notice will be through (1) publication of notice in each of the following newspapers: The Miami Herald, The Fort Lauderdale Sun Sentinel, The Tampa Tribune, The Orlando Sentinel, The Florida Times Union, and The Atlanta Journal-Constitution; (2) posting notice on specified internet locations; (3) paying the cost of a toll free telephone line as outlined in Section 22.4.d of the Consent Decree; and (4) posting notice in conspicuous locations at each Publix Super Market in the Geographic Area.

7.      In return for the consideration provided for in the Consent Decree, Plaintiffs, on behalf of themselves and all members of the Settlement Class, will provide Publix with a full and

---

[1] Pursuant to the terms of the Consent Decree, Defendant is only obligated to pay the Settlement Sum, as defined in the Consent Decree, to Class Counsel and Plaintiffs' Expert, as such individuals are defined in the Consent Decree. Defendant is not obligated to pay any fees, costs, or litigations expenses to any other attorney that has entered an appearance during the course of this litigation.

complete release of any and all claims under federal law and state laws within the Geographic Area relating to accessibility at Publix supermarkets in the Geographic Area.

8.      Publix and Class Counsel have agreed that Publix is paying the Settlement Sum to Class Counsel and Plaintiffs' Expert as compensation for services performed in filing and prosecuting this action, pursuing the negotiations that resulted in the Consent Decree, and relating to the execution and final approval of the Consent Decree. Publix agrees to pay up to an additional $100,000.00 for reasonable attorneys' fees, litigation expenses, and costs incurred by Class Counsel and Plaintiffs' Expert after final approval of the Consent Decree for reasonable work performed by Class Counsel and Plaintiffs' Expert in carrying out their respective obligations under the Consent Decree.

Having agreed to a fair and reasonable settlement in the interests of all parties, the parties now seek preliminary approval of their Consent Decree, certification of the Settlement Class, approval of the proposed class notice, and an order setting a schedule for class notice, objections, and a fairness hearing. The claim for which certification is requested seeks purely injunctive relief pursuant to Fed. R. Civ. P. 23(a), 23(b)(2), and the ADA. The common goal of the proposed class is to provide access for individuals with disabilities to the goods, services, programs, facilities, privileges and advantages of supermarkets owned, leased, or operated by Publix.

### III.    Argument and Citation of Authority

#### A.    Preliminary Approval of the Consent Decree is Proper

Class action settlement agreements are subject to a two-step approval process. The first step is an order upon a motion for preliminary approval of the settlement to determine if the proposed settlement falls within a range of court approval. Preliminary or conditional approval

allows parties to avoid the expense of giving notice to a class of a settlement agreement that cannot possibly gain court approval. *In re Skinner Group*, 206 B.R. 252 (Bankr. N.D. Ga. 1997); *Horton v. Merrill Lynch, Pierce, Fenner & Smith*, 855 F.Supp. 825, 827 (E.D.N.C. 1994).

Once the proposed settlement agreement receives preliminary approval, the parties provide notice to the class in a manner determined by the court. A district court has broad discretion in determining the kind of notice to employ in alerting class members to a proposed settlement agreement and settlement agreement hearing, subject to the broad reasonableness standards imposed by due process. *Battle v. Liberty Nat'l Life Ins. Co.*, 770 F.Supp. 1499, 1520 (N.D. Ala. 1991), *aff'd*, 974 F.2d 1279 (11th Cir. 1992); *Mendoza v. United States of America*, 623 F.2d 1338, 1350-51 (9th Cir. 1980), *disapproved on other grounds*, 475 U.S. 717 (1986). Under Fed. R. Civ. P. 23(d)(2), the district court may require notice to the class in such a manner as the court may direct. Notice is discretionary in a Rule 23(b)(2) class, such as the proposed settlement class in this case. *Association for Disabled Americans v. Amoco Oil Co.*, 211 F.R.D. 457, 466 (S.D. Fla. 2002)(citations omitted). Where, as here, individual notice to each class member is not practical or possible, notice by publication is sufficient. *Id.* Indeed, in *Amoco*, an action involving a Rule 23(b)(2) class of disabled individuals in the United States, this Court characterized as exceptional notice provisions similar to those delineated in the attached proposed Consent Decree. *Id.*

Once the court grants preliminary approval and notice is provided, the court conducts a fairness hearing, at which all interested parties are afforded an opportunity to be heard. *Skinner*, 206 B.R. 252; *Horton*, 855 F.Supp. at 827. At the fairness hearing, the court conducts a substantive evaluation of the proposed settlement agreement to determine whether it is fundamentally fair, adequate, and reasonable. *Id.*; *Offices for Justice v. Civil Serv. Comm'n*, 688

F.2d 615, 625 (9th Cir. 1982); *Amoco*, 211 F.R.D. at 466 (citations omitted). The court will also look to see that the settlement is not the product of collusion between the parties. *Bennett v. Behring Corp.*, 737 F.2d 982, 986 (11th Cir. 1984). In addition, the court must consider the general overriding public interest strongly favoring settlement of class actions. *Cotton v. Hinton*, 559 F.2d 1326, 1330 (5th Cir. 1977).

In this case, the Court should grant preliminary approval of the Consent Decree, order publication of the requested notice, and proceed to a fairness hearing. The proposed Consent Decree is fair and adequate, since Publix has agreed to undertake costly significant alterations *beyond the present requirements of Title III or its implementing regulations* to its owned, leased and operated supermarkets in order to improve accessibility for disabled patrons, even though Publix disputes that its facilities are inaccessible and there has been no finding of liability. Moreover, the proposed settlement is the most efficient and effective means to effectuate greater access to Publix supermarkets for the largest possible population of class members.

The proposed Consent Decree is also reasonable. In this case, the settlement outlined in the Consent Decree was reached after several years of arms-length settlement discussions, including a day-long mediation conference before a private mediator and a subsequent two-day mediation session before Magistrate Turnoff, during which the parties, their counsel, and the respective experts, had a full opportunity to appraise the strengths and weaknesses of the case. *See* Declarations of Carol C. Lumpkin, Esq., and William N. Charouhis, Esq., attached as Exhibits "C" and "D", respectively. The parties' appraisal and conclusions as to the reasonableness of the settlement terms are further confirmed by the benefits provided by the Consent Decree; it avoids the risks to both sides inherent in further litigation, the costs of continued litigation, and the delay in achieving greater accessibility should litigation continue.

Absent settlement, the parties would have the right to appeal any adverse judgment at trial, which would cause further expense and delay.

The Consent Decree provides immediate benefits to both Plaintiffs and Publix by providing for accessibility enhancements at Publix supermarkets ***beyond those currently required by the ADA***, while preventing continued litigation over access issues. The Consent Decree also provides the greatest degree of uniformity in modifications to Publix supermarkets. In light of the benefits afforded the parties by the Consent Decree, as opposed to the expense, delay and risk that further litigation would entail, the Consent Decree is reasonable. Thus, this Court should grant preliminary approval of the proposed Consent Decree.

**B.     The Proposed Settlement Class Satisfies the Requirements for Certification**

The Settlement Class is defined in section 5.23 of the Consent Decree to include all persons with mobility, dexterity, hearing and/or visual disabilities as defined by the ADA or under any state or local law within the Geographic Area. In *Amchem Prods. v. Windsor*, 521 U.S. 591, 613 (1997), the Supreme Court confirmed the propriety of certifying a settlement class, and held that the analysis should focus on "whether [a] proposed class has sufficient unity so that absent members can fairly be bound by decisions of class representatives . . .." *Id.* at 621.

Here, the proposed settlement class satisfies the concerns set forth in *Amchem Products*, as well as the other prerequisites found in Fed. R. Civ. P. 23.[2] Courts (including this Court) that have been presented with a putative class of individuals with disabilities as defined by the ADA, have repeatedly held that such a class is sufficiently identifiable for purposes of satisfying this preliminary requirement for class certification in public accommodation cases. *See American*

---

[2] Absent settlement, Publix would oppose class certification due to the intractable management and other problems which would exist if this case were tried. Therefore, Publix reserves its objections to class certification if the Consent Decree is not finally approved, including, but not limited to, any objections to the adequacy of plaintiffs' representative capacity or the superiority of the class proceeding. Confronted with a class settlement, however, a district court need not inquire into this issue, since the proposal is that there be no trial. *Amchem*, 521 U.S. at 619.

*Disability Association, Inc. v. BFS Retail & Commercial Operations, LLC,* Case Number 01-6529-CIV-HUCK (S.D. Fla. October 30, 2002); *Amoco*, 211 F.R.D. at 465-66; *Access Now, Inc. v. Claire's Stores, Inc.,* Case No. 00-14017-CIV-MOORE (S.D. Fla. January 15, 2002); *Access Now, Inc. v. AHM CGH, Inc.*, 2000 WL 1809979 (S.D. Fla. July 12, 2000); *Access Now, Inc. v. Ambulatory Surgery Center Group, Ltd.*, 197 F.R.D. 522 (S.D. Fla. 2000).

Courts have similarly held that class actions brought pursuant to Title III of the ADA satisfy the other prerequisites for certification under Rules 23(a) and 23(b)(2). *Amoco*, 211 F.R.D. at 465-66 (certifying class consisting of disabled persons throughout United States in action against gas stations and convenience stores for alleged violation of Title III of the ADA); *Access Now, Inc. v. Ambulatory Surgery Ctr. Group, Ltd.*, 197 F.R.D. 522 (S.D. Fla. 2000)(certifying class consisting of all disabled persons as defined by ADA in U.S. in action against medical care facilities for failing to comply with Title III of ADA); *AHM*, 2000 WL 1809979 (same); *Colorado Cross-Disability Coalition v. Taco Bell Corp.*, 184 F.R.D. 354 (D. Colo. 1999)(certifying class of persons who use wheelchairs and scooters in action against fast food chain for failing to comply with Title III of ADA and Colorado law); *Arnold v. United Artists Theatre Circuit, Inc.*, 158 F.R.D. 439, 460 (N.D. Cal. 1994)(certifying class of disabled persons who used wheelchairs or walking aids in action against movie theaters for failing to comply with Title III of ADA and California law); *Civic Ass'n of Deaf v. Giuliani*, 915 F.Supp. 622, 634 (S.D.N.Y. 1996)(certifying class of deaf or hearing-impaired persons who sued under Title III of ADA to prevent defendants from replacing fire alarm boxes lacking notification alternatives accessible to deaf or hearing-impaired persons); *Anderson v. Department of Pub. Welfare*, 1 F.Supp.2d 456, 462 (E.D. Pa. 1998)(certifying class of persons with mobility or vision impairments that brought suit under Title III of ADA to obtain accessibility improvements

in managed health-care program); *Neff v. VIA Metro. Trans. Auth.*, 179 F.R.D. 185, 196 S.D. Ohio 1997)(certifying class of Ohio residents who purchased handicap parking placards, seeking, under ADA, to force defendants to provide such placards without charge); *Berlowitz ex. Rel. Berlowitz v. Nob Hill Masonic Mgmt.*, NO. C-96-01241 MHP, 1996 U.S. Dist. LEXIS 22599 (N.D. Cal. Dec. 6, 1996)(certifying class consisting of all persons in California with physical disabilities in action seeking removal of architectural barriers under Title III of ADA and California law); *Guckenberger v. Boston Univ.*, 957 F.Supp. 306 (D. Mass. 1997)(certifying class of students with learning disabilities or attention deficit disorder enrolled at Boston University and suffering discrimination against the learning disabled). This Court too should hold that the proposed Plaintiff class in this case is sufficiently identifiable and that all prerequisites for certification have been satisfied.

### 1.    The Proposed Class Satisfies the Prerequisites of Rule 23(a)

The prerequisites of class certification are: (1) numerosity; (2) commonality; (3) typicality; and (4) adequacy of representation. Fed. R. Civ. P. 23(a); *Amchem*, 521 U.S. at 613; *Amoco*, 211 F.R.D. at 461 (citations omitted); *AHM* at *5-6; *Ambulatory Surgery*, 197 F.R.D. at 525; *Kreuzfeld v. Carnehammar*, 138 F.R.D. 594 (S.D. Fla. 1991). All four prerequisites are satisfied here.

### a)    Numerosity

The test for numerosity is whether "the class [is] so numerous that joinder of all members is impracticable." *Phillips v. Joint Legislative Comm. on Performance & Expenditure Review*, 637 F.2d 1014, 1022 (5th Cir. 1981); Fed. R. Civ. P. 23(a)(1). The court "need not make specific findings as to the number of persons in the putative class, [but rather] 'may examine statistical data and then draw reasonable inferences from the facts in determining whether the

numerosity requirement has been met." *Amoco*, 211 F.R.D. at 462 (quotation and citations omitted).

According to the latest U.S. Census Bureau's Population Reports, issued February 2001, in 1997, 52.6 million people, or 19.7 percent of the U.S. population, had some level of disability as defined by the ADA, and 33.0 million people, or 12.3 percent of the population, had a severe disability. *See* U.S. Census Bureau, Americans With Disabilities: 1997, attached as Exhibit "E". Among the population 15 years old and over, 2.2 million used a wheelchair. *Id.*

The vast number of persons within the putative Plaintiff class in this case demonstrates that joinder is impracticable. *AHM* at *7; *see Arnold v. United Artist Theatre, Inc.*, 158 F.R.D. 439, 448 (N.D. Cal. 1994); *see also Davoll v. Webb*, 160 F.R.D. 142 (D. Colo. 1995). Finally, the Court should find that the numerosity test has been satisfied because the present class action, serves the express purpose of the ADA – "a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities . . . ." 42 U.S.C. § 12101(b)(1); *AHM* at *7. For all these reasons, this Court should conclude that the numerosity requirement of Fed. R. Civ. P. 23(a)(1) has been satisfied.

### b)    Commonality and Typicality

"The commonality and typicality requirements of Rule 23(a) tend to merge." *AHM* at *8 (quoting *General Tel. Co. v. Falcon*, 457 U.S. 147, 157 n.13 (1982)). Fed. R. Civ. P. 23(a)(2) requires this Court to determine whether "there are questions of law or fact common to the class," and Rule 23(a)(3) requires that "the claims or defenses of the representative parties are typical of the claims or defenses of the class." However, all questions of fact and law need not be common to satisfy the commonality and typicality rules. The existence of shared legal issues with divergent factual predicates is sufficient, as is a common core of salient facts coupled with

disparate legal remedies within the class. *Cox v. American Cast Iron Pipe Co.*, 784 F.2d 1546, 1557 (11th Cir. 1986)("claims actually litigated in suit must simply be those fairly represented by the named plaintiff"); *Johnson v. American Credit Co.*, 581 F.2d 526, 532 (5th Cir. 1978)("Rule 23(a)'s 'commonality' provision does not require complete identity of legal claims")(citation omitted).

By the Amended Complaint, the putative Class seeks solely injunctive relief for compliance by Publix Super Markets with the requirements of the ADA.  The requirement that there be questions of law or fact common to the class is satisfied in the context of settlement class certification, given the alleged existence of common discriminatory practices by virtue of Publix's alleged noncompliance with the ADA.  *Id.*; *see also, Amchem*, 521 U.S. 591; *Arnold*, 158 F.R.D. at 448 (accommodation of disabled at theaters and adequacy of those accommodations are issues of law and fact common to all affected disabled persons).

The named Plaintiffs seek class certification to enforce the ADA for all individuals with disbilities in the Geographical Area.  Although the claims of the absent class members may include minute factual distinctions from those of the named class representatives, the claims have the same legal predicate.  Each individual class member would raise the same claims against this same Defendant, and seek the same remedy – injunctive relief for compliance with the ADA, including the removal of structural and communication barriers to access.  Commonality and typicality are therefore sufficiently established for certification of this class.  *Amoco*, 211 F.R.D. at 463-64; *AHM* at *8-12; *Ambulatory Surgery*, 197 F.R.D. at 528; *Arnold*, 158 F.R.D. at 450; *accord Civic Ass'n of the Deaf v. Giuliani*, 915 F.Supp. at 633.

CASE NO. 98-917-CIV-HOEVELER

c)      **Adequate Representation**

The final prerequisite required by Rule 23(a) is that "the representative parties will fairly and adequately protect the interests of the class." Fed. R. Civ. P. 23(a)(4).  Thus, the Court is required to evaluate the interests of the class representative and the adequacy of class counsel. *AHM* at *13; *Ambulatory Surgery* at 528; *Cook v. Rockwell Int'l Corp.*, 151 F.R.D. 378, 386 (D. Colo. 1993).  Adequate representation is presumed in the absence of contrary evidence. *Id.*

The representative Plaintiffs in this case, like the members of the proposed class, seek injunctive relief redressing the accessibility barriers that allegedly discriminate against them and the class members.  The representative Plaintiffs have suffered the same alleged injuries as the members of the class and can adequately, fully, and fairly represent the class members in claims for relief from those injuries.  Furthermore, because there are no individual monetary damages sought, the interests of the representative Plaintiffs do not actually or potentially conflict with those of the class.  Those interests are identical, as the named Plaintiffs have allegedly suffered the same violations of the ADA as the other members of the class; their interests in injunctive enforcement of the ADA are identical.  Finally, the requested injunctive relief will provide substantially equal benefits and relief to all members of the class through increased accessibility and the coordinated removal of physical and communication barriers. *See Ambulatory Surgery*, 197 F.R.D. at 528.

The vigor with which the named representatives and their counsel will pursue the class claim is assessed by considering the competency of counsel and the rationale for not pursuing further litigation. *Kreuzfeld A.G. v. Carnehammar*, 138 F.R.D. 594 (S.D. Fla. 1991); *Griffin v. Carlin*, 755 F.2d 1516, 1533 (11th Cir. 1985).  Class Counsel William N. Charouhis, Esq., is an experienced plaintiff's attorney in the disability rights sector, and practices almost exclusively in

that area. As set forth in his declaration, attached as Exhibit "D", the negotiations have been at arms-length and extensive, and involved a thorough and adversarial investigation of the facts. The rationale for not pursuing further litigation is that continued litigation would not be in the best interests of any party, including absent class members. The proposed Consent Decree requires Publix to complete the majority of Accessibility Enhancements within one (1) to four (4) years after final approval. Additionally, some of the Accessibility Enhancements that Publix has agreed to implement are in excess of what is presently required by the ADA. Continued litigation would only serve to delay the improvements to Publix super markets that will result in enhanced accessibility to the disabled community. Because the interests of the entire class are fairly and adequately represented, the fourth prerequisite of Rule 23(a) is satisfied. *Amoco*, 211 F.R.D. at 464-65; *AHM* at *12-14; *Ambulatory Surgery*, 197 F.R.D. at 528.

### 2.     Rule 23(b)(2) Has Been Satisfied

In addition to satisfying the requirements of Rule 23(a), for a class to be certified, the action must also qualify for class treatment under one of the provisions of Rule 23(b). Rule 23(b)(2) authorizes certification where the defendant has "acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief . . . with respect to the class as a whole." Fed. R. Civ. P. 23(b); *Johnson v. American Credit Co.*, 581 F.2d 526, 532 (5th Cir. 1978). The Advisory Committee Notes to the 1996 amendments to Rule 23 demonstrate the propriety of certifying a 23(b)(2) class in this case.   " 'Illustrative [of 23(b)(2) classes] are various actions in the civil rights field where a party is charged with discriminating unlawfully against a class, usually one whose members are incapable of specific enumeration.' " *AHM* at *15 (quoting Advisory Committee Notes); *see also Ambulatory Surgery*, 197 F.R.D. at 529 (citing same); *Colorado Cross-Disability Coalition*, 184 F.R.D. at 361(citing same). Thus,

CASE NO. 98-917-CIV-HOEVELER

Rule 23(b)(2) generally has been invoked in cases where injunctive or declaratory relief is the primary or exclusive relief sought. *Id.*; *Buycks-Roberson v. Citibank Fed. Sav. Bank*, 162 F.R.D. 322 (N.D. Ill. 1995); *Cwiak v. Flint Ink Corp.*, 186 F.R.D. 494 (N.D. Ill. 1999); *Doe v. Guardian Life Ins. Co.*, 145 F.R.D. 466 (N.D. Ill. 1992).

Here, the parties' Consent Decree provides exclusively injunctive relief, and is based upon allegations of class-based discrimination for noncompliance with federal statutory provisions (the ADA). This case therefore fits squarely within the ambit of cases for which Rule 23(b)(2) was created. Accordingly, class certification pursuant to Rule 23(b)(2) is appropriate.

### 3. The Proposed Notice is Adequate

Rule 23(e) of the Federal Rules of Civil Procedure states that "[a] class action shall not be dismissed or compromised without the approval of the Court, and notice of the proposed dismissal or compromise shall be given to all members of the class in such a manner as the Court directs." Unlike class actions certified under Rule 23(b)(3), actions certified under Rule 23(b)(2) contain no strict notice requirements of any kind, thus leaving it to the Court's discretion to determine what notice, if any, should be given. *See* Fed. R. Civ. P. 23(c)(2).

The parties propose four forms of notice: (1) publication of notice in each of the following newspapers: the Miami Herald, the Fort Lauderdale Sun Sentinel, the Tampa Tribune, the Orlando Sentinel, the Florida Times Union, and the Atlanta Journal-Constitution; (2) posting notice on specified internet locations; (3) paying the cost of a toll free telephone line as outlined in Section 22.4.d of the Consent Decree; and (4) posting notice in conspicuous locations at each Publix supermarkets in the Geographic Area. These forms of notice are adequate to provide notice to the class and comply with the due process requirements of Rule 23. *Amoco*, 211 F.R.D.

at 466 (notice posted on gas pumps and at sales points, advertised in national newspapers, and provided to National Disability Rights organizations exceptional where no notice required).

### 4.    The Proposed Time Schedule is Reasonable

The parties propose the following general time schedule to provide for notice, comment, and final approval of the Consent Decree.  The parties also submit with this Joint Motion a proposed scheduling order, with blanks in place of dates to allow the Court to set the specific dates.

First, the parties request 30 days from the date of preliminary approval to post and publish notice in the various forms indicated above.  Second, the parties request that class members file objections and notices of intent to appear at the final approval hearing at least 45 days after the Court grants Preliminary Approval of the Consent Decree.  Third, the parties request that the parties' response to any objections be filed within 25 days thereafter.  Finally, the parties request that the fairness hearing take place at least 75 days after the date of preliminary approval. The parties agree that this time-line is reasonable.  Moreover, the Court may substitute a different schedule in its discretion.  Additionally, the parties reserve the right to request changes in the schedule to the extent any such changes becomes necessary.

## IV.   Conclusion

For the above reasons, the parties jointly request that the Court grant preliminary approval of the Consent Decree, conditionally certify the class, approve the form of the proposed notice and direct that it be issued, and issue a scheduling order, including setting a date for a fairness hearing.

Date: This __ day of ___, 2005.

**LAW OFFICES OF WILLIAM N.
CHAROUHIS & ASSOCIATES, LLC**
Class Counsel
201 S. Biscayne Boulevard
28th Floor
Miami, Florida 33131
Phone: (305) 913-7523
Fax: (305) 913-6452


By:_____
      William N. Charouhis, Esq.
      Florida Bar No.510076


and

**KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM, LLP**
Attorneys for Defendant
201 South Biscayne Blvd., 20th Floor
Miami, Florida 33131
Phone: (305) 539-3300
Fax: (305) 358-7095

By:_____
      Carol C. Lumpkin, Esq.
      Florida Bar No.797448
      Judd J. Goldberg, Esq.
      Florida Bar No. 0115924


and

Stanley H. Wakshlag, Esq., Florida Bar No. 266264
**AKERMAN SENTERFITT & EIDSON, P.A.**
Suntrust International Center
One Southeast Third Avenue
Miami, FL 33131-1714
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

CASE NO. 98-917-CIV-HOEVELER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S.

Mail upon Stanley H. Wakshlag, Esq., Akerman Senterfitt, SunTrust International Center 28th

Floor, One SE Third Avenue, Miami, Florida 33131-1704; Todd W. Shulby, Esq., 12555 Orange

Drive, Suite 270, Davie, Florida 33330-4304; William N. Charouhis, Esq., 201 S. Biscayne

Boulevard, 28th Floor, Miami, Florida 33131, on this 3rd day of March, 2005.

_____
Carol C. Lumpkin

Miami: 167160

18

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**Southern District of Florida**
**Miami Division**

**CASE NO. 98-917-CIV-HOEVELER**

**ASSOCIATION FOR DISABLED AMERICANS, INC.,**
*et al.,*

        **Plaintiffs,**

**vs.**

**PUBLIX SUPER MARKETS, INC.,**

        **Defendant.**

_____/

## CONSENT DECREE

    **WHEREAS**, plaintiffs filed this action against defendant for alleged violations of Title III of the Americans with Disabilities Act, 42 U.S.C. §§12181, et. seq., pursuant to which plaintiffs sought a permanent injunction and attorneys' and experts' fees, expenses and costs;

    **WHEREAS,** the aforementioned parties desire to avoid further expense, time, effort and uncertainty in regard to this action;

    **WHEREAS**, plaintiffs and defendant have agreed to a settlement of this action;

    **NOW, THEREFORE,** in consideration of the premises and the mutual covenants and undertakings contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the parties, the parties agree to the following terms and conditions as full and complete settlement of this action:

    1.    **PARTIES.**  This Consent Decree is entered into between defendant, Publix Super Markets, Inc. ("PUBLIX") and plaintiffs, the Association for Disabled Americans. Inc., Daniel Ruiz, Jorge Luis Rodriguez, Thomas Schmokel, Robert Cohen, Vatrice Riviera, and Pat Kennedy and the Settlement Class, as defined herein (collectively, referred to as "Plaintiffs").

    2.    **INDIVIDUAL PLAINTIFFS.**  Daniel Ruiz, Jorge Luis Rodriguez, Thomas Schmokel, Robert Cohen, Vatrice Rivera, and Pat Kennedy each is a person with

a disability within the meaning of the Americans with Disabilities Act. 42 U.S.C. §§ 12101, et seq. (the "ADA"). Each of the plaintiffs uses, has attempted to use, and/or wishes to use Publix Super Markets.

3. **FACILITIES.** PUBLIX owns and/or leases, and operates approximately 700 Publix Super Markets in the Geographic Area, as defined herein.

4. **BACKGROUND**

4.1 **History of Settlement Negotiations.** In 1998, the parties commenced negotiations regarding disability access at Publix Super Markets in all areas where PUBLIX engages in business. The parties, defendant's counsel and plaintiffs' counsel ("Class Counsel") have agreed to include all Publix Super Markets in the Geographic Area in this Decree. Throughout the pendency of this action, the parties, defense counsel and Class Counsel have negotiated in good faith concerning accessibility issues at all Publix Super Markets, and this Decree is the result of those negotiations.

4.2 **Denial of Discriminatory Practices.** PUBLIX denies that it has engaged in any discriminatory practices in violation of any federal, state or local law or regulation guaranteeing rights to persons with disabilities. PUBLIX does not believe that its stores prohibit access by persons with disabilities. PUBLIX asserts that it has for several years been building and remodeling Publix stores in order to provide improved access to its customers with disabilities.

4.3 **Agreement to Resolve Litigation by Settlement.** The parties to this Litigation, after good-faith negotiation, have determined that this Litigation should be resolved and dismissed with prejudice through a comprehensive settlement agreement, the terms of which are set forth fully herein.

4.4 **Recognition by Plaintiffs of Publix's Commitment to Equal Access.** The plaintiffs in this Litigation recognize that PUBLIX has cooperated fully and demonstrated a strong commitment to provide access to PUBLIX stores for persons with disabilities. All parties to this Decree believe that the further refinement by PUBLIX of its existing remodel program as set forth in this Decree will further enhance access for persons with disabilities.

4.5 **No Third Party Beneficiaries**. Individual members of the Settlement Class are not third party beneficiaries of this Decree, and they shall have no right to bring any action for any alleged violation of this Decree. Only Plaintiffs, through Class Counsel, shall have the authority to enforce this Decree.

4.6 **Terms of Exhibits**. The terms of all Exhibits attached hereto are fully incorporated into this Decree and are an integral part thereof. The terms of this Decree, where applicable, are fully incorporated into all Exhibits and are, where applicable, an integral part thereof.

4.7 **Force Majeure**. Failure of PUBLIX to perform any action required by this Decree will not subject it to any liability or remedy for damages or otherwise if such failure is caused in whole or in part by acts of God, fires, accidents, earthquakes, explosions, floods, wars, acts of terrorism, labor disputes or shortages, riots, sabotage, or any similar circumstances beyond the reasonable control of PUBLIX.

4.8 **Successors and Assigns**. This Decree and all Exhibits are binding on all successors and assigns of PUBLIX and the Settlement Class.

## 5.   DEFINITIONS

5.1 **"Accessibility Enhancements"** mean the modifications set forth in Exhibit 3 of this Decree and qualified by the criteria prescribed in Exhibit 4 of this Decree.

5.2 **"ADA Accessibility Guidelines"** or **"ADAAG"** means the July 2, 1994-version of 28 C.F.R. Part 36 Appendix A also known as "Standards for Accessible Design" or "Standards."

5.3 **"Alteration"** has the meaning ascribed in 28 C.F.R. § 36.402. Any Accessibility Enhancements undertaken based upon Section 17 of this Consent Decree shall not be considered an alteration.

5.4 **"Alternative Measures"** has the meaning ascribed in 28 C.F.R. § 36.305 and Section 14.4 of this Decree.

5.5 **"Americans with Disabilities Act"** or **"ADA"** means the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq.

5.6 **"Publix Super Markets"** mean all PUBLIX owned and PUBLIX operated Publix Super Markets in the Geographic Area.

5.7 **"Architectural Barrier"** has the meaning ascribed to it in 28 C.F.R. § 36.304, but shall not exceed the scopes of the issues addressed in Exhibit 3 or the criteria prescribed in Column B of Exhibit 4.

5.8 **"Class Counsel"** means the Law Offices of William N. Charouhis & Associates, LLP, and the attorneys practicing therein.

5.9 **"Conditioned Permit"** means a governmental permit required to complete an Accessibility Enhancement prescribed in Exhibit 3 and that contains extraordinary, unusual, or unexpected conditions.

5.10 **"Consent Decree"** or **"Decree"** means this document and its exhibits.

5.11 **"Defendant's Expert"** or **"PUBLIX's Expert"** shall refer to James A. DiLuigi, AIA, CSI, Vice-President, Universal Designers & Consultant, Inc..

5.12 **"Geographic Area"** means Florida, Georgia, Alabama, South Carolina, and Tennessee.

5.13 **"Historic Preservation"** has the meaning given to it in 28 C.F.R. § 36.405.

5.14 **"Legitimate Safety Requirements"** has the meaning given to it in 28 C.F.R. § 36.104. (Definition of Undue Burden) and/or 28 C.F.R. § 36.304(d)(2).

5.15 **"Litigation"** means the complaint brought by the Plaintiffs under case number 98-917-CIV-Hoeveler

5.16 **"New Publix Super Markets"** means newly constructed Publix Super Markets that are completed and first opened to the public after the execution of this Decree.

5.17 **"Party"** or **"Parties"** means Plaintiffs and/or PUBLIX.

5.18 **"Plaintiffs' Expert"** shall refer to Michael Brennan, M.A., L.M.H.C., C.R.C., C.C.M..

5.19    **"Post-ADAAG Publix Super Markets"** mean Publix Super Markets that had first occupancy by any owner or operator after January 26, 1993, which markets shall be subject to the "New Construction" criteria prescribed in Exhibit 3 and Column A of Exhibit 4.

5.20    **"Pre-ADAAG Publix Super Markets"** mean Publix Super Markets that had first occupancy by any owner or operator on or before January 26, 1993, which markets shall be subject to the criteria prescribed in Exhibit 3 and Column B of Exhibit 4.

5.21    **"Preliminary Approval"** means the initial approval by the Court of the terms of this Decree.

5.22    **"Sales Area"** means any portion of Publix Super Markets intended for customers to enter and purchase goods.

5.23    **"Settlement Class"** means all persons with mobility, dexterity, hearing, and/or visual disabilities, as defined by the ADA or under any state or local law within the Geographic Area, who have or claim they have, or will have or will claim they have been, prior to and during the term of this Decree the right to assert a claim under Title III of the ADA and/or state or local statutes regarding accessibility against PUBLIX.

5.24    **"Significant Loss of Selling or Serving Space"** has the meaning ascribed in 28 C.F.R. § 36.304(f).

5.25    **"Significant Risk"** has the meaning ascribed in 28 C.F.R. § 36.304(d)(2).

5.26    **"Structural Impracticability"** has the meaning ascribed in 28 C.F.R. § 36.401(c).

5.27    **"Subsequently Acquired Publix Stores"** means any store that is acquired by PUBLIX after the execution of this Decree by PUBLIX, but before the expiration of this Decree.

5.28    **"Technical Infeasibility"** has the meaning ascribed in 28 C.F.R., Part 36, App. A, § 4.1.6

5.29    **"Virtual Impossibility"** has the meaning ascribed in 28 C.F.R. § 36.402(c).

{MI584786;11}

5

Miami:6288.1 046218.1002

6.    **CONDITIONS PRECEDENT OF THIS CONSENT DECREE**

6.1    This Consent Decree is conditioned upon, and will be effective only upon, the occurrence of all of the following events:

6.1.a.  **Joint Motion**. The Parties move jointly by stipulation for an Order Granting Preliminary Approval of this Decree, Provisional Certification of the Settlement Class, and Issuance of Notice in accordance with Section 22 of this Decree and the motion is granted by the Court

6.1.b.  **Notice**.  Notice is provided to the Settlement Class in accordance with Section 22.4 of this Decree.

6.1.c.  **Fairness Hearing**. A Fairness Hearing is held in accordance with Section 22 of this Decree.

6.1.d.  **Court Approval**. The Court grants Final Approval of the Consent Decree. The Court certifies the Settlement Class and enters Judgment in accordance with the terms set forth herein after conducting a Fairness Hearing. The judgment will finally resolve all issues raised in this proceeding.

7.    **TERM OF CONSENT DECREE**

7.1    Except as otherwise set forth in this Decree, the term of this Decree is 6 years from the date of Final Approval. This Decree will automatically expire by its own terms 6 years from the date of Final Approval.

8.    **FEDERAL AND STATE ACCESSIBILITY COMPLIANCE CODES**

8.1    Plaintiffs and Class Counsel acknowledge that compliance with this Decree will provide accessibility and encompasses PUBLIX's compliance with any federal and state statutory, administrative, regulatory, or common law relating to accessibility for persons with disabilities to the full satisfaction of the Settlement Class.

9.      **DENIAL OF LIABILITY**

9.1     PUBLIX has denied and continues to deny any liability to Plaintiffs or the Settlement Class.  PUBLIX has denied and continues to deny that it has violated any federal, state or local laws or regulations pertaining to access for persons with disabilities at any of the Publix Super Markets or otherwise.  PUBLIX does not believe that its stores limit access to persons with disabilities and has for several years been remodeling and building Publix Super Markets in order to provide improved access to its customers with disabilities.

10.     **LISTINGS OF PUBLIX SUPER MARKETS**

10.1    **Pre-ADAAG Publix Super Markets**. A current listing of Pre-ADAAG Publix Super Markets is provided as Exhibit 1. Updated listings will be provided periodically, but no less than annually, to Class Counsel by PUBLIX in accordance with the terms of this Decree.

10.2    **Post-ADAAG Publix Super Markets**.  A current listing of Post-ADAAG Publix Super Markets is provided as Exhibit 2. Updated listing will be provided periodically, but no less than annually, to Class Counsel by PUBLIX in accordance with the terms of this Decree.

11.     **SUBSEQUENTLY ACQUIRED PUBLIX SUPER MARKETS**

11.1    **Subsequently Acquired Publix Stores**. Subsequently Acquired Publix Stores will be treated as follows:

11.1.a. A current listing of the Subsequently Acquired Pre-ADAAG Publix Super Markets will be provided as Exhibit 1A. Updated listings will be provided periodically, but no less than annually, to Class Counsel by PUBLIX in accordance with the terms of this Consent Decree.  The Subsequently Acquired Pre-ADAAG Publix Super Markets will be subject to the provisions, and, duration of this Consent Decree after the date of their acquisition.

11.1.b. A current listing of the Subsequently Acquired Post-ADAAG Publix Super Markets will be provided as Exhibit 2A.  Updated listings will be provided periodically, but no less than annually, to Class Counsel by PUBLIX in accordance with the terms of this Consent Decree.   The Subsequently Acquired Post-ADAAG

Publix Super Markets will be subject to the provisions, and, duration of this Consent Decree after the date of their acquisition.

## 12.    SUBSEQUENTLY RELINQUISHED PUBLIX SUPER MARKETS

12.1    **Subsequently Relinquished Publix Stores**. Publix Super Markets relinquished prior to the scheduled applicability of the provisions of this Decree will not be subject to the terms of this Decree and will be removed from the updated listings described in Section 10 of this Decree. Additionally, Publix Super Markets that have not yet been modified in accordance with the terms herein but are relinquished will not be subject to the terms of this Decree.

## 13.    SURVEYS OF PUBLIX SUPERMARKETS

13.1    **Surveys**. PUBLIX will survey Publix Super Markets in the Geographic Area in accordance with the schedule set forth in Section 16 of this Decree. Persons performing the surveys (i) will be trained by PUBLIX using the Survey Form that has been pre-approved by Class Counsel and PUBLIX or (ii) will be under the supervision of licensed architects.

13.2    **Retention Of Survey Forms**. PUBLIX will retain the original Survey Forms completed for each Publix Super Market for one year after the expiration date of this Decree.

13.3    **ADAAG.**   The Parties and their counsel recognize that Exhibit 3 is substantially based upon the ADAAG in effect at the time this Decree was executed and presented for Final Approval. In the event the ADAAG is changed or modified, Publix shall update Exhibit 3 to incorporate any changes to ADAAG to the extent such changes would impact Exhibit 3. PUBLIX shall have 90 days from the effective date of the Amended ADAAG to propose revisions to Exhibit 3 and submit the proposed revisions to Class Counsel. Class Counsel will notify PUBLIX in writing within 30 days after receipt of the proposed revised Exhibit 3.   All disputed issues regarding changes to Exhibit 3 shall be discussed by Class Counsel and PUBLIX. Any disagreement regarding such changes will be subject to the dispute resolution procedure set forth in Section 20 of this Decree.   Upon agreement of Class Counsel and PUBLIX, or a determination by dispute resolution, of the new Exhibit 3 to be used, the same will replace the current versions of Exhibit 3.

14.    **ACCESSIBILITY ENHANCEMENTS TO PUBLIX SUPER MARKETS**

14.1    **Accessibility Enhancements**. Except as provided herein, PUBLIX will complete the Accessibility Enhancements described in Exhibit 3 at each Publix Super Market within the time frames set forth in Section 17 of this Decree.

14.2    **As-Built Conditions**. This Decree does not require PUBLIX to initiate any Accessibility Enhancements described in Exhibit 3 when existing as-built conditions meet the criteria listed in columns A & B of Exhibit 4.

14.3    **Structural   Impracticability,   Technical   Feasibility,   Virtual Impossibility, Significant Risk, Significant Loss of Selling or Serving Space, Historic Preservation and Permitting Restrictions**. This Decree does not require PUBLIX to initiate any Accessibility Enhancements described in Exhibit 3 to the extent such Accessibility Enhancements are Structurally Impracticable, Technically Infeasible, or Virtually Impossible; if completion would involve a Significant Risk or a Significant Loss of Selling or Serving Space; or if the areas to be enhanced are subject to Historic Preservation restrictions as described in 28 C.F.R. § 36.405; or if a Conditioned Permit is required and denied, or if the work will result in a violation of an existing governmental permit or certificate of occupancy. However, to the extent any Publix Super Market is subject to 28 C.F.R. § 36.405 regarding historic preservation, PUBLIX will comply with Section 4.1.7 of the ADAAG. If a Conditioned Permit for the Accessibility Enhancements is required at a particular Publix Super Market, and if, after PUBLIX' good faith effort and due diligence to obtain the required permit, including application for variances or waivers, the Conditioned Permit is denied, PUBLIX will nonetheless complete all applicable Accessibility Enhancements at the site that are not otherwise precluded by the inability to obtain the Conditioned Permit or for which a Conditioned Permit is not required or has been obtained.

14.4    **Alternative Measures**. Whenever PUBLIX determines that it cannot complete one or more of the Accessibility Enhancements described in Exhibit 3, PUBLIX will undertake reasonably available Alternative Measures to provide accessibility and usability to the element affected. Examples of agreed-to Alternative Measures will be listed in Exhibit 3A. Where necessary, PUBLIX will undertake reasonably available Alternative Measures other than those listed in Exhibit 3A and will inform Class Counsel of those Alternative Measures, which may then be added by

agreement to Exhibit 3A.   Any objections by Class Counsel shall be subject to the Dispute Resolution provisions of this Decree.

14.5    **Elements Not Controlled by PUBLIX**. This Decree does not require PUBLIX to initiate any Accessibility Enhancements described in Exhibit 3 when the elements or property are not within the legal control of PUBLIX. For example, common areas, sidewalks, parking spaces, or other areas of shopping centers not owned by Publix are not within the legal control of Publix.  In shopping centers where PUBLIX leases the storeroom and the storeroom is open to the public, PUBLIX's obligation with regard to Accessibility Enhancements described in Exhibit 3 is limited to the inside of the storeroom.

14.5.a If PUBLIX is not required to initiate any Accessibility Enhancements described in Exhibit 3 because the elements or property are not within the legal control of PUBLIX, PUBLIX shall, in writing, notify the landlord or entity who has legal control over the affected element or property regarding any accessibility enhancement issue(s) of concern.  If the landlord or entity who has legal control over the affected element or property refuses to undertake the Accessibility Enhancements, PUBLIX shall send the landlord or entity a second letter requesting that the Accessibility Enhancements be implemented and advising the landlord or entity that Class Counsel has also been notified of its refusal to implement the Accessibility Enhancement.

## 15.    ALTERATIONS TO PUBLIX SUPER MARKETS

15.1    **Alterations to Publix Super Markets**. Alterations made to Publix Super Markets after Final Approval of this Decree will comply with the provisions of 28 C.F.R. §§ 36.402 and 36.403 in addition to the provisions of this Decree.

## 16.    SCHEDULE FOR SURVEYS AND ACCESSIBILITY ENHANCEMENTS

16.1    **Surveys.**

16.1.a PUBLIX will survey at least 25% of the Publix Super Markets in the Geographic Area listed in Exhibit 1 and Exhibit 2 (the "First Survey Group") within 12 months after Final Approval of this Decree.

16.1.b PUBLIX will survey at least 33 1/3% of the remaining Publix Super Markets in the Geographic Area listed in Exhibit 1 and Exhibit 2 (after modifying those Exhibits to account for New Publix Super Markets and Subsequently Relinquished Publix Super Markets) ("Second Survey Group") within 24 months after Final Approval of this Decree.

16.1.c PUBLIX will survey at least 50% of the remaining Publix Super Markets in the Geographic Area listed in Exhibit 1 and Exhibit 2 (after modifying those Exhibits to account for New Publix Super Markets and Subsequently Relinquished Publix Super Markets) ("Third Survey Group") within 36 months after Final Approval of this Decree.

16.1.d PUBLIX will survey the remaining 100% Publix Super Markets in the Geographic Area listed in Exhibit 1 and Exhibit 2 (after modifying those Exhibits to account for New Publix Super Markets and Subsequently Relinquished Publix Super Markets) (the "Fourth Survey Group") within 48 months after Final Approval of this Decree.

16.1.e PUBLIX will survey Subsequently Acquired Publix Stores in accordance with the following schedule: if less than 100 stores are Subsequently Acquired in any year after the Final Approval of this Decree, PUBLIX will survey such stores within 12 months of their acquisition by PUBLIX. If more than 100 stores, but less than 200 stores are Subsequently Acquired in any year after the Final Approval of this Decree, PUBLIX will survey 100 stores within 12 months of their acquisition by PUBLIX and the remaining balance within 24 months of their acquisition by Publix. If more than 200, but less than 300 stores are Subsequently Acquired in any year after the Final Approval of this Decree, PUBLIX will survey 100 stores within 12 months of their acquisition by PUBLIX, an additional 100 within 24 months of their acquisition by PUBLIX, and the remaining balance within 36 months of their acquisition by PUBLIX. If PUBLIX acquires more than 300 stores in any year after the Final Approval of this Decree, each 12 month period after their acquisition by PUBLIX, PUBLIX will survey 100 stores until all of the stores that were subsequently acquired have been surveyed. For purposes of this paragraph, the first year will run

from the date of the Final Approval of this Decree until the first anniversary of such a date. Each year will continue thereafter until the term of this Decree expires by its own terms.

16.1.f PUBLIX will survey New Publix Super Market Stores opened more than 48 months after Final Approval of this Decree within 12 months after the store is opened.

16.1.g At the completion of each survey, PUBLIX shall complete a Survey Completion Report in the form approved by Class Counsel and PUBLIX. The Survey Completion Report shall set forth the date of the survey, the store number, the location of the store, the size of the store, whether the store is a Pre-ADAAG or Post-ADAAG store and the date the store was originally built. PUBLIX will retain the original Survey Completion Report completed for each Publix Super Market for one year after the expiration date of this Decree.

## 17.    Accessibility Enhancements.

17.1    PUBLIX will complete any required Accessibility Enhancements for the First Survey Group within 24 months after Final Approval of this Decree.

17.2    PUBLIX will complete any required Accessibility Enhancements for the Second Survey Group within 36 months after Final Approval of this Decree.

17.3    PUBLIX will complete any required Accessibility Enhancements for the Third Survey Group within 48 months after Final Approval of this Decree.

17.4    PUBLIX will complete any required Accessibility Enhancements for the Fourth Survey Group within 60 months after Final Approval of this Decree.

17.5    PUBLIX will complete any required Accessibility Enhancements for the Subsequently Acquired Publix Super Markets in accordance with the following schedule: if less than 100 stores are Subsequently Acquired in any year after the Final Approval of this Decree, PUBLIX will complete any required Accessibility Enhancements in the affected store(s) within 12 months after the affected store(s) is(are) surveyed in accordance with

paragraph 16.1.e of this Decree. If more than 100 stores, but less than 200 stores are Subsequently Acquired in any year after the Final Approval of this Decree, PUBLIX will complete any required Accessibility Enhancements in the affected store(s) within 12 months after the affected stores is(are) surveyed in accordance with paragraph 16.1.e of this Decree. If more than 200 stores, but less than 300 stores are Subsequently Acquired in any year after the Final Approval of this Decree, PUBLIX will complete any required Accessibility Enhancements in the affected store(s) within 12 months after the affected stores is(are) surveyed in accordance with paragraph 16.1.e of this Decree. If more than 300 stores are Subsequently Acquired in any year after the Final Approval of this Decree, PUBLIX will complete any required Accessibility Enhancements in the affected store(s) within 12 months the affected store is(are) surveyed in accordance with paragraph 16.1.e of this Decree. For purposes of this paragraph, the first year will run from the date of the Final Approval of this Decree until the first anniversary of such a date. Each year will continue thereafter until the term of this Decree expires by its own terms.

17.6    PUBLIX will complete any required Accessibility Enhancements for New Publix Super Market Stores opened more than 48 months after Final Approval of this Decree within 24 months after the store is opened.

17.7.   Within 60 days after the Accessibility Enhancements required above for each Survey Group or for the Subsequently Acquired Publix Super Markets are completed, PUBLIX will provide Class Counsel with a listing of those Publix Super Markets that have undergone accessibility enhancements. This listing will also indicate all Publix Super Markets currently open for business for which Accessibility Enhancements have been completed.

17.8    In the event of any dispute as to the Accessibility Enhancements to be completed at any Publix Super Market, the Accessibility Enhancements, if any, which are the subject of the dispute shall be completed within three hundred sixty (360) days of resolution of the dispute, unless a different completion date is established by agreement or as a result of the Dispute Resolution.

18.  **INSPECTIONS**

18.1  **Class Counsel Inspection**. Class Counsel and its expert(s) may inspect, with, at least, twenty four (24) hours prior notice to Publix, a random sample of Publix Super Markets covered by this Decree as follows:

18.1.a. Within 12 months after receipt of a listing, as required by Section 17.7, of the Publix Super Markets in the First Survey Group which have and/or were to have completed Accessibility Enhancement requirements, a random sample of up to 15% those Publix Super Markets may be inspected by Class Counsel, Plaintiffs' Expert or the inspectors trained by Plaintiffs' Expert in accordance with paragraph 18.2.b.

18.1.b. Within 12 months after receipt of a listing, as required by Section 17.7, of the Publix Super Markets in the Second Survey Group which have and/or were to have  completed Accessibility Enhancement requirements, a random sample of up to 10% of those Publix Super Markets may be inspected by Class Counsel, Plaintiffs' Expert or the inspectors trained by Plaintiffs' Expert in accordance with paragraph 18.2.b.

18.1.c. Within 12 months after receipt of a listing, as required by Section 17.7, of the Publix Super Markets in the Third Survey Group which have and/or were to have completed Accessibility Enhancement requirements, a random sample of up to 5% of those Publix Super Markets may be inspected by Class Counsel, Plaintiffs' Expert or the inspectors trained by Plaintiffs' Expert in accordance with paragraph 18.2.b.

18.1.d. Within 12 months after receipt of a listing, as required by Section 17.7, of the Publix Super Markets in the Fourth Survey Group which have and/or were to have completed Accessibility Enhancement requirements, a random sample of up to 5% of those Publix Super Markets may be inspected by Class Counsel, Plaintiffs' Expert or the inspectors trained by Plaintiffs' Expert in accordance with paragraph 18.2.b.

18.1.e In the remaining years of this Consent Decree, Class Counsel, Plaintiffs' Expert or the inspectors trained by Plaintiffs' Expert in accordance with paragraph 18.2.b, may inspect a random sample of up to 5% of any New Publix Super Markets or Subsequently Acquired Publix Stores within 12 months of notice of completion of the Accessibility Enhancements as identified in the reports submitted to Class Counsel by Publix in accordance with section 17.7 of this Decree.

18.1.f. PUBLIX will, within 30 days after written request by Class Counsel, provide Class Counsel with a copy of the Survey Completion Forms for those stores which have already undergone Accessibility Enhancements and which have been included in the listings provided to Class Counsel in accordance with Section 17.7 of this Decree.

18.1.g The inspections referenced above shall be done in proportion geographically to the Publix Super Markets on which Accessibility Enhancements were to have been completed during each Accessibility Enhancement cycle described in Section 17 of this Decree.

18.2. **Inspection Procedures.** The Parties agree as follows:

18.2.a. Class Counsel will notify PUBLIX in writing of Plaintiffs' intent to inspect a PUBLIX market at least twenty four (24) hours before each inspection by sending an Inspection Request Form, by facsimile, to Brad Newell, Publix Super Markets, Inc., P.O. Box 407, Lakeland, Florida 33802-0407, facsimile number (863) 616 5836. The alternate contact person shall be Penny Epps, Publix Super Markets, Inc., P.O. Box 407, Lakeland, Florida 33802-0407, facsimile number (863) 616 5836. The notification will include the address of the site to be inspected, the date of the inspection, and the name of not more than two (2) persons who will be conducting the inspection on behalf of the Plaintiffs

18.2.b. The inspectors will be limited to Plaintiffs' Class Counsel, Plaintiffs' Expert, or the inspectors selected and trained by Plaintiffs' Expert. Plaintiffs' Expert will train the inspectors using

an Inspection Report Form approved by Class Counsel and PUBLIX.

18.2.c. The inspection may take place during business hours so long as the inspection does not interrupt the ongoing business operations of the Publix Super Market being inspected.

18.2.d. Neither Plaintiffs' Expert nor Defendant's Expert shall be replaced without the prior written approval of the other party. Such approval will not be unreasonably withheld.

18.3   **Inspection Findings**. Within 90 days of the completion of the inspection, Class Counsel shall provide PUBLIX with specific written comments for any inspected facilities it deems not to be in compliance with the terms of this Decree by forwarding copies of the Inspection Report Forms to PUBLIX. Failure to timely inspect the allocated or selected Publix Super Markets or to timely notify PUBLIX will constitute full acceptance of those Publix Super Markets by the Plaintiffs and Class Counsel:

18.3.a **Response.** Within 90 days after receipt of the Inspection Report Forms for each Survey Group, PUBLIX will respond in writing as to its position and each comment. Failure to timely respond will constitute full acceptance by PUBLIX of the reported non-compliance.

18.3.b **Disputes.** Disputes will be subject to the Dispute Resolution procedure set forth in Section 20 of this Decree.

18.4   **Costs for Inspections described herein**. The Parties and Class Counsel agree that the inspection costs paid by PUBLIX herein will not exceed $750.00 per Publix Super Market located in the State of Florida and actually inspected, and $1,000.00 per Publix Super Market located outside the State of Florida and actually inspected, including all expert and attorney fees and all travel and related expenses (such as transportation, lodging, meals, car rentals, tolls, parking, photos, copies, mailings).

## 19.   PUBLIX POLICIES AND PRACTICES

19.1   **Written Policies.** Within 90 days after Final Approval of this Decree, PUBLIX will promulgate and implement written policies regarding the

provisions of Title III of the ADA and related customer services at all Publix Super Markets.

19.2 **Accessibility Maintenance Checklist.** PUBLIX will implement, and PUBLIX quality assurance personnel will use, an Accessibility Maintenance Checklist, a copy of which will be provided to Class Counsel, during visits to Publix Super Markets to help ensure compliance with this Decree.

19.3 **Notification to Customers and Comment Line.** Within ninety (90) days of Final Approval of this Decree, PUBLIX will post at each Publix Super Market a readily observable sign regarding the accessibility features and services available as set forth in Section 19.1 and containing a toll-free or local telephone number, appropriately staffed, where customers may call to comment on the accessibility features or services provided to the Settlement Class at Publix Super Markets. The sign shall be posted at the following locations:

19.3.a    As close as reasonably possible to each customer entrance and facing toward the entering customer, and

19.3.b.    At the customer service counter and facing toward the customer.

## 20.    DISPUTE RESOLUTION

20.1 Any dispute between the Plaintiffs or Class Counsel and PUBLIX regarding this Decree or its implementation will be addressed as follows:

20.1.a. **Notice**. If Class Counsel or PUBLIX has reason to believe that a dispute exists, prompt written notice will be provided to the other Party.

20.1.b. **Confer – Technical Dispute**. If the dispute arises out of or is related to Exhibit 3, Exhibit 3A, Exhibit 4, the Survey Form, the Survey Completion Form and/or the Inspection Report Form (hereinafter, a "Technical Dispute"), within 30 days after receipt of the notice, Plaintiffs' Expert and Defendant's Expert will confer by telephone or in person and attempt to resolve the dispute. If Plaintiff's Expert and Defendant's Expert are able to propose a

mutually-agreed proposed resolution the dispute, they will forward their proposal to Class Counsel and counsel for PUBLIX for their approval. If, at the expiration of the 30 day period, Plaintiff's Expert and Defendant's Expert are not able to reach a resolution, they shall so notify Class Counsel and PUBLIX. If Class Counsel and counsel for PUBLIX do not accept the experts' proposal or if a proposal was not able to be provided by the experts, Class Counsel and counsel for Publix shall then have another 30 days to attempt to resolve the dispute.

20.1.c. **Confer- Non-Technical Disputes.** If the dispute is not a Technical Dispute, as defined in Section 20.1.b above, within 30 days after receipt of the notice, Class Counsel and counsel by PUBLIX will confer by telephone or in person and attempt to resolve the dispute.

20.1.d. **Mediation**. If the conferment process does not resolve the dispute, the matter may be referred by either Class Counsel or PUBLIX to mediation before a neutral third party mutually agreed to by Class Counsel and PUBLIX. The Parties agree to make best efforts to conduct the mediation within 60 days of the notice provided by Section 20.1.a.

20.1.d. **Magistrate**. If mediation does not occur or does not resolve the dispute or if the mediation does not occur within 60 days as set forth in Section 20.1.c., the matter may be submitted by either Class Counsel or PUBLIX to the United States Magistrate Judge in the U.S. District Court for the Southern District of Florida who is presiding in this matter.

## 21. REASONABLE ATTORNEYS' AND EXPERT'S FEES, LITIGATION EXPENSES AND COSTS

### 21.1 Reasonable Attorneys' Fees, Litigation Expenses and Costs Through Final Approval of Decree.

21.1.a. Payment of attorneys' fees, costs, and litigation expenses incurred by Class Counsel in this matter through Final Approval of this Decree and payment of expert fees and costs incurred by Plaintiffs' Expert through Final Approval of this Decree is subject to the review and approval of the Court. In connection with the settlement of this Lawsuit, PUBLIX will pay a total lump sum of One Hundred Sixty Thousand Dollars and

No Cents ($160,000.00)(the "Settlement Sum") to Class Counsel and Plaintiffs' Expert as payment for reasonable attorneys' fees, costs, and litigation expenses and reasonable expert fees and costs.

21.1.b. The Settlement Sum will be paid within 30 days of the date of Final Approval of this Decree or the resolution of any appeal of the U.S. District Court's order granting Final Approval of this Decree. The Settlement Sum will be paid in two checks, one made payable to Class Counsel and the other made payable to Plaintiffs' Expert. Class Counsel and Plaintiffs' Expert will submit to PUBLIX a copy of their respective invoices for services rendered through the date of Final Approval or resolution of any appeal of the U.S. District Court's order granting Final Approval of this Decree. In no event shall the sum of the monies paid to Plaintiffs' Expert and Class Counsel exceed One Hundred Sixty Thousand Dollars ($160,000.00).

21.1.c. Payment of the Settlement Sum will be in full and complete satisfaction of any and all claims for attorneys' fees, litigation expenses, including expert fees and expenses, and costs under federal or state law that Plaintiffs, the Settlement Class, Class Counsel, or Plaintiffs' Expert have or may have against PUBLIX in connection with this Litigation and Consent Decree through the date of the Final Approval of this Consent Decree or resolution of any appeal of the Final Approval of this Consent Decree.

21.1.d Class Counsel and PUBLIX agree that PUBLIX is paying the Settlement Sum to Class Counsel and Plaintiffs' Expert for the sole purpose of settling this matter and avoiding further litigation expenses. The Parties agree that the Settlement Sum reflects compensation to Class Counsel and Plaintiffs' Expert for:

(1) reasonable work performed in filing and prosecuting this action and in pursuing the negotiations that resulted in the execution of this Consent Decree, and

(2) work reasonably related to the execution of this Consent Decree, work reasonably related to securing Final Approval of this Consent Decree, and work reasonably related to communications with the Settlement Class.

21.2    **Fees for Dispute Resolution and Work Performed After Final Approval**.

21.2.a  Class Counsel and Plaintiffs' Expert will be entitled to reasonable attorneys' fees, litigation expenses and costs (including expert fees, expenses, and costs) incurred in all aspects of the dispute resolution process set forth in Section 20 of this Decree and for all reasonable work performed in carrying out their respective obligations under this Decree after Final Approval, provided (i) Class Counsel is the prevailing party as determined by counsel for the Parties, the mediator, or the U.S. District Court; and (ii) provided the cap set forth in Section 21.2.b has not been exceeded.  Payment for the services of any third party mediator used under Section 20.1.c will be determined by Class Counsel and PUBLIX or in accordance with the dispute resolution procedure.

21.2.b  For the sole purpose of settling this matter and avoiding the further cost of litigation, PUBLIX will pay reasonable attorneys' fees, litigation expenses (including Plaintiff's Expert's fees and costs) and costs incurred by Class Counsel after Final Approval of this Decree for reasonable work performed by Class Counsel and Plaintiffs' Expert in carrying out their obligations under this Consent Decree (hereinafter, the "Post-Final Approval Settlement Sum").  The Post-Final Approval Settlement Sum shall in no event exceed One Hundred Thousand Dollars ($100,000.00) over the term of this Consent Decree plus the cost of the inspections described in Section 18.4 of this Decree.

21.2.b.1  On the first anniversary of Final Approval of this Consent Decree and on each subsequent anniversary thereafter, Class Counsel and Plaintiffs' Expert will each submit to PUBLIX a statement of reasonable attorneys' fees and costs and reasonable expert fees and costs incurred during the previous 12 months, including a statement of the work performed, the amount of time expended, the persons and hourly rate for each person performing the work, and a description of particular costs and expenses.

21.2.b.2  Within 30 days after receiving the statement, PUBLIX will inform Class Counsel or Plaintiffs' Expert, in writing, as to any portion of the statement(s) that it contends is not payable under this Decree and any reason for the contention.  Disputes regarding fees under this Section will be resolved under the Dispute Resolution Provisions of Section 20 of this Decree.

21.2.b.3  Provided the $100,000.00 cap in Section 21.2.b of this Decree has not been exceeded, PUBLIX will pay the undisputed amounts within 30

days after receiving the statements from Class Counsel and Plaintiffs' Expert. PUBLIX will issue two checks, one to Class Counsel and one to Plaintiffs' Expert for the work performed after Final Approval of this Consent Decree.

21.2.b.4 The payments set forth in Section 18.4 are not subject to the $100,000.00 cap set forth in Section 21.2.b of this Consent Decree.

21.2.b.5 PUBLIX and Class Counsel agree that Publix is paying Class Counsel and Plaintiffs' Expert the Post-Final Approval Settlement Sum for the sole purpose of settling this matter and avoiding further litigation expenses.

## 22.    FILINGS, PRELIMINARY APPROVAL, NOTICE, FAIRNESS HEARING AND FINAL APPROVAL

22.1  **Request for Order.**  Within 10 days after execution of this Decree, Class Counsel and PUBLIX will jointly move for an Order in the form set forth in Exhibit 5 attached hereto. Class Counsel and PUBLIX will request that a Fairness Hearing take place 75 days after Preliminary Approval of the Decree, or as soon thereafter as the Court may set.

22.2  **Objections and Responses.**  Any member of the Settlement Class may object to the proposed Decree by filing, within 45 days after the date of Preliminary Approval of the Decree, written objections with the Clerk of the Court. Only objecting Settlement Class members will have the right, if they seek it in their objection, to present objections orally at the Fairness Hearing. Responses by PUBLIX and/or Class Counsel to any timely filed objections must be filed within 25 days after the date for objections by Settlement Class members has passed.

22.3  **Judgment, Final Approval, Dismissal.**

22.3.a. At the Fairness Hearing, PUBLIX and Class Counsel will jointly request that the Court enter a Final Judgment and Order granting Final Approval of this Decree and certifying the Settlement Class.

22.3.b This action will be dismissed with prejudice, under Federal Rules of Civil Procedure, Rule 41, within 30 days after expiration of the Term of this Decree.

22.4    **Notice to Class of Proposed Consent Decree.**

22.4.a  **Notice at Publix Super Markets:** PUBLIX will post a notice, at its own expense, in the form attached hereto as Exhibit 6, in the following locations at each Publix Super Market in the Geographic Area within 30 days after Preliminary Approval of the Decree, and the notice will remain posted until the date of the Fairness Hearing as set forth herein:

22.4.a.1.    As close as reasonably possible to each customer entrance and facing toward the entering customer, and

22.4.a.2.    At the customer service counter and facing toward the customer.

22.4.b. **Notice in National Disability Publications/Newspapers.** No later than 15 days after Preliminary Approval of the Consent Decree, PUBLIX will place a Notice, at its own expense, in the form attached hereto as Exhibit 6, in the following newspapers: the Miami Herald, the Fort Lauderdale Sun Sentinel, the Tampa Tribune, the Orlando Sentinel, the Florida Times Union, and the Atlanta Journal-Constitution, and be published once in each newspaper and limited in size to 1/8 of a page.

22.4.c. **Notice to Disability Internet Sites.** Within 15 days of Preliminary Approval, Class Counsel, at PUBLIX' expense, shall cause the Notice in the form of Exhibit 6 to be posted in the following Internet locations: www.icanonline.net, www.mainstream-mag.com, www.newmobility.com, www.abilitymagazine.com, www.afb.org/default.asp, www.wapd.org, www.disrights.org, www.adapt.org, www.ucpa.org/main.cfm.56, and www.istal.com/smoke.

22.4.d. **Toll-free Telephone; Communications with Class Members During Notice Period:** As of Preliminary Approval of the Decree, and through 10 days after Final Approval, PUBLIX shall pay the cost of one toll free incoming and outgoing telephone line to the Miami office of the Association for Disabled Americans, Inc. or Class Counsel to be used solely for the purpose of responding to inquiries by Class Members or others regarding this Decree. The Association for Disabled Americans, Inc. or Class Counsel shall arrange for the installation and maintenance of the toll free line and shall be responsible for appropriate staffing and inquiries. The Association for Disabled Americans, Inc. or Class

Counsel, at PUBLIX' expense, shall make copies of this Decree available to Class Members or others requesting a copy. Within thirty (30) days of Final Approval, the Association for Disabled Americans, Inc. or Class Counsel shall provide PUBLIX with a written record containing the following information: (1) the total number of calls received over the toll-free telephone line; (2) the resident city and state of each caller (unless the caller refused to provide this information after being requested to do so); and (3) whether or not the caller requested a copy of the Decree and the date (if any) on which it was sent.

22.4.e. **Cost of Notice.** PUBLIX shall pay the cost of effecting Notice as set forth in Section 22.4, including photocopying, postage, the toll-free telephone line and the Internet sites. Class Counsel shall provide PUBLIX a detailed invoice of all expenses incurred in carrying out its obligations pursuant to Section 22.4.d. and payment shall be made in accordance with Section 21 of this Decree.

## 23.   RELEASES

23.1   Release and Discharge. Effective on the date of Final Approval, plaintiffs on behalf of themselves and all members of the Settlement Class, and their spouses, executors, representatives, heirs, successors and assigns, in consideration of the relief set forth herein, the sufficiency of which is expressly acknowledged, fully and finally release and forever discharge defendant PUBLIX and each of its present, former or future officers, directors, shareholders, agents, employees, representatives, consultant, attorneys, predecessors, successors, and assigns and all persons or entities that own, operate or lease the Publix Super Markets covered by this Decree from the Released Claims as defined in Section 23.2 of this Decree.

23.2   Released Claims. The Released Claims are any and all past and/or present claims, rights, demands, charges, complaints, actions, causes of action, obligations, or liabilities of any and every kind, known or unknown (hereafter Claims), for injunctive relief, declaratory relief, attorney fees, or damages based upon Title III of the ADA, and any federal, state, local, administrative, regulatory, or common law relating to access for persons with disabilities at the Publix Super Markets in the Geographic Area. Released claims also include claims arising under Title III of the Americans with Disabilities Act regarding Accessibility Enhancements and the elements of Publix Super Markets affected thereby that arise during the term of this Decree. PUBLIX shall have the right to enjoin in this proceeding any violation of this agreement should any class

{MI584786;11}

23

Miami:6288.1 046218.1002

member seek to initiate any released claim in any forum. Nothing in this section, however, will prevent Class Counsel from enforcing this Decree.

**24. COMMUNICATIONS, MODIFICATIONS, SEVERABILITY, ENTIRE AGREEMENT, COUNTERPARTS**

24.1 Any notice or communication required or permitted to be given to PUBLIX or Class Counsel under this Decree will be given in writing by overnight delivery service addressed as follows:

**To Class Counsel**:

William N. Charouhis, Esq.
Law Offices of William N. Charouhis
201 S. Biscayne Boulevard
28th Floor
Miami, FL 33131
Telephone: (305) 913-7523
Facsimile: (305) 913-6452

**To Publix:**

Stanley H. Wakshlag, Esq.
Akerman Senterfitt & Eidson, P.A.
Suntrust International Center
One Southeast Third Avenue
Miami, FL 33131-1714
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

Carol C. Lumpkin, Esq.
Kirkpatrick & Lockhart Nicholson Graham, LLP
201 S. Biscayne Boulevard
Suite 2000
Miami, Florida 33131
Telephone: (305) 539-3300
Facsimile: (305) 358-7095

*and*

John A. Attaway, Jr., Esq.
General Counsel and Secretary
Publix Super Markets, Inc.
P.O. Box 407
Lakeland, Florida 33802-0407

24.2 **Modifications.** No modification of this Decree will be effective unless it is ordered by the Court.

24.3 **Severability**. If any provision of this Decree is held to be unlawful, inconsistent with applicable law, or unenforceable by any court of competent jurisdiction, the remainder of this Decree will remain effective and binding to the fullest extent possible.

24.4 **Entire Agreement**. This Decree, including the Exhibits hereto, contains the entire understanding between the Parties regarding the matters set forth in it. No representations, warranties, or promises have been made or relied upon by any Party other than those contained in this document. This document supersedes any and all other prior agreements or drafts, either written or oral, between the Parties or their counsel with respect to the subject matter thereof

24.5 **Triplicate Originals/Execution in Counterparts.** All Parties and their counsel will sign three copies of this document and each copy will be considered an original. This document may be executed in counterparts.

25. **AGREEMENT MUTUALLY PREPARED.** This Decree shall be deemed to have been mutually prepared by the Parties and shall not be construed against any of them by reason of authorship.

26. **AMOUNTS PAID NOT PENALTY.** It is understood that no amount paid or expended by PUBLIX in its performance of this Decree constitutes a penalty, fine, punitive damages, or other form of assessment for any alleged claim, offense or liability.

27. **EXTENSION OF TIME.** The Parties may jointly agree and subject to approval of the Court where required, to reasonable extensions of time to carry out the provisions of this Decree. Nothing in this paragraph shall be construed to require any Party to grant a requested extension.

28. **RETENTION OF JURISDICTION.** The Court will retain continuing and exclusive jurisdiction over the Parties for the purpose of enforcing, implementing, and

{MI584786;11}

25

Miami:6288.1 046218.1002

interpreting this Decree, including jurisdiction over members of the Settlement Class, and over the administration and enforcement of the Decree, and for determining and awarding attorneys' and expert's fees, litigation expenses and costs.

29.     **POWER AND AUTHORITY.**  The Parties hereby represent that they have the power and authority to execute and deliver this Decree and to perform the obligations hereunder, and that each person executing this Decree on each Party's behalf has been authorized to sign on behalf of the respective Party and to bind each to the terms of this Decree.  The parties also agree that this Decree may be executed in counterparts.

*[Text continues on following page.]*

30.    **SIGNATURES**

30.1    **Parties**.

**PUBLIX SUPER MARKETS, INC.**

By:_____

Its:_____John A. Attaway, Jr._____
               General Counsel & Secretary

Printed Name:_____

Dated:___6 | 15 | 2004_____

**ASSOCIATION FOR DISABLED AMERICANS, INC.**

By:_____

Printed Name:_____

Its:_____

Dated:_____

_____

**DANIEL RUIZ**

DATED:_____

_____

**JORGE LUIS RODRIGUEZ**

DATED:_____

{MI584786;11}

Miami:6288.1 046218.1002

27

30.    **SIGNATURES**

    30.1    **Parties**.

**PUBLIX SUPER MARKETS, INC.**

By:_____

Its:_____

Printed Name:_____

Dated:_____

**ASSOCIATION FOR DISABLED AMERICANS, INC.**

By:_____

Printed Name:_____

Its:_____

Dated:_____

_____
**DANIEL RUIZ**

DATED:_____

_____
**JORGE LUIS RODRIGUEZ**

DATED:_____

{MI584786;11}

Miami:6288.1 046218.1002

30. **SIGNATURES**

30.1 **Parties**.

**PUBLIX SUPER MARKETS, INC.**

By:_____

Its:_____

Printed Name:_____

Dated:_____

**ASSOCIATION FOR DISABLED AMERICANS, INC.**

By:_____

Printed Name: Daniel Ruiz

Its: President

Dated: 6-9-04

**DANIEL RUIZ**

DATED: 6-9-04

**JORGE LUIS RODRIGUEZ**

DATED:_____

---

**VATRICE RIVERA**

DATED:_____

---

**THOMAS SCHMOKEL**

DATED:_____

---

**ROBERT COHEN**

DATED:_____

---

**PAT KENNEDY**

DATED:_____

31.2    **Class Counsel:**

WILLIAM N. CHAROUHIS & ASSOCIATES, P.A.
169 E. Flagler Street
1200 Alfred I. DuPont Building
Miami, Florida 33131
(305) 372-1212
Facsimile: (305) 372-8265

By:_____
    William N. Charouhis, Esq.
    Florida Bar No. 510076

{MI584786;11}

28

---
**VATRICE RIVERA**

DATED: _____

---
**THOMAS SCHMOKEL**

DATED: _____

---
**ROBERT COHEN**

DATED: 3/11/0Y

---
**PAT KENNEDY**

DATED: 3 · 9 · 2004

31.2    **Class Counsel:**

WILLIAM N. CHAROUHIS & ASSOCIATES, LLP
Suite 2800
Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
(305) 913-7523
Facsimile: (305) 913-6452

By: _____
    William N. Charouhis, Esq.
    Florida Bar No. 510076

{M1584786;1}1

28

Miami:6288.1 046218.1002

_____

**VATRICE RIVERA**

DATED: 4/19/04

_____

**THOMAS SCHMOKEL**

DATED:_____

_____

**ROBERT COHEN**

DATED:_____

_____

**PAT KENNEDY**

DATED:_____

      31.2 **Class Counsel:**

WILLIAM N. CHAROUHIS & ASSOCIATES, P.A.
169 E. Flagler Street
1200 Alfred I. DuPont Building
Miami, Florida 33131
(305) 372-1212
Facsimile: (305) 372-8265

By:_____
    William N. Charouhis, Esq.
    Florida Bar No. 510076

{MI584786;11}

28

Miami:6288.1 046218.1002

_____

**VATRICE RIVERA**

DATED:_____

_____

**THOMAS SCHMOKEL**

DATED:_____

_____

**ROBERT COHEN**

DATED:_____

_____

**PAT KENNEDY**

DATED:_____

31.2    **Class Counsel:**

WILLIAM N. CHAROUHIS & ASSOCIATES, ~~P.A.~~ *L.L.P.*
~~169 E. Flagler Street~~  *Suite 2800 - Miami Center*
~~1200 Alfred I. DuPont Building~~  *201 S. Biscayne Blvd*
Miami, Florida 33131
(305) ~~372-1212~~ *913-7523*
Facsimile: (305) ~~372-8265~~ *913-6452*

By:_____
    William N. Charouhis, Esq.
    Florida Bar No. 510076

{MI584786;11}

28

Dated:_____

     31.3   **PUBLIX's Counsel:**

AKERMAN, SENTERFITT & EIDSON, P.A.
One Southeast Third Avenue
28th Floor
Miami, Florida 33131
(305) 374-5600
Facsimile: (305) 374-5059

By:_____
    Stanley H. Wakshlag, Esq.
    Florida Bar No.: 266264

Dated: _June 17, 2004_

LITTLER MENDELSON, P.C.
2 S. Biscayne Boulevard
One Biscayne Tower
Suite 1500
Miami, Florida 33131
(305) 400-7500
Facsimile: (305) 603-2552

By:_____
    Carol C. Lumpkin, Esq.
    Florida Bar No.: 797448

**EXHIBIT 1**

Pre-ADAAG Stores
Opened before 01/26/1993

| SC # | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 3 | Golden Gate Shopping Center | 255 East Van Fleet Drive | Bartow | FL | 02/25/60 |
| 5 | Wabash Shopping Center | 2021 George Jenkins Boulevard | Lakeland | FL | 11/17/65 |
| 7 | The Market Place | 7044 22nd Avenue North | St. Petersburg | FL | 07/06/83 |
| 8 | Tarpon Mall | 40968 U.S. Highway 19 North | Tarpon Springs | FL | 08/28/69 |
| 9 | 1700 34th Street North | 1700 34th Street North | St. Petersburg | FL | 08/14/73 |
| 10 | Flagler Park Plaza | 8341 W Flagler Street | Miami | FL | 03/19/91 |
| 11 | Grove Park Shopping Center | 1617 U.S. 98 South | Lakeland | FL | 07/28/60 |
| 12 | Pembroke Commons | 600 North University Drive | Pembroke Pines | FL | 07/18/91 |
| 13 | Haines City Mall | 617 U.S. Highway 17-92 | Haines City | FL | 07/06/67 |
| 14 | Meadows Square | 4753 North Congress Avenue | Lantana | FL | 05/01/86 |
| 16 | Boca Village Square | 21230 St. Andrew Boulevard | Boca Raton | FL | 11/08/78 |
| 18 | West Gate Shopping Center | 3909 West Manatee Avenue | Bradenton | FL | 04/03/56 |
| 20 | Hollieanna Shopping Center | 741 South Orlando Avenue | Winter Park | FL | 05/24/62 |
| 23 | Riverbridge Center | 6790 Forest Hills Boulevard | Greenacres City | FL | 07/30/87 |
| 24 | Hammocks Town Center | 10201 Hammocks Boulevard | Miami | FL | 06/25/87 |
| 29 | Ringling Shopping Center | 282 Shopping Lane | Sarasota | FL | 03/29/55 |
| 30 | Aventura Shopping Center | 2952 Aventura Boulevard | North Miami Beach | FL | 11/20/73 |
| 31 | Doral Park Shopping Center | 9755 N.W.  41st Street | Miami | FL | 06/25/87 |
| 33 | Highland Plaza | 3605 Sandy Plains Road #200 | Marietta | GA | 11/12/92 |
| 34 | Closed - Pablo Plaza | 2050 South 3rd Street | Jacksonville | FL | 04/17/74 |
| 36 | Southgate Shopping Center | 2515 South Florida Avenue | Lakeland | FL | 11/19/57 |
| 37 | Madeira Shopping Center | 662 East Welch Causeway | Madeira Beach | FL | 08/19/57 |
| 38 | Pasadena Shopping Center | 6850 Gulfport Boulevard | South Pasadena | FL | 02/16/58 |
| 39 | Coquina Key Plaza | 4350 6th Street South | St. Petersburg | FL | 02/16/58 |
| 40 | Sunshine Plaza | 4121 West Commercial Boulevard | Tamarac | FL | 10/19/71 |
| 41 | Riverwalk Shopping Center | 245 Riverside Drive | Holly Hill | FL | 11/04/58 |
| 43 | Gainesville Shopping Center | 1014 North Main Street | Gainesville | FL | 11/20/58 |
| 46 | 127th Shopping Center | 12850 Biscayne Boulevard | North Miami | FL | 05/05/59 |
| 47 | Lantana Shopping Center | 1589 West Lantana Road | Lantana | FL | 08/04/59 |
| 48 | Byrd Plaza | 801 Dixon Boulevard, Suite 1131 | Cocoa | FL | 07/07/59 |
| 50 | Southdale Shopping Center | 828 Southern Boulevard | West Palm Beach | FL | 10/27/59 |
| 52 | Bellair Plaza | 2455 North Atlantic Avenue | Daytona Beach | FL | 03/29/60 |
| 53 | Sheridan Plaza | 5211 Sheridan Street | Hollywood | FL | 10/10/91 |

Pre-ADAAG Stores
Opened before 01/26/1993

| SC # | "S/C Name" | Address | City | State | Open Date |
|------|-----------|---------|------|-------|-----------|
| 55 | Greenwood Shopping Center | 1700 South Congress Avenue | Village of Palm Springs | FL | 08/19/82 |
| 56 | Venetian Isle Shopping Center | 3700 North Federal Highway | Pompano Beach | FL | 03/12/87 |
| 57 | Wilton Manors Shopping Center | 2633 Old Dixie Highway | Wilton Manors | FL | 11/09/59 |
| 58 | Hub Plaza | 900 North Federal Highway | Ft. Lauderdale | FL | 11/09/59 |
| 59 | Daniels Crossing | 6900 Unit 19 Daniels Parkway | Ft. Myers | FL | 12/13/90 |
| 60 | Coral Way Shopping Center | 8680 S. W. 24th Street | Miami | FL | 05/12/60 |
| 63 | Sarasota Commons | 935 North Beneva Road #101 | Sarasota | FL | 11/13/80 |
| 64 | Cortez Commons | 5584 Cortez Road West | Bradenton | FL | 06/01/83 |
| 65 | Leesburg Shopping Center | 717 North 14th Street | Leesburg | FL | 03/30/61 |
| 66 | 18330 Collins Avenue | 18330 Collins Avenue | Sunny Isle Beach | FL | 10/07/82 |
| 68 | Venice Shopping Center | 535 Tamiami Trail South | Venice | FL | 05/18/61 |
| 69 | Higate Square | 13820 S. W. 88th Street | Miami | FL | 06/14/79 |
| 70 | Coral Ridge Shopping Center | 3400 North Federal Highway | Ft. Lauderdale | FL | 08/29/61 |
| 71 | Disston Plaza | 3501 49th Street North | St. Petersburg | FL | 07/20/61 |
| 72 | Fifth Avenue Shopping Center | 1658 N.E. 5th Avenue | Boca Raton | FL | 11/30/61 |
| 76 | Naples Plaza | 1981 9th Street North | Naples | FL | 02/01/62 |
| 77 | Palm Harbor Shopping Center | 298 Palm Coast Parkway, N.E. | Palm Coast | FL | 04/05/79 |
| 78 | Southgate Shopping Center | 2824 Highway 27 South | Sebring | FL | 02/15/62 |
| 79 | 6879 Collins Avenue | 6876 Collins Avenue | Miami Beach | FL | 04/24/62 |
| 80 | Jefferson Super Center | 850 North Miami Beach Boulevard | North Miami Beach | FL | 05/31/62 |
| 81 | Park Plaza | 7580 49th Street North | Pinellas Park | FL | 08/02/62 |
| 82 | Palm Aire Shopping Center | 150 South Federal Highway | Deerfield Beach | FL | 03/14/79 |
| 83 | Gulf Gate Plaza | 6505 South Tamiami Trail | Sarasota | FL | 07/19/62 |
| 84 | Valencia Center | 2551 South LeJeune Road | Coral Gables | FL | 08/30/62 |
| 85 | Palm Springs Shopping Center | 630 West 49th Street | Hialeah | FL | 08/30/62 |
| 87 | South Trail Shopping Center | 3255 Cleveland Avenue | Ft. Myers | FL | 10/14/62 |
| 88 | Hollywood Circle | 1735 East Young Circle | Hollywood | FL | 01/29/63 |
| 89 | Treetrail Village | 1250 Tech Drive | Norcross | GA | 12/03/92 |
| 90 | Southport Shopping Center | 1395 S.E. 17th Street | Ft. Lauderdale | FL | 03/26/63 |
| 91 | 1045 Dade Boulevard | 1045 Dade Boulevard | Miami Beach | FL | 04/23/63 |
| 93 | Caladesi Shopping Center | 902 Curlew Road | Dunedin | FL | 12/18/73 |
| 94 | 1401 Monza Avenue | 1401 Monza Avenue | Coral Gables | FL | 08/08/63 |
| 95 | Colonial Bardmoor Promenade | 10801 Starkey Road #200 | Seminole | FL | 08/01/91 |

Pre-ADAAG Stores
Opened before 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 96 | Gulf to Bay Plaza | 525 Belcher Road | Clearwater | FL | 07/18/63 |
| 98 | Indian Rocks Shopping Center | 12022 Indian Rocks Road | Largo | FL | 08/15/63 |
| 101 | 3500 S.W. Davie Boulevard | 3500 S.W. Davie Boulevard | Ft. Lauderdale | FL | 05/07/64 |
| 103 | Mango Square | 11782 East Dr. Martin Luther King Jr. Boulevard | Seffner | FL | 08/07/86 |
| 104 | Island Village Shopping Center | 200 Island Way | Clearwater | FL | 12/04/73 |
| 105 | Island Park Shopping Center | 16520 South Tamiami Trail | Ft. Myers | FL | 04/03/86 |
| 106 | Imperial Pointe | 6151 North Federal Highway | Ft. Lauderdale | FL | 01/28/65 |
| 107 | Banana River Square | 2067 North Atlantic | Cocoa | FL | 06/16/83 |
| 109 | Downtown Stuart | 746 South Federal Highway | Stuart | FL | 04/29/65 |
| 110 | | 1016 Cape Coral Parkway | Cape Coral | FL | 05/27/65 |
| 112 | Miller Road Shopping Center | 9420 S.W. 56th Street | Miami | FL | 07/22/65 |
| 113 | K-Mart Plaza | 1719 Apalachee Parkway | Tallahassee | FL | 10/10/72 |
| 114 | Central Shopping Center | 100 West Oakland Park Boulevard | Wilton Manors | FL | 08/26/65 |
| 115 | Southgate Shopping Center | 5127 U.S. 19 South | New Port Richey | FL | 12/02/65 |
| 116 | Punta Gorda Mall | 111 Tamiami Trail | Punta Gorda | FL | 10/07/65 |
| 117 | Seminole Mall | 11175 Park Boulevard, Suite 14 | Seminole | FL | 11/04/65 |
| 118 | Northlake Village | 3551 Highway 441 South | Okeechobee | FL | 03/26/87 |
| 120 | Causeway Shopping Center | 243 Eau Gallie Boulevard East | Satellite Beach | FL | 02/24/66 |
| 121 | 155 2nd Avenue | 155 East 2nd Avenue | Hialeah | FL | 05/17/66 |
| 122 | Macland Pointe Shopping Center | 1750 Powder Springs Road | Marietta | GA | 12/30/92 |
| 124 | Merritt Crossing Shopping Center | 239 Crockett Road | Merritt Island | FL | 11/10/83 |
| 125 | West Gate Shopping Center | 125 S.W. 34th Street | Gainesville | FL | 07/26/66 |
| 127 | 2270 S.W. 27th Avenue | 2270 S.W. 27th Avenue | Miami | FL | 12/08/66 |
| 130 | Ormond Beach Mall | 1258 Ocean Shore Boulevard | Ormond Beach | FL | 05/30/67 |
| 131 | Pineapple Groves Shops | 314 N.E. 2nd Avenue | Delray Beach | FL | 12/08/66 |
| 132 | Shores Center | 9050 Biscayne Boulevard | Miami Shores | FL | 12/08/66 |
| 134 | Coconut Creek Plaza | 4939 Coconut Creek Parkway | Coconut Creek | FL | 03/16/83 |
| 135 | Eustis Square | 332 West Ardice | Eustis | FL | 09/20/84 |
| 136 | K-Mart Shopping Center | 2311 West Irlo Bronson Memorial Highway | Kissimmee | FL | 01/17/79 |
| 137 | LaFayette Place | 3111 Mahan Drive | Tallahassee | FL | 05/28/87 |
| 138 | Polo Grounds Mall | 926 South Military Trail | West Palm Beach | FL | 10/05/67 |
| 139 | Dolphin Village Shopping Center | 4655 Gulf Boulevard | St. Petersburg Beach | FL | 06/29/67 |
| 141 | Pompano Shopping Center | 2511 Atlantic Boulevard, East | Pompano Beach | FL | 08/03/67 |

Pre-ADAAG Stores
Opened before 01/26/1993

| SC # | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 143 | Town & Country Shopping Center | 1910 Lake Worth Road | Lake Worth | FL | 10/05/67 |
| 147 | The Shops @ Flagler & Douglas | 3801 West Flagler Street | Miami | FL | 01/25/68 |
| 148 | Sarasota Crossings | 5391 Fruitville Road | Sarasota | FL | 10/11/90 |
| 149 | Big Tree Shopping Center | 2014 Ridgewood Avenue | South Daytona Beach | FL | 04/03/69 |
| 150 | Northwood Mall | 1940-79 North Monroe | Tallahassee | FL | 05/27/69 |
| 151 | 12855 N.E. 6th Ave. | 12855 N.E. 6th Avenue | North Miami | FL | 03/13/69 |
| 152 | Plantation Towne | 6989 West Broward Boulevard | Plantation | FL | 02/05/70 |
| 154 | Gulf Gates Shopping Center | 2882 South Tamiami Trail | Naples | FL | 12/04/69 |
| 156 | Merritt Square Shopping Center | 777 East Merritt Island Causeway | Merritt Island | FL | 02/26/70 |
| 158 | Carrollwood Centre | 10015 North Dale Mabry | Tampa | FL | 10/01/70 |
| 159 | Village Green Shopping Center | 3451 University Drive | Coral Springs | FL | 05/20/71 |
| 161 | 265 Sunset Avenue | 265 Sunset Avenue | Palm Beach | FL | 04/06/71 |
| 163 | University Mall | 3600 University Boulevard, West | Jacksonville | FL | 03/30/71 |
| 166 | North Ridge Shopping Center | 931 East Commercial Boulevard | Oakland Park | FL | 11/11/71 |
| 167 | 6890 Miramar Parkway | 6890 Miramar Parkway | Miramar | FL | 01/05/72 |
| 168 | Sunset-19 Shopping Center | 23674 U.S. Highway 19 North | Clearwater | FL | 08/01/72 |
| 169 | 15000 Miami Lakes Drive East | 15000 Miami Lakes Drive East | Miami Lakes | FL | 07/18/92 |
| 171 | Casselberry Commons | 1455 Semoran Boulevard #203 | Casselberry | FL | 02/06/73 |
| 172 | Neopolitan Way Shopping Center | 4609 9th Street North | Naples | FL | 08/28/86 |
| 173 | Village Plaza Shopping Center | 3690 Bee Ridge Road | Sarasota | FL | 02/27/73 |
| 174 | Shoppes of Inverrary | 5575 Oakland Park | Lauderhill | FL | 04/17/73 |
| 175 | Millhopper Shopping Center | 4115 N.W. 16th Boulevard | Gainesville | FL | 04/03/73 |
| 177 | Deerwood Village Shopping Center | 9964 Old Baymeadows Road | Jacksonville | FL | 08/14/74 |
| 178 | Harbour Place | 13170-29 Atlantic Boulevard | Jacksonville | FL | 11/29/90 |
| 179 | Oakbrook Square Shopping Center | 11566 U.S. No. 1 North | Palm Beach Gardens | FL | 10/09/74 |
| 180 | Nassau Square | 7745 Lake Worth Road | Lake Worth | FL | 11/01/84 |
| 181 | The Plaza @ Delray | 1538 South Federal Highway | Delray Beach | FL | 11/06/74 |
| 183 | 5858 Atlantic Boulevard | 5858 Atlantic Boulevard | Jacksonville | FL | 10/16/74 |
| 185 | Oakhurst Plaza Shopping Center | 9330 Oakhurst Road | Seminole | FL | 11/20/74 |
| 186 | Kingsley Square | 2285 Kingsley Avenue, Building. 10 | Orange Park | FL | 02/11/75 |
| 187 | The Gazebo | 5566 Fort Caroline Road | Jacksonville | FL | 02/11/75 |
| 188 | Garden Square | 8601 N.W. 186th Street | Miami | FL | 08/15/91 |
| 189 | Butler Plaza II | 3202 S.W. 35th Boulevard | Gainesville | FL | 10/29/75 |

Pre-ADAAG Stores
Opened before 01/26/1993

| SC # | S/C Name | Address | City | State | Open Date |
|------|----------|---------|------|-------|-----------|
| 190 | Jacaranda Plaza | 1667 U. S. 41 Bypass South | Venice Gardens | FL | 01/07/76 |
| 191 | Indian River Village Shopping Center | 709 Third Avenue | New Smyrna Beach | FL | 06/23/76 |
| 195 | Delray Square Shopping Center | 4771 West Atlantic Avenue | Delray Beach | FL | 01/06/77 |
| 196 | Boynton Plaza | 133 North Congress Avenue | Boynton Beach | FL | 01/06/77 |
| 197 | Kings Bay Plaza | 204 S.E. Highway 19 | Crystal River | FL | 12/02/76 |
| 198 | Mandarin Landing Shopping Center | 10601-22 San Jose Boulevard | Jacksonville | FL | 02/15/77 |
| 199 | Seabridge Square | U.S. 1 South | St. Augustine | FL | 06/01/77 |
| 200 | College Parkway | 7070-1 College Parkway | Ft. Myers | FL | 10/06/77 |
| 201 | | 13821 North Cleveland Avenue | North Ft. Myers | FL | 10/06/77 |
| 202 | Lake Washington Crossing | 3200 Lake Washington Road | Melbourne | FL | 07/02/87 |
| 203 | The Trails Shopping Center | 220 North Nova Road | Ormond Beach | FL | 08/31/77 |
| 204 | West Bird Center | 11495 Bird Road | Miami | FL | 11/29/77 |
| 206 | Town & Country Shopping Center | 135 Town & Country Drive | Palatka | FL | 03/02/78 |
| 208 | Dunlawton Square | 3821 North Nova Road | Port Orange | FL | 09/13/79 |
| 210 | Davie Shopping Center | 4701 University Drive | Davie | FL | 05/03/79 |
| 211 | Custom Commerce Center | 6658 Ridge Road | Port Richey | FL | 03/13/79 |
| 212 | Garden Square | 10913 North Military Trail | Palm Beach Gardens | FL | 11/14/79 |
| 213 | Village Square | 1657 North Hiatus Road | Pembroke Pines | FL | 03/12/80 |
| 214 | Palm Lakes Plaza | 7230 West Atlantic Boulevard | Margate | FL | 09/09/80 |
| 215 | Palm Bay Center | 4711 Babcock Street, N.E. | Palm Bay | FL | 02/12/81 |
| 217 | Nokomis Village Shopping Center | 1091 North Trail | Nokomis | FL | 06/05/80 |
| 218 | Town Plaza | 525 Bay Isle Parkway | Longboat Key | FL | 06/05/80 |
| 219 | South Highlands Shopping Center | 350 U.S. 27 North | Lake Placid | FL | 06/12/80 |
| 220 | Hernando West Plaza | 1400 Pinehurst Drive | Spring Hill | FL | 06/19/80 |
| 221 | Charlotte Square | 2150-B North Tamiami Trail | Port Charlotte | FL | 06/26/80 |
| 222 | Miller Square Shopping Center | 13890 S.W. 56th Street | Miami | FL | 08/14/80 |
| 223 | 14601 South Dixie Highway | 14601 South Dixie Highway | Miami | FL | 03/10/81 |
| 224 | The Village Center | 13178 North Dale Mabry Highway | Tampa | FL | 09/30/80 |
| 225 | Killearn Center | 3483 Thomasville Road | Tallahassee | FL | 11/06/80 |
| 227 | Hunt Club Corners | 540 Hunt Club Boulevard | Apopka | FL | 12/02/80 |
| 230 | Rivergate Plaza | 1125 S.E. Port St. Lucie Boulevard | Port St. Lucie | FL | 08/06/81 |
| 231 | South Oaks Square | 1531 South Ohio Avenue | Live Oak | FL | 11/19/81 |
| 232 | Coral Pointe Shopping Center | 1631 Del Prado Boulevard | Cape Coral | FL | 11/04/81 |

Pre-ADAAG Stores
Opened before 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 233 | Willa Springs Village | 5655 Red Bug Lake Road | Winter Springs | FL | 11/12/81 |
| 234 | Gleason's Corner Mall | 2311 U.S. 90 West | Lake City | FL | 01/14/82 |
| 236 | East Lake Woodlands  Plaza | 3400 Eastlake Road | Palm Harbor | FL | 06/10/82 |
| 237 | The Crossings Shopping Village | 13001 S .W. 112th Street | Miami | FL | 04/15/82 |
| 239 | Welleby Plaza | 10155 West Oakland Park Boulevard | Sunrise | FL | 09/23/82 |
| 241 | Cove Shopping Center | 5893 S.E. Federal Highway | Stuart | FL | 10/21/82 |
| 242 | Tamarac Town Square | 8245 N.E. 88th Avenue | Tamarac | FL | 12/16/82 |
| 243 | Towne Square @ Wellington | 11950 Forest Hill Boulevard | Wellington | FL | 11/11/82 |
| 244 | Lemon Bay Shopping Center | 1855 Englewood Road | Englewood | FL | 11/18/82 |
| 245 | 1400 Old 441 North | 1400 Old 441 North | Mt. Dora | FL | 06/29/78 |
| 246 | Sawgrass Promenade | 1337 South Military Trail | Deerfield Beach | FL | 12/16/82 |
| 247 | Morses Shores Shopping Center | 4901 Palm Beach Boulevard SE # 15 | Ft. Myers | FL | 02/24/83 |
| 248 | Daytona Beach Shores Shopping Center | 3044 South Atlantic Avenue | Daytona Beach | FL | 09/22/83 |
| 249 | The Pavilion Shopping Center | 871 Vanderbilt Beach Road | Naples | FL | 10/27/83 |
| 250 | Village Square | 3775 Woolbright Road | Boynton Beach | FL | 10/13/83 |
| 251 | Ocean Breeze Plaza | 1780 N.E. Jensen Beach Boulevard | Jensen Beach | FL | 11/03/83 |
| 252 | Pine Island Ridge Plaza | 8842 State Road 84 | Davie | FL | 12/01/83 |
| 253 | Sawgrass Village | 600 Sawgrass Village Drive | Ponte Vedra Beach | FL | 03/15/84 |
| 254 | Atlantic Village | 985 Atlantic Boulevard | Atlantic Beach | FL | 03/15/84 |
| 255 | Inverness Mall | 1420 Highway 41 North | Inverness | FL | 05/17/84 |
| 256 | Sun Point Shopping Center | 3048 State Road 674 | Ruskin | FL | 11/15/84 |
| 257 | Paddock Park Village | 3101 S.W. 34th Avenue | Ocala | FL | 11/08/84 |
| 258 | Windover Square | 2261 West New Haven Avenue | West Melbourne | FL | 11/15/84 |
| 259 | Bay Pointe Plaza | 5295 34th Street South | St. Petersburg | FL | 12/04/84 |
| 260 | South Dade Plaza | 18485 South Dixie Highway | Miami | FL | 12/13/84 |
| 261 | Kendall Town & Country | 8250 Mills Drive | Kendall | FL | 03/19/85 |
| 262 | Country Club Plaza | 18496 N.W. 67th Avenue | Hialeah | FL | 05/16/85 |
| 263 | Oak Hill Village | 7628-24 103rd Street | Jacksonville | FL | 03/12/85 |
| 264 | Rockledge Square | 1880 South U.S. #1 | Rockledge | FL | 05/23/85 |
| 265 | Rio Pinar Plaza | 483 South Chickasaw Trail | Orlando | FL | 06/20/85 |
| 267 | Sheridan Square | 401 East Sheridan Street | Dania Beach | FL | 04/18/91 |
| 268 | Florida-Bearss Center | 15025 North Florida Avenue | Tampa | FL | 03/16/68 |
| 270 | Granada Shopping Center | 1491 Main Street | Dunedin | FL | 02/21/85 |

Pre-ADAAG Stores
Opened before 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 271 | Walden Woods Shopping Center | 2202 Jim Redman Parkway | Plant City | FL | 05/09/85 |
| 272 | St. John's Plaza | 3265 Garden Street | Titusville | FL | 05/23/85 |
| 273 | Oak Valley Shopping Center | 5810-200 North Monroe Street | Tallahassee | FL | 10/10/91 |
| 274 | Williamsburg Town Center | 5350 Central Florida Parkway | Orlando | FL | 08/29/85 |
| 275 | Shops of Marco | 169 South Barfield Drive | Marco Island | FL | 09/12/85 |
| 276 | Metro West Village | 2435 South Hiawassee Road | Orlando | FL | 11/15/90 |
| 277 | Ridgecrest Plaza | 868 Blanding Avenue, Suite 101 | Orange Park | FL | 04/24/86 |
| 281 | | 2295 Aloma Avenue | Winter Park | FL | 03/29/61 |
| 284 | Ryanwood Center | 2040 58th Avenue | Vero Beach | FL | 08/21/86 |
| 285 | Atlantic Plaza | 1024 Highway A1A, Suite 102 | Satellite Beach | FL | 04/29/71 |
| 286 | Rosemont Plaza | 5800 North Orange Blossom Trail | Orlando | FL | 08/29/85 |
| 287 | Riverwalk Shopping Center | 13435 U.S. Highway 1 | Sebastian | FL | 11/21/85 |
| 288 | Goldenrod Groves Shopping Center | 4270 State Road 426, Suite 4 | Winter Park | FL | 10/31/85 |
| 289 | Seminole Centre | 3609 Orlando Drive | Sanford | FL | 11/23/85 |
| 290 | Countryside Shops | 5630 Flamingo Road | Cooper City | FL | 12/05/85 |
| 291 | Country Isles Plaza | 1170 Weston Road | Weston | FL | 08/12/86 |
| 292 | Garden Shops at Boca | 7050 Palmetto Park Road, Suite 28 | Boca Raton | FL | 11/07/85 |
| 293 | Country Walk Shopping Center | 13735 S.W. 152nd Street | Miami | FL | 10/24/85 |
| 294 | Tam O'Shanter Plaza | 1297 South State Road | North Lauderdale | FL | 01/30/86 |
| 295 | Point Plaza | 12031 U.S. 19 North | Bayonet Point | FL | 12/12/85 |
| 296 | Herndon Plaza | 3222 East Colonial Drive | Orlando | FL | 05/22/86 |
| 297 | Chasewood Plaza | 6330 Indian Town Road | Jupiter | FL | 02/07/86 |
| 298 | Royal Oaks Plaza | 1923 Knox McRae Drive | Titusville | FL | 09/25/86 |
| 299 | Leesburg Square | 2241 North Citrus Boulevard | Leesburg | FL | 08/28/86 |
| 300 | Westgate Shopping Center | 12026 Anderson Road | Tampa | FL | 11/06/86 |
| 301 | Jamestown Place | 951 State Road 434 North | Altamonte Springs | FL | 10/30/86 |
| 302 | Midway Plaza | 5881 University Drive | Tamarac | FL | 11/04/86 |
| 303 | Flamingo Pines Plaza | 170 South Flamingo Road | Pembroke Pines | FL | 12/16/86 |
| 304 | The Shoppes @ Beville Road | 1500 Beville Road., Building #300 | Daytona Beach | FL | 08/14/86 |
| 305 | Eagles Park Retail Center | 5577 Park Street North | St. Petersburg | FL | 11/13/86 |
| 306 | Newberry Square | 1200 NW 76th Boulevard | Gainesville | FL | 11/13/86 |
| 307 | Pasco Square | 7241 County Road #54 | New Port Richey | FL | 09/18/86 |
| 308 | St. Lucie Square | 6666 South U.S. 1 | Port St. Lucie | FL | 11/13/86 |

Pre-ADAAG Stores
Opened before 01/26/1993

| SC # | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 309 | Mandarin Pointe Shopping Center | 12200 San Jose Boulevard | Jacksonville | FL | 10/28/86 |
| 310 | Gandy Shopping Center | 3615 West Gandy Boulevard | Tampa | FL | 11/18/86 |
| 311 | Terrace Ridge Plaza | 11502 North 53rd Street | Temple Terrace | FL | 02/12/87 |
| 312 | Tequesta Shoppes | 105 U.S. #1 | Tequesta | FL | 09/04/86 |
| 313 | The Bluffs Square Shopping Center | 4060 South U.S. #1 South | Jupiter | FL | 10/23/86 |
| 314 | Homestead Shopping Plaza | 1324-26 Homestead Road North | Lehigh | FL | 12/02/86 |
| 315 | Bloomingdale Shopping Center | 855 East Bloomingdale Avenue | Brandon | FL | 12/04/86 |
| 316 | Shoppes on the Green | 7070 Fairway Drive | Palm Beach Gardens | FL | 12/18/86 |
| 317 | Riverside Square | 8160 Wiles Road | Coral Springs | FL | 02/19/87 |
| 318 | Park Promenade | 2724 North Hiwassee Road | Orlando | FL | 02/10/87 |
| 319 | Village Commons Shopping Center | 831 Village Boulevard | West Palm Beach | FL | 07/30/87 |
| 320 | Cobblestone Crossing | 2771 Monument Boulevard | Jacksonville | FL | 02/19/87 |
| 321 | Highlands Plaza Shopping Center | 1020 U.S. Highway 27 South | Avon Park | FL | 03/05/87 |
| 322 | Island Walk Shopping Center | 1421 Sadler Road | Fernandina Beach | FL | 04/30/87 |
| 323 | Winter Garden Regional Shopping Center | 14001 West Colonial Drive | Winter Garden | FL | 02/26/87 |
| 324 | West Boca Plaza | 22973 State Road 7 South | Boca Raton | FL | 06/11/87 |
| 325 | Brooksville Square | 19490 Cortez Boulevard | Brooksville | FL | 03/19/87 |
| 326 | Bay Hill Plaza | 7733 Turkey Lake Road | Orlando | FL | 10/01/87 |
| 327 | Tamiami Trail Shops | 13850 S.W. 8th Street | Miami | FL | 07/16/87 |
| 328 | Old Cutler Town Center | 20425 Old Cutler Road | Miami | FL | 09/10/87 |
| 329 | Alafaya Square | 81 Alafaya Woods Boulevard | Oviedo | FL | 09/03/87 |
| 330 | Kings Lake Square | 4860 Davis Boulevard | Naples | FL | 10/01/87 |
| 331 | Kirkman Oaks Shopping Center | 4606 Kirkman Road | Orlando | FL | 06/18/87 |
| 332 | Suncrest Village | 10115 University Boulevard | Orlando | FL | 07/23/87 |
| 333 | Beneva Village Shops | 3428 Clark Road | Sarasota | FL | 08/27/87 |
| 334 | Lake Mary Village | 3899 West Lake Mary Boulevard | Lake Mary | FL | 09/03/87 |
| 335 | New Smyrna Beach Regional Shopping Center | 1930 S.R. 44 | New Smyrna Beach | FL | 09/24/87 |
| 336 | Anastasia Plaza | 3633 County Road A1A South | St. Augustine Beach | FL | 02/11/88 |
| 337 | Wedgewood Commons | 3304 S.E. Federal Highway | Stuart | FL | 11/19/87 |
| 338 | Pinewood Square | 6338 Lantana Road #51 | Lake Worth | FL | 01/12/88 |
| 339 | Polo Club Shoppes | 5050 Champion Boulevard | Boca Raton | FL | 01/12/88 |
| 340 | East Port Plaza | 9011 U.S. 1 | Port St. Lucie | FL | 02/25/88 |
| 341 | Palm Springs Plaza | 10301 Royal Palm Boulevard | Coral Springs | FL | 02/25/88 |

Pre-ADAAG Stores
Opened before 01/26/1993

| Seq# | Store Name | Address | City | State | Open Date |
|------|-----------|---------|------|-------|-----------|
| 342 | Plantation Promenade | 10065 Cleary Boulevard | Plantation | FL | 02/25/88 |
| 343 | El Mercado Shopping Center | 2414 West 60th Street | Hialeah | FL | 03/17/88 |
| 344 | City Plaza @ Tampa Palms | 16041 Tampa Palm Boulevard West | Tampa | FL | 08/04/88 |
| 345 | Normandy Village | 7764-11 Normandy Boulevard | Jacksonville | FL | 03/03/88 |
| 346 | Sunshine Square Shopping Center | 501 S.E. 8th Street | Boynton Beach | FL | 05/05/88 |
| 347 | Skyview Plaza | 7653 South Orange Blossom Trail | Orlando | FL | 04/07/88 |
| 348 | Deerfield Mall | 3740 West Hillsboro Boulevard | Deerfield Beach | FL | 05/05/88 |
| 349 | Shoppes of Lake Village | 10601-D U.S. Highway 441 | Leesburg | FL | 03/03/88 |
| 350 | Lake Fredrica Center | 4048 South Semoran Boulevard | Orlando | FL | 06/23/88 |
| 351 | Poinciana Place | 2915 Vineland Road | Kissimmee | FI | 06/23/88 |
| 352 | Oakbridge Square | 3636 Harden Boulevard | Lakeland | FL | 08/18/88 |
| 354 | North River Village | 6242 U.S. 301 | Ellenton | FL | 07/21/88 |
| 355 | Havendale Shopping Center | 362 Havendale Boulevard | Auburndale | FL | 12/01/77 |
| 356 | Lake Miriam Square | 4730 South Florida Avenue | Lakeland | FL | 11/15/77 |
| 357 | Lake Gibson Shopping Center | 6767 U.S. Highway 98 North | Lakeland | FL | 10/23/80 |
| 358 | Center @ University Parkway | 8450 Lockwood Ridge Road | Sarasota | FL | 07/21/88 |
| 359 | Mariner Square | 13090 Cortez Boulevard | Brooksville | FL | 09/29/88 |
| 361 | Centergate Village | 5804 Bee Ridge Road | Sarasota | FL | 10/20/88 |
| 362 | The Crossroads @ Royal Palm Beach | 1180 Royal Palm Beach Boulevard | Royal Palm Beach | FL | 09/22/88 |
| 363 | Schoolhouse Square | 4300 C King's Highway | Port Charlotte | FL | 10/20/88 |
| 364 | Peppertree Plaza | 5600 West Sample Road | Margate | FL | 12/01/88 |
| 365 | The Center of Bonita Springs | 3306 Bonita Beach Road | Bonita Springs | FL | 01/19/89 |
| 366 | Cortez Plaza | 1005 44th Avenue West | Bradenton | FL | 12/01/88 |
| 367 | Promenade Shopping Plaza | 9900 Alternate A1A | Palm Beach Gardens | FL | 02/23/89 |
| 368 | River Run Shopping Center | 9951 Miramir Parkway | Miramar | FL | 02/16/89 |
| 369 | Boca Valley Plaza | 7431 North Federal Highway | Boca Raton | FL | 12/15/88 |
| 370 | Alafaya Commons Shopping Center | 11955 East Colonial Drive | Orlando | FL | 11/07/88 |
| 371 | Crosstown Plaza | 2895 North Military Trail | West Palm Beach | FL | 08/10/89 |
| 372 | Shenandoah Square | 13700 State Road 84 | Davie | FL | 04/13/89 |
| 373 | Ramblewood Square | 1305 University Drive | Coral Springs | FL | 05/04/89 |
| 374 | Tri City Plaza | 5000 East Bay Drive #100 | Largo | FL | 03/14/89 |
| 375 | University Park Center North | 1525 S. W. 107th Avenue | Miami | FL | 04/13/89 |
| 376 | Tradewinds Plaza | 101437 Overseas Highway | Key Largo | FL | 06/29/89 |

Pre-ADAAG Stores
Opened before 01/26/1993

| SO# | Store Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 377 | Moultrie Square | 4255 U.S. 1 South, Store #1 | St. Augustine | FL | 04/06/89 |
| 378 | Shoppes of Kissimmee | 3227 South John Young Parkway | Kissimmee | FL | 05/18/89 |
| 379 | Casselberry Collection | 3385 South U.S. 17-92 #181 | Casselberry | FL | 05/18/89 |
| 380 | Regency Square | CLOSED STORE - RHODES FURNITURE | Jacksonville | FL | 12/29/88 |
| 381 | Crossroads Village Shopping Center | 8102 Blanding Boulevard | Jacksonville | FL | 12/29/88 |
| 382 | Publix Plaza | 4049 13th Street | St. Cloud | FL | 05/18/89 |
| 384 | Venice Village Shoppes | 4173 Tamiami Trail South | Venice | FL | 09/28/89 |
| 385 | South Vero Square | 810 U.S. Highway 1 | Vero Beach | FL | 09/21/89 |
| 386 | Bayside Bridge Plaza | 1520 McMullen Booth Road | Clearwater | FL | 08/31/89 |
| 387 | Colony Crossings | 10019 West Hillsborough Avenue | Tampa | FI | 10/05/89 |
| 388 | Villages of Oriole Plaza | 7375 West Atlantic Avenue | Delray Beach | FL | 10/12/89 |
| 389 | Ventura Downs | 1980 Osceola Parkway | Kissimmee | FL | 11/16/89 |
| 390 | Town View Square | 7320 Gall Boulevard North | Zephyrhills | FL | 03/29/90 |
| 391 | Colonial Burnt Store Promenade | 3491 Tamiami Trail #3145 | Punta Gorda | FL | 04/26/90 |
| 392 | Plantation Square | 5375 North Socrum Loop Road | Lakeland | FL | 04/26/90 |
| 393 | Old St. Augustine Plaza | 11250-4 Old St. Augustine Road | Jacksonville | FL | 10/11/90 |
| 394 | Courtyard Shops @ Wellington | 13880 Wellington Terrace | Wellington | FL | 10/18/90 |
| 395 | Gateway Crossings | 10496 Roosevelt Boulevard North | St. Petersburg | FL | 08/30/90 |
| 396 | Regency Square | 4901 S.W. 148th Avenue | Southwest Ranches | FL | 10/04/90 |
| 397 | Aberdeen Square | 4966 LeChalet Boulevard | Boynton Beach | FL | 10/18/90 |
| 398 | North Pointe Plaza | 15151 North Dale Mabry | Tampa | FL | 12/13/90 |
| 399 | Twelve Oaks Plaza | 7018 West Waters Avenue | Tampa | FL | 11/15/90 |
| 400 | Merchants Crossing | 1500 Placida Road Building C | Englewood | FL | 11/29/90 |
| 401 | Jupiter Square Shopping Center | 95 U.S. Highway 1 | Jupiter | FL | 01/03/91 |
| 402 | Hallandale Place Shopping Center | 1400 East Hallandale Beach Boulevard | Hallandale Beach | FL | 04/27/92 |
| 403 | Darwin Square | 3235 S.W. Port St. Lucie Boulevard | Port St. Lucie | FL | 08/15/91 |
| 404 | Pearl Britain Plaza | 2655 N.E. 35th Street | Ocala | FL | 02/07/91 |
| 405 | Good Homes Plaza | 8863 West Colonial Drive | Orlando | FL | 03/07/91 |
| 406 | Coral Creek Shops | 6570 North State Road 7 | Coconut Creek | FL | 06/13/91 |
| 407 | Willow Bend | 23048 State Road 54 | Lutz | FL | 03/26/91 |
| 408 | Peachland Promenade | 24123 Peachland Boulevard | Port Charlotte | FL | 06/06/91 |
| 409 | The Plaza @ Palmer Ranch | 8409 Tamiami Trail South | Sarasota | FL | 10/31/91 |
| 410 | Berkshire Commons | 7101 Radio Road | Naples | FL | 10/17/91 |

Pre-ADAAG Stores
Opened before 01/26/1993

| Stro | Store Name | Address | City | State | Open Date |
|------|------------|---------|------|-------|-----------|
| 411 | Publix @ Seven Hills | 160 Mariner Boulevard | Spring Hill | FL | 09/26/91 |
| 412 | Publix @ Savannah Mall | 13040 Abercorn Street | Savannah | GA | 11/20/91 |
| 413 | Woods Walk Plaza | 9855 Lake Worth Drive | Lake Worth | FL | 01/16/92 |
| 414 | Riverchase Shopping Center | 11200 U.S. 41 North #2200 | Naples | FL | 12/12/91 |
| 415 | Coral Landings Shopping Center | 33343 U.S. 19 North | Palm Harbor | FL | 03/12/92 |
| 416 | Shoppes of North Port | 14879 South Tamiami Trail | North Port | FL | 12/12/91 |
| 417 | Bayshore Gardens Shopping Center | 60301 14th Street West | Bradenton | FL | 02/20/92 |
| 418 | Camelot Isles Shopping Center | 1616 West Cape Coral Parkway, #5 | Cape Coral | FL | 03/05/92 |
| 419 | Churchill Square | 303 S.E. 17th Street, Suite 5 | Ocala | FL | 04/23/92 |
| 420 | Chelsea Place | 1345 Mitchell Boulevard | New Port Richey | FL | 05/28/92 |
| 421 | Westwinds of Boca | 9846 Glades Road | Boca Raton | FL | 08/27/92 |
| 422 | Crown Centre | 2556 Enterprise Road. | Orange City | FL | 06/25/92 |
| 423 | Shoppes of St. Lucie West | 1333 N.W. St. Lucie Boulevard West | Port St. Lucie | FL | 07/30/92 |
| 424 | Shoppes of Palm Bay | 1150 Malabar Road S.E. | Palm Bay | FL | 10/15/92 |
| 425 | Spirit Lake Crossing | 1090 Spirit Lake Road | Winter Haven | FL | 07/09/92 |
| 426 | Colonial Crossings | 4600 Summerlin Road | Ft. Myers | FL | 11/19/92 |
| 427 | Colonial Promenade @ Hunter Creek | 3972 Town Center Boulevard | Orlando | FL | 11/19/92 |
| 428 | Woodfield Plaza | 3003 Yamato Road C-9 | Boca Raton | FL | 12/10/92 |
| 429 | Edgewater Commons Shopping Center | 2970 South Ridgewood | Edgewater | FL | 11/05/92 |
| 430 | Baytree Village | 1741 Gornto Road | Valdosta | GA | 12/03/92 |
| 431 | Village @ Glynn Place | 110 Atlanta Connector | Brunswick | GA | 12/02/92 |
| 443 | South East Plaza | 800 Cypress Gardens Road | Winter Haven | FL | 03/03/64 |

**EXHIBIT 2**

Post-ADAAG Stores
Opened After 01/26/1993

| SC # | S/C Name | Address | City | State | Open Date |
|------|----------|---------|------|-------|-----------|
| 4 | Mulberry Grove Plaza Shopping Center | 8780 S.E. 165th Mulberry Lane | The Villages | FL | 11/21/02 |
| 6 | Shoppes @ New Tampa | 1920 CR-581 | Wesley Chapel | FL | 10/03/02 |
| 15 | Citrus Tower Village | 250 Citrus Tower Boulevard | Clermont | FL | 11/20/03 |
| 17 | Kennerly Crossing | 7320 Broad River Road | Irmo | SC | 12/17/03 |
| 19 | Duval Station Shopping Center | 731 Duval Station Road, Suite 4 | Jacksonville | FL | 10/25/03 |
| 21 | Publix @ Glade Crossing | 2465 Glades Circle | Weston | FL | 05/03/03 |
| 22 | Publix @ Northridge | 5100 Clark Road | Sarasota | FL | 12/11/03 |
| 26 | Cruse Marketplace | 1735 Buford Highway | Cumming | GA | 11/21/02 |
| 27 | East Town Center | 13900 C.R. 455 | Clermont | FL | 10/16/03 |
| 28 | University Village | 250 3rd Street South | St. Petersburg | FL | 11/13/03 |
| 32 | Shops @ Hammock Cove | 4370 Thomasson Drive | Naples | FL | 12/05/02 |
| 35 | Five Forks Place | 2700 Woodruff Road | Simpsonville | SC | 11/20/02 |
| 42 | Freehome Village | 12424 Cumming Highway | Canton | GA | 12/04/03 |
| 44 | Tropicaire Shopping Center (Former Albertson's) | 7805 S.W. 40th Street (Bird Road) | Miami | FL | 01/31/02 |
| 45 | Decatur Commons | 1605 Beltline Road, S.W. | Decatur | AL | 03/10/04 |
| 49 | Lanier Place | 3480 Keith Bridge Road | Cummings | GA | 03/06/04 |
| 51 | Douglas Grand | 1500 Douglas Road | Coral Gables | FL | 08/07/03 |
| 54 | Publix @ Miami River | 311 S.W. 7th Street | Miami | FL | 02/06/03 |
| 61 | Forty East Shopping Center | 3450 East Silver Springs Road | Ocala | FL | 10/11/03 |
| 62 | Winter Springs Town Center | 1160 State Road 434 | Winter Springs | FL | 11/07/02 |
| 67 | Rosewood Shopping Center | 2800 Rosewood Drive | Columbia | SC | 12/11/02 |
| 73 | Publix @ Surfside | 9400 Harding Avenue | Surfside | FL | 06/26/03 |
| 74 | Lilburn Corners Shopping Center | 375 Rockbridge Road | Lilburn | GA | 11/20/03 |
| 75 | The Shops of Lake Tuscaloosa | 4851 Rice Mine Road, Suite 200 | Tuscaloosa | AL | 12/17/03 |
| 86 | Publix @ Shallowford | 4401 Shallowford Road | Roswell | GA | 10/24/02 |
| 92 | Stockbridge Lakes | 250 East Atlanta Road | Stockbridge | GA | 11/21/02 |
| 97 | Shoppes On The Ridge | 23965 U.S. Highway 27 | Lake Wales | FL | 12/04/03 |
| 99 | Cobblestone Village @ St. Augustine | 125 Jenkins Street | St. Augustine | FL | 04/24/03 |
| 102 | Shoppes Of Golden Acres | 9850 Little Road | New Port Richey | FL | 10/17/02 |
| 108 | The Vineyards (formerly Chataue Elan) | 2095 Highway 211, N.W. | Braselton | GA | 01/09/03 |
| 111 | Pinellas Crossings | 7333 Park Boulevard | Pinellas Park | FL | 12/12/02 |
| 119 | Indian Lake Marketplace | 110 Indian Lake Boulevard | Hendersonville | TN | 04/09/03 |
| 123 | Bellevue Center | 7604 Highway 70 South | Nashville | TN | 12/04/02 |

Post-ADAAG Stores
Opened After 01/26/1993

| SO# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 126 | The Reserve @ Boca Raton | 9720 Clint Moore Road | Boca Raton | FL | 05/08/04 |
| 128 | The Village Center | 9518 Argyle Forest Boulevard | Jacksonville | FL | 12/06/03 |
| 129 | Kingsway Crossing | 1220 Kingsway Road | Brandon | FL | 09/18/03 |
| 133 | The Cascades @ Isleworth | 4870 South Apopka Vineland Road | Orlando | FL | 01/15/04 |
| 140 | Carillon Town Center | 120 Carillion Parkway | St. Petersburg | FL | 10/16/03 |
| 142 | Cool Springs Festival | 8105 Moores Lane | Brentwood | TN | 02/19/03 |
| 144 | Tarpon Mall | 40932 U.S. Highway 19 North | Tarpon Springs | FL | 11/13/03 |
| 145 | The Village @ Mirror Lake | 2000 Mirror Lake Boulevard | Villa Rica | GA | 03/04/04 |
| 146 | Wade Green Village | 4430 Wade Green Road, Suite 100 | Kennesaw | GA | 12/16/93 |
| 153 | Watercolor Crossing | 110 Watercolor Way | Santa Rosa Beach | FL | 01/14/04 |
| 155 | Woodlawn Point Shopping Center | 1100 Johnson Ferry Road | Marietta | GA | 09/27/93 |
| 157 | Grand Bay Plaza | 19100 South Tamiami Trail | Ft. Myers | FL | 12/18/03 |
| 160 | Harpeth Village | 2020 Fieldstone Parkway | Franklin | TN | 02/19/03 |
| 162 | Crossroads Shopping Center | 5781 Lee Boulevard | Fort Myers | FL | 05/13/04 |
| 164 | Crossgate Village | 2381 Murfreesboro Pike | Nashville | TN | 12/04/02 |
| 165 | Edgemont Town Center | 411 Green Springs Highway | Homewood | AL | 11/12/03 |
| 170 | Franklin Marketplace Fuel Center | 1017 Center Point Place | Franklin | TN | |
| 176 | Franklin Marketplace | 1021 Riverside Drive | Franklin | TN | 10/02/02 |
| 182 | Oakwood Commons | 4670 Lebanon Pike | Hermitage | TN | 10/02/02 |
| 184 | Publix @ Town Commons | 8899 Hypoluxo Road | Lake Worth | FL | 04/03/04 |
| 205 | Center Point | 6525 Calhoun Memorial Highway | Easley | SC | 01/29/03 |
| 209 | Mountain Cove Crossing | 12796 Bailey Cove Road | Huntsville | AL | 03/12/03 |
| 226 | Medlock Corners | 5805 State Bridge Road | Duluth | GA | 12/16/93 |
| 228 | Chasewood Plaza | 6330 West Indiantown Road | Jupiter | FL | 11/22/03 |
| 229 | Indian River Village Shopping Center | 709 East Third Avenue | New Smyrna Beach | FL | 12/12/02 |
| 235 | Publix Center of St. Cloud | 4401 13th Street | St. Cloud | FL | 10/23/03 |
| 238 | Plaza Alegra | 14630 SW 26 Street | Miami | FL | 03/15/03 |
| 240 | Vero Mall | 1255 U.S. Highway 1 | Vero Beach | FL | 03/01/03 |
| 266 | Punta Gorda Crossing | 2310 South Tamiami Trail, Suite 1129 | Punta Gorda | FL | 03/20/03 |
| 269 | Flat Shoals Crossings Shopping Center | 3649 Flake Mill Road | Decatur | GA | 12/06/93 |
| 278 | Bethesda Walk | 3059 Lawrenceville Highway | Lawrenceville | GA | 05/15/03 |
| 279 | Shops of San Marco | 13860 South Jog Road | West Delray Beach | FL | 05/24/03 |
| 280 | Piedmont Commons Shopping Center | 1050 East Piedmont Road, Suite P | Marietta | GA | 11/15/93 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 282 | The Peach | 2900 Peachtree Road, N.W. | Atlanta | GA | 01/18/94 |
| 283 | Towne Lake Center | 1430 Town Lake Parkway | Woodstock | GA | 09/04/03 |
| 353 | Granada Plaza | 1491 Main Street | Dunedin | FL | 10/09/03 |
| 360 | Anderson Pavilion Shopping Center | 1611 East Greenville Street | Anderson | SC | 06/11/03 |
| 383 | Sun Plaza Shopping Center | 421 Mary Esther Cut Off, N.W. | Fort Walton Beach | FL | 02/11/04 |
| 432 | Hollywood Mall | 3251 Hollywood Boulevard | Hollywood | FL | 03/04/93 |
| 433 | Medical & Merchants Center | 14444 Beach Boulevard, Unity #6 | Jacksonville | FL | 02/11/93 |
| 434 | Gardens Towne Square | 4200 North Lake Boulevard | Palm Beach Gardens | FL | 02/11/93 |
| 435 | Hunter's Crossing | 5200 N.W. 43rd Street, Suite 401 | Gainesville | FL | 02/11/93 |
| 436 | The Market @ Southside | 2873 South Orange Avenue | Orlando | FL | 03/04/93 |
| 437 | Southpointe Commons Shopping Center | 2400 South Woodland Boulevard | Deland | FL | 03/11/93 |
| 438 | Belleview Commons | 10135 U.S. 441 | Belleview | FL | 03/18/93 |
| 439 | Dupont Lakes Center | 2160 Howland Boulevard | Deltona | FL | 05/27/93 |
| 440 | Sandy Ridge Shopping Center | 18990 New U.S. Highway 441 | Mt. Dora | FL | 04/29/93 |
| 442 | Gateway Crossing | 851 South State Road 434 | Altamonte Springs | FL | 03/27/03 |
| 444 | Northgate Shopping Center | 299 East International Speedway Blvd. | Deland | FL | 06/10/93 |
| 445 | Steeplechase Plaza | 8585 S.W. Highway 200, Unit 15 | Ocala | FL | 07/15/93 |
| 446 | Ormond Town Square | 1478 West Granada Boulevard | Ormond Beach | FL | 07/29/93 |
| 447 | La Plaza Grande West | 1120 Bichara Boulevard | The Villages | FL | 07/01/93 |
| 448 | Winter Haven Square | 6031 Cypress Gardens Boulevard | Winter Haven | FL | 06/17/93 |
| 449 | Queensborough Shopping Center | 1000 Johnnie Dodds Boulevard | Mt. Pleasant | SC | 12/06/93 |
| 450 | Albany Square | 2715 Dawson Road | Albany | GA | 09/20/93 |
| 451 | Athens Pointe Shopping Center | 3620 Atlanta Highway | Athens | GA | 11/29/93 |
| 452 | Santa Barbara Centre | 100 Hancock Bridge Parkway West | Cape Coral | FL | 09/30/93 |
| 453 | CrossroadsMarket Shopping Center | 5991 Pine Ridge Road | Naples | FL | 11/04/93 |
| 454 | Loemann's Fashion Island | 18995 Biscayne Boulevard | Miami | FL | 01/13/94 |
| 455 | Camden Woods Shopping Center | 1601 Highway 40 East | Kingsland | GA | 11/08/93 |
| 456 | Publix @ Wilmington Island | 155 Johnny Mercer Boulevard | Savannah | GA | 11/15/93 |
| 457 | Lakewood Plaza | 4365 Commercial Way | Spring Hill | FL | 11/11/93 |
| 458 | University of Palms Shopping Center | 4250 Alafaya Trail #132 | Oviedo | FL | 12/16/93 |
| 459 | St. James Shopping Center | 208 St. James Avenue | Goosecreek | SC | 01/01/97 |
| 460 | University Commons | 600 Northside Drive, East, Suite #3 | Statesboro | GA | 01/10/94 |
| 461 | Publix @ Mt. Zion | 2035 Mt. Zion Road | Morrow | GA | 04/20/94 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | Store Name | Address | City | State | Open Date |
|-----|-----------|---------|------|-------|-----------|
| 462 | Jonesboro Corners | 7899 Tara Boulevard | Jonesboro | GA | 02/01/94 |
| 463 | Rose Creek Shopping Center | 4403 Town Lake Parkway | Woodstock | GA | 02/28/94 |
| 464 | Mableton Walk | 5015 Floyd Road | Mableton | GA | 01/20/94 |
| 465 | Chickasaw Trails | 2300 South Chickasaw Trail | Orlando | FL | 02/03/94 |
| 466 | Houston Square Shopping Center | 207 Russell Parkway | Warner Robins | GA | 02/07/94 |
| 467 | Suntree Square | 7777 North Wickham Road | Melbourne | FL | 03/24/94 |
| 468 | Abernathy Square Shopping Center | 6615 Roswell Road | Sandy Springs | GA | 05/12/94 |
| 469 | Haynes Bridge Village | 9925 Haynes Bridge Road | Alpharetta | GA | 04/11/94 |
| 470 | Coweta Crossing Shopping Center | 370 Bullsboro Drive | Newnan | GA | 05/09/94 |
| 471 | Rivergate Shopping Center | 195 Tom Hill Sr. Boulevard | Macon | GA | 04/28/94 |
| 472 | Ashley Landing Mall | 1401 Sam Rittenburg Boulevard | Charleston | SC | 09/01/94 |
| 473 | Festival Centre @ Indigo Park | 45 Pembroke Drive | Hilton Head | SC | 07/11/94 |
| 474 | Bradley Park Square | 1639 Bradley Park  Drive, #600 | Columbus | GA | 04/26/94 |
| 475 | Shoppes of Citrus Hills | 2685 North Forest Ridge Boulevard | Hernando | FL | 04/14/94 |
| 476 | Pinetree Shopping Center | 2551 East Pinetree Boulevard., #11 | Thomasville | GA | 03/21/94 |
| 477 | Northeast Plaza Shopping Center | 3317 Buford Highway, Suite 410 | Atlanta | GA | 09/08/94 |
| 478 | Alapattah & US 1 Shopping Center | 20711 South Dixie Highway | Miami | FL | 07/21/94 |
| 479 | Clermont Regional Center | 1050 East Highway 50 | Clermont | FL | 06/05/94 |
| 480 | Winder Corners Shopping Center | 17 Monroe Highway, Suite A | Winder | GA | 05/30/94 |
| 481 | 23rd Street Plaza | 650 West 23rd Street | Panama City | FL | 06/06/94 |
| 482 | Rockdale Square | 1910 Georgia Highway South | Conyers | GA | 06/02/94 |
| 483 | Oakbrook Shopping Center | 1575 Old Trolley Road | Summerville | SC | 12/05/94 |
| 484 | Fountains of Boynton | 6627 Boynton Beach Boulevard | Boynton Beach | FL | 10/06/94 |
| 485 | Cosby Station | 3316 Highway 5 | Douglasville | GA | 08/11/94 |
| 486 | North Augusta Plaza | 334 East Martintown Road | Augusta | SC | 09/12/94 |
| 487 | Fairway Oaks Plaza | 13752 Little Road | Hudson | FL | 06/09/94 |
| 488 | Pine Ridge Crossing Shopping Center | 2300 Pine Ridge Road | Naples | FL | 07/21/94 |
| 489 | Publix @ Middle Beach | 11220 Middle Beach Road | Panama City Beach | FL | 08/29/94 |
| 490 | Brandon Boulevard Shoppes | 1930 State Road 60 East | Valrico | FL | 06/23/94 |
| 491 | Twelve Oaks Plaza | 7290 55th Avenue East | Bradenton | FL | 06/23/94 |
| 492 | Gwinnett Square | 420 Grayson Highway, Suite 100 | Lawrenceville | GA | 07/18/94 |
| 493 | Tuscawilla Bend Shopping Center | 2200 Winter Springs Boulevard | Oveido | FL | 09/01/94 |
| 494 | Deshon Plaza | 380 North Deshon Road | Stone Mountain | GA | 08/22/94 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 495 | Merton Walk | 911 Duluth Highway | Lawrenceville | GA | 11/17/94 |
| 496 | Lost Mountain Crossing | 5100 Dallas Highway | Powder Springs | GA | 11/21/94 |
| 497 | Publix @ Brooker Creek | 36301 East Lake Road | Palm Harbor | FL | 10/27/94 |
| 498 | Del Tura Plaza | 18900 North Tamiami Trail | North Ft. Myers | FL | 12/01/94 |
| 499 | Driftwood Plaza | 3830 Highway A1A | Melbourne Beach | FL | 11/03/94 |
| 500 | Searstown Shopping Center | 3316 North Roosevelt Boulevard | Key West | FL | 10/06/94 |
| 501 | Wekiva Plaza | 1545 Rock Springs Road | Apopka | FL | 11/17/94 |
| 502 | Fleming Island Shopping Center | 5000-11 U.S. 17 South | Orange Park | FL | 11/07/94 |
| 503 | Cascade Crossing Shopping Center | 3695 Cascade Road | Atlanta | GA | 01/12/95 |
| 504 | Holiday Centre | 4701 Sun Ray Drive | Holiday | FL | 12/15/94 |
| 505 | Promenade @ Pleasant Hill | 1625 Pleasant Hill Drive, #200 | Duluth | GA | 03/16/95 |
| 506 | Eastgate Shopping Center | 250 Eastgate Drive | Aiken | SC | 03/02/95 |
| 507 | Woodland Center | 1950 State Road 19 North | Eustis | FL | 04/20/95 |
| 508 | Presidential Markets | 1905 Scenic Highway, Suite 4000 | Snellville | GA | 12/15/94 |
| 509 | Sawgrass Square | 12500 West Sunrise Boulevard | Sunrise | FL | 03/09/95 |
| 510 | Homestead Towne Square | 891 North Homestead Boulevard | Homestead | FL | 12/15/94 |
| 511 | 6001 North Nebraska Avenue | 6001 North Nebraska Avenue | Tampa | FL | 03/16/95 |
| 512 | Lexington Place | 100 Old Cherokee Road | Lexington | SC | 03/06/95 |
| 513 | Westport Square | 1660 Taylor Road | Port Orange | FL | 01/05/95 |
| 514 | Dunwoody Place Shopping Center | 8725 Roswell Road, Suite G | Atlanta | GA | 04/20/95 |
| 515 | Abbotts Village @ Ocee | 11585 Jones Bridge Road, Suite 500 | Atlanta | GA | 02/20/95 |
| 516 | Freedom Square | 12663 Tamiami Trail East | Naples | FL | 02/23/95 |
| 517 | Midway Shopping Center | 1229 Missouri Avenue | Largo | FL | 10/06/94 |
| 518 | Springs Plaza | 3942 South Suncoast Boulevard US 19 | Homosassa Springs | FL | 03/30/95 |
| 519 | Cumming 400 Shopping Center | 580 Atlanta Road | Cumming | GA | 03/09/95 |
| 520 | Publix Plaza | 6131 South Norcross Tucker Road | Norcross | GA | 04/10/95 |
| 521 | Island Towne Centre | 4717 B. East Highway 80 | Savannah | GA | 05/01/95 |
| 522 | Twelve Oaks Shopping Center | 5500 Abercorn Street, Suite 2 | Savannah | GA | 04/24/95 |
| 523 | Indiavista Center | 7325 U.S. Highway 1 North | Cocoa | FL | 04/06/95 |
| 524 | Northgate Square | 3939 Van Dyke Road | Lutz | FL | 04/13/95 |
| 525 | National Plaza | 2816 Washington Road | Augusta | GA | 05/15/95 |
| 526 | Evans Towne Centre | 4276 Washington Road | Evans | GA | 07/10/95 |
| 527 | Tower Square | 5801 S.W. 75th Street | Gainesville | FL | 08/31/95 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 528 | The Shoppes of Silver Lake | 18341 Pine Boulevard | Pembroke Pines | FL | 06/15/95 |
| 529 | Shoppes @ Lago Mar | 15750 S.W. 72nd Street | Miami | FL | 09/14/95 |
| 530 | Publix @ Woodruff | 1750 Woodruff Road | Greenville | SC | 08/07/95 |
| 531 | Publix @Thornblade | 411 The  Parkway | Greer | SC | 09/25/95 |
| 532 | Brandon Mall | 939 West Brandon Boulevard | Brandon | FL | 05/18/95 |
| 533 | Bradfordville Center | 6753 Thomasville Road | Tallahassee | FL | 05/30/96 |
| 534 | Fury's Ferry Center | 403 Fury's Ferry Road | Martinez | GA | 09/11/95 |
| 535 | Memorial Bend | 5155 Memorial Drive, Suite 402 | Stone Mountain | GA | 09/04/95 |
| 536 | Paces Ferry Center | 2451 Cumberland Parkway | Atlanta | GA | 02/29/96 |
| 537 | The Exchange | 3720 N.W. 13th Street, Suite 9 | Gainesville | FL | 08/31/95 |
| 538 | Publix @ Old Peachtree | 2380 Buford Highway, Suite 201 | Lawrenceville | GA | 09/11/95 |
| 539 | Publix @ Centerville | 3550 Centerville Highway | Snellville | GA | 10/23/95 |
| 540 | Lagrange Plaza | 139 Commerce Avenue | Lagrange | GA | 09/04/95 |
| 541 | Powers Ferry Village | 6300 Powers Ferry Road | Atlanta | GA | 10/16/95 |
| 542 | Plantation Grove Shopping Center | 2600 South Maguire Road | Ocoee | FL | 09/21/95 |
| 543 | Poplar Springs Plaza | 2153 East Main Street | Duncan | SC | 11/06/95 |
| 544 | The Centre of Hugh Howell | 4422 Hugh Howell Road | Tucker | GA | 01/15/96 |
| 545 | Lovejoy Station | 11155 Tara Boulevard | Hampton | GA | 12/04/95 |
| 546 | Publix @ Peachtree East | 240 State Road 54 | Peachtree City | GA | 11/09/95 |
| 547 | Eagles Landing | 909 Eagles Landry Parkway, #300 | Stockbridge | GA | 02/19/96 |
| 548 | Towne Center Prado | 50 Barrett Parkway Suite 1000 | Marietta | GA | 11/13/95 |
| 549 | Lakeview Center | 1400 Coral Ridge Drive | Coral Springs | FL | 11/30/95 |
| 550 | Kendall Mall | 9041 S.W. 107th Street | Miami | FL | 10/05/95 |
| 551 | Orange Lake Town Center | 14928 East Orange Lake Boulevard | Kissimmee | FL | 10/05/95 |
| 552 | South Beach Parkway | 670 Marsh Landing Parkway | Jacksonville Beach | FL | 11/30/95 |
| 553 | Palmetto Park Square | 1339 West Palmetto Park | Boca Raton | FL | 12/14/95 |
| 554 | Main Street | 300 Cherokee Place | Cartersville | GA | 01/29/96 |
| 555 | Paradise Plaza Shopping Center | 3825 South Osprey Avenue | Sarasota | FL | 12/17/95 |
| 556 | Publix @ Alpharetta | 11800 Haynes Bridge Road, Suite #100 | Alpharetta | GA | 11/21/96 |
| 557 | South Gate Shopping Center | 102 State Road 60 | Lake Wales | FL | 05/09/96 |
| 558 | Horizon Village | 2855 Lawrenceville-Suwanee Road | Suwannee | GA | 03/04/96 |
| 559 | Publix @ Cobb Parkway | 2774 North Cobb Parkway Suite 201 | Kennesaw | GA | 02/26/96 |
| 560 | Peachtree Square Shopping Center | 3200 Holcomb Bridge Road | Norcross | GA | 03/25/96 |

Post-ADAAG Stores
Opened After 01/26/1993

| Seq # | Store Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 561 | West Cobb Marketplace | 2500 Dallas Highway, S.W., Suite 300 | Marietta | GA | 03/11/96 |
| 562 | Milgen Plaza | 5435 Woodruff Farms Road | Columbus | GA | 04/25/96 |
| 563 | Boulevard Market Fair | 3801-E Clemson Boulevard | Anderson | SC | 04/25/96 |
| 564 | Five Forks Corner Shopping Center | 4045 Five Forks Trickum Road | Lilburn | GA | 07/11/96 |
| 565 | The Shops @ Laurel Springs | 3245 Peachtree Parkway, Suite A | Suwannee | GA | 06/13/96 |
| 566 | Brookstone Village | 1727 Mars Hill Road | Acworth | GA | 07/25/95 |
| 567 | Sabal Palm Plaza | 2517 South Federal Highway | Ft. Pierce | FL | 06/20/96 |
| 568 | Brookside Square | 10701 Wiles Road | Coral Springs | FL | 07/18/96 |
| 569 | Hamilton Mill Shopping Center | 2463 Hamilton Mill Parkway | Dacula | GA | 07/11/96 |
| 570 | Xentury City Center | 2925 International Drive | Kissimmee | FL | 07/18/96 |
| 571 | Island Crossing | 11756 S.E. Federal Highway | Hobe Sound | FL | 08/15/96 |
| 572 | Paulding Pavilion | 4471 Jimmy Lee Smith Pkwy., Ste. 1 | Hiram | GA | 08/15/96 |
| 573 | Hampton Cove Center | 6707 U.S. 431 | Owens Cross Roads | AL | 07/31/96 |
| 574 | Piedmont Point Shopping Center | 4851 B Whitesburg Drive | Huntsville | AL | 11/20/96 |
| 575 | Publix @ Marathon | 5407 Overseas Highway | Marathon | FL | 07/29/97 |
| 576 | University Square Shopping Center | 5000 Old Buncombe Road | Greenville | SC | 10/09/96 |
| 577 | Town Center @ Martin Downs | 2750 S.W. Martin Downs Boulevard | Palm City | FL | 09/12/96 |
| 578 | Gladiolus Gateway | 11600 Gladiolus Drive | Ft. Myers | FL | 09/05/96 |
| 579 | Fayette Pavilion | 108 Pavilion Parkway | Fayetteville | GA | 11/07/96 |
| 580 | Cobb Center | 2148 South Cobb Drive | Smyrna | GA | 12/12/96 |
| 581 | Publix @ Brickell Village | 134 S.W. 13th Street | Miami | FL | 10/31/96 |
| 582 | Hillsboro Plaza | 2724 Hillsboro Plaza | Tampa | FL | 10/31/96 |
| 583 | Weston Lakes Plaza | 294 Indian Trace Road | Weston | FL | 10/31/96 |
| 584 | New Tampa Center | 19034 Bruce B Downs Boulevard | Tampa | FL | 12/12/96 |
| 585 | Duluth Station | 2698 Buford Highway | Duluth | GA | 02/06/97 |
| 586 | Paraiso Plaza | 3339 West 80th Street | Hialeah | FL | 03/20/97 |
| 587 | North Pointe Shopping Center | 10128 Two Notch Road | Columbia | SC | 01/01/99 |
| 588 | Publix @ the Meadows | 4210 S.W. 152nd Avenue | Miami | FL | 07/10/97 |
| 589 | Publix Plaza | 9100 Merrill Road | Jacksonville | FL | 01/21/97 |
| 590 | Colonial Plaza Shopping Center | 9550 Colonial Drive | Miami | FL | 05/08/97 |
| 591 | Sea Ranch Village Shopping Center | 4703 North Ocean Drive | Sea Ranch Village, | FL | 11/14/96 |
| 592 | Cross Country Plaza | 3201 Macon Road, Suite #255 | Columbus | GA | 04/16/97 |
| 593 | Publix @ Acworth | 3507 Baker Road | Acworth | GA | 04/03/97 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 594 | Riverdale Crossing | 7535 Highway 85 | Riverdale | GA | 03/06/97 |
| 595 | Briar Bay Shopping Center | 13005 S.W. 89th Place | Miami | FL | 10/02/97 |
| 596 | Sugar Hills Corners | 5885 Cumming Highway | Buford | GA | 06/26/97 |
| 597 | Trenholm Plaza | 4840 Forest Drive Unit 10 | Columbia | SC | 06/18/97 |
| 598 | Madison Centre | 8000 Madison Boulevard, Suite A | Madison | AL | 05/28/97 |
| 599 | Ansley Mall | 1544 Piedmont Avenue, N.E. | Atlanta | GA | 05/22/97 |
| 600 | Mercado Real | 1001 South Federal Highway | Boca Raton | FL | 07/24/97 |
| 601 | Oglethorpe Crossing | 3425 Ashford Dunwoody Road, NE | Atlanta | GA | 03/20/97 |
| 602 | McAlister Square | 235 South Pleasanturg Drive | Greenville | SC | 06/11/97 |
| 603 | Loganville Town Centre | 4325 Atlanta Highway | Loganville | GA | 07/31/97 |
| 604 | Shoppes @ Pelican Landing | 24600 South Tamiami Trail, Suite 300 | Bonita Springs | FL | 08/07/97 |
| 605 | Parkway Plaza | 5265 John Young Parkway | Orlando | FL | 08/28/97 |
| 606 | Lakeside Square @ Logger's Run | 11650 West Palmetto Park Road | Boca Raton | FL | 06/19/97 |
| 607 | The Shoppes of Eastwood | 1921 South Alafaya Trail | Orlando | FL | 10/23/97 |
| 608 | McIntosh Plaza | 1109 South Park, Suite 600 | Carrollton | GA | 08/28/97 |
| 609 | Quail Meadow Commons | 4963 N.W. Blichton Road | Ocala | FL | 08/07/97 |
| 610 | Forest Village Shopping Center | 777 Capital Circle, Southwest, Suite 1 | Tallahassee | FL | 04/20/00 |
| 611 | Dale Mabry Shopping Center | 1313 South Dale Mabry Avenue | Tampa | FL | 09/25/97 |
| 612 | Sugarloaf Crossing | 4580 Sugar Hill Parkway | Lawrenceville | GA | 12/04/97 |
| 613 | Fairview Market | 655-C Fairview Road | Simpsonville | SC | 01/28/98 |
| 614 | Corkscrew Village | 21301 South Tamiami Trail, Suite 200 | Estero | FL | 10/02/97 |
| 615 | McGinnis Crossing | 1000 Peachtree Industrial | Suwanee | GA | 09/18/97 |
| 616 | Midway Shopping Center | 5020 Atlanta Highway | Alpharetta | GA | 12/11/97 |
| 617 | Butler's Crossing | 2061 Experiment Station Road | Watkinsville | GA | 11/12/97 |
| 618 | Hollybrook Plaza | 5400 Bruce B Downs Boulevard | Zephyrhills | FL | 10/30/97 |
| 619 | Coquina Plaza | 15801 Sheridan Street | Ft. Lauderdale | FL | 04/30/98 |
| 620 | Crestwood Square | 11977 Southern Boulevard | Palm Beach | FL | 12/11/97 |
| 621 | Publix on the Bay | 1920 West Avenue | Miami Beach | FL | 11/12/98 |
| 622 | Marco Town Center | 1089 North Collier Boulevard, Suite 401 | Marco Island | FL | 01/29/98 |
| 623 | Beaufort Crossing | 163 Sea Island Parkway | Beaufort | SC | 02/12/98 |
| 624 | Riverstone Plaza Shopping Center | 1451 Riverstone Parkway | Canton | GA | 02/12/98 |
| 625 | Lakeview Plaza | 2340 Fortune Road | Kissimmee | FL | 01/29/98 |
| 626 | King Plaza | 885 Woodstock Road, Suite 100 | Roswell | GA | 03/05/98 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 627 | Publix @ Westchase | 12139 West Linebaugh Boulevard | Tampa | FL | 03/12/98 |
| 628 | Publix on Bayshore | 243 Bayshore Boulevard | Tampa | FL | 09/17/98 |
| 629 | Ive's Dairy Crossing | 19955 N. W. 2nd Avenue | North Miami | FL | 06/17/99 |
| 630 | Publix @ Barclay | 14371 Spring Hill Drive | Immoklee | FL | 01/15/98 |
| 631 | Roosevelt Mall | 4495 Roosevelt Boulevard, Suite E | Jacksonville | FL | 07/12/98 |
| 632 | Hampton Village | 2801 Wade Hampton Boulevard Unit #120 | Taylors | SC | 05/06/98 |
| 633 | Merchant's Village | 520 Folly Beach Road | Charleston | SC | 05/27/98 |
| 634 | Robson Crossing | 3446 Winder Highway | Flowery Branch | GA | 03/04/98 |
| 635 | Pelican Strand | 5624 Strand Boulevard | Naples | FL | 05/21/98 |
| 636 | The Centre @ Woodstock | 12165 Highway 92 | Woodstock | GA | 04/30/98 |
| 637 | Winston Park Center | 5365 Lyons Road | Coconut Creek | FL | 10/01/98 |
| 638 | Jupiter Farms Village | 10142 Indiantown Road | Jupiter Farms | FL | 08/27/98 |
| 639 | Seabreeze Shoppes | 940 N.E. Ocean Boulevard | Stuart | FL | 08/23/01 |
| 640 | Northeast Park Shopping Center | 200 37th Avenue North | St. Petersburg | FL | 05/21/98 |
| 641 | Publix @ Lake Forest | 5240 West State Road 46 | Sanford | FL | 11/19/98 |
| 642 | Vero Plaza | 526 21st Street | Vero Beach | FL | 06/25/98 |
| 643 | Publix @ River Crossing | 5324 Little Road | New Port Richey | FL | 04/02/98 |
| 644 | Kernan Square | 12620 Beach Boulevard, Suite 12 | Jacksonville | FL | 05/21/98 |
| 645 | Jacaranda Plaza | 8101 West Sunrise Boulevard | Plantation | FL | 02/18/99 |
| 646 | Trowbridge Crossing | 7525 Roswell Road | Atlanta | GA | 05/21/98 |
| 647 | Publix @ Perimeter | 1100 Hammond Drive, Suite.300 | Atlanta | GA | 07/30/98 |
| 648 | Sanibel Beach Place | 20321 Summerlin Road | Ft. Myers | FL | 05/08/03 |
| 649 | Argyle Village | 6001-45 Argyle Forest Boulevard | Jacksonville | FL | 11/19/98 |
| 650 | Parkway Center | 7600 Schomburg | Columbus | GA | 02/17/99 |
| 651 | Shoppes @ Ibis | 10130 Northlake Boulevard | West Palm Beach | FL | 05/27/99 |
| 652 | Miramar Commons | 11000 Pembroke Road | Miramar | FL | 04/15/99 |
| 653 | Shoppes @ Andros Isle | 8989 Okeechobee Boulevard | West Palm Beach | FL | 02/10/00 |
| 654 | Publix @ SouthChase | 12195 Orange Blossom Trail | Orlando | FL | 12/03/98 |
| 655 | Publix @ Doral Isles | 10755 N.W. 58th Street | Miami | FL | 07/08/99 |
| 656 | Columbiana Station | 150 Harbison Boulevard | Columbia | SC | 11/18/98 |
| 657 | The Shoppes of Paradise Lakes | 16800 S.W. 88th Street | Miami | FL | 08/12/99 |
| 658 | Publix @ Dadeland | 9105 South Dadeland Boulevard | Miami | FL | 11/11/99 |
| 659 | Publix @ College Park | 2015 Edgewater Drive | Orlando | FL | 09/24/98 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|-----|----------|---------|------|-------|-----------|
| 660 | Halifax Plantation Village | 3750 Roscommon Drive | Ormond Beach | FL | 03/04/99 |
| 661 | Roswell Village | 649 Holcomb Bridge | Roswell | GA | 02/04/99 |
| 662 | Publix @ Colonialtown | 1400 East Colonial Drive | Orlando | FL | 10/29/98 |
| 663 | Lake Brandon Plaza | 11255 Causeway Boulevard | Brandon | FL | 01/21/99 |
| 664 | Lenox Marketplace | 3535 Peachtree Road | Atlanta | GA | 12/02/99 |
| 665 | Shamrock Plaza | 3870 North Druid Hills Road | Decatur | GA | 06/03/99 |
| 667 | Publix @ Deltona Landings | 915 Doyle Road | Deltona | FL | 03/04/99 |
| 668 | Pine Tree Plaza | 410 Blanding Boulevard | Orange Park | FL | 03/25/99 |
| 669 | Skylake Mall | 1700 N.E. Miami Gardens | North Miami Beach | FL | 07/01/99 |
| 670 | Publix @ Powder Springs | 3721 New Macland Road | Powder Springs | GA | 05/06/99 |
| 671 | Publix In The Highlands | 2125 East C.R. 540-A | Lakeland | FL | 08/12/99 |
| 672 | Sandy Plains Exchange | 1860 Sandy Plains Road | Marietta | GA | 04/29/99 |
| 673 | Publix @ Monarch Lakes | 14875 Miramar Parkway | Miramar | FL | 10/28/99 |
| 674 | Shops @ Sunset Lakes | 18409 Miramar Parkway | Miramar | FL | 11/11/99 |
| 675 | Riverside Landings | 1801 East Broadway(C.R. 419) | Oviedo | FL | 04/13/00 |
| 676 | Naples Walk | 2450 Vanderbilt Beach | Naples | FL | 08/05/99 |
| 677 | Paradise Key | 4425 Commons Drive East | Destin | FL | 12/01/99 |
| 678 | Publix @ Sawgrass Center | 5950 Coral Ridge Drive | Coral Springs | FL | 03/30/00 |
| 679 | Taft Hollywood Shopping Center | 6901 Taft Street | Hollywood | FL | 12/09/99 |
| 680 | Butler Plaza, I | 3100 S.W. 35th Boulevard | Gainesville | FL | 08/19/99 |
| 681 | Publix @ Holmes Beach | 3700 East Bay Drive | Holmes Beach | FL | 06/17/99 |
| 682 | Town Center Shops | 4231 N.W. Federal Highway | Jensen Beach | FL | 02/17/00 |
| 683 | Southpointe Commons | 5997 South Pointe Boulevard, Suite 106 | Ft. Myers | FL | 11/11/99 |
| 684 | Publix @ Summer Bay | 17445 U.S. Highway 192, Suite | Clermont | FL | 08/19/99 |
| 685 | Publix @ Temple Terrace | 5450 East Busch Boulevard | Temple Terrace | FL | 09/02/99 |
| 686 | Highland Square | 1100 Dunn Avenue, Building 100 | Jacksonville | FL | 12/02/99 |
| 687 | Hillcrest Shopping Center | 1905 East Main Street | Spartanburg | SC | 10/27/99 |
| 688 | Gateway Mall | 7999 Martin Luther King Jr. Street North | St. Petersburg | FL | 07/29/99 |
| 689 | Circle Village | 2123 Capital Circle N.E. | Tallahassee | FL | 11/18/99 |
| 690 | Publix @ Steeple Chase | 14130 West Newberry Road | Newberry | GA | 12/09/99 |
| 691 | Briarcliff Village Shopping Center | 2162 Henderson Mill Road | Atlanta | GA | 12/02/99 |
| 692 | Conway Plaza Shopping Center | 4402 Curry Ford Road | Orlando | FL | 10/21/99 |
| 693 | Publix @ Pine Lake Plaza | 411 South Cypress Road | Pompano Beach | FL | 12/09/99 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 694 | The Market @ Bridge Mill | 3760 Sixes Roads, Suite 160 | Canton | GA | 01/20/00 |
| 695 | Palm Crossing | 145 Palm Bay Road, N.E., Suite 117 | West Melbourne | FL | 03/14/02 |
| 696 | Sarasota Pavilion | 6543 South Tamiami Trail | Sarasota | FL | 01/20/00 |
| 697 | Publix @ Cape Haze | 8725 Placida Road | Placida | FL | 01/13/00 |
| 698 | Lake Mary Pointe | 601 Weldon Boulevard | Lake Mary | FL | 12/02/99 |
| 699 | Northlake Promenade Shoppes | 400 Northlake Boulevard, Suite 374 | Lake Park | FL | 07/27/00 |
| 700 | Island Crossing Shopping Center | 11 Palmetto Bay Road | Hilton Head Island | SC | 03/23/00 |
| 701 | Orange Grove Center | 4065 Hancock Bridge Parkway | North Fort Myers | FL | 12/09/99 |
| 702 | Town & Country Square | 2300 Griffin Road | Lakeland | FL | 12/02/99 |
| 703 | Plantation Town Square | 6921 West Broward Boulevard | Plantation | FL | 07/06/00 |
| 704 | Melbourne Shopping Center | 1411 South Babcock Street | Melbourne | FL | 12/09/99 |
| 705 | Pinellas Shopping Center | 857 West Bay Drive | Largo | FL | 11/11/99 |
| 706 | Golden Park Village | 4840 Golden Parkway | Buford | GA | 02/03/00 |
| 707 | Columbia Promenade | 1910 North John Young Parkway | Kissimmee | FL | 10/05/00 |
| 708 | Reedy Branch Commons | 10920 Baymeadows Road | Jacksonville | FL | 04/27/00 |
| 709 | Lakewood Ranch Town Center | 8330 Market Street | Bradenton | FL | 12/16/99 |
| 710 | Publix @ Lake Harris | 27615 U.S. Highway 27 | Leesburg | FL | 03/09/00 |
| 711 | Hickory Flat Village | 6175 Hickory Flat Highway, Suite 140 | Canton | GA | 03/23/00 |
| 712 | Goolsby Point Shopping Center | 11667 Bayette Road | Riverview | FL | 03/02/00 |
| 713 | Windsor Commons Shopping Center | 10920 Baymeadows Road | Jacksonville | FL | 03/16/00 |
| 714 | Bay Point | 4870 Biscayne Boulevard | Miami | FL | 05/25/00 |
| 715 | Publix @ Oakbridge | 3102 Griffin Road | Ft. Lauderdale | FL | 02/17/00 |
| 716 | Julington Village | 450 State Road 13 North, Suite 109 | Jacksonville | FL | 05/25/00 |
| 717 | The Village | 1236 Thompson Bridge Road | Gainesville | GA | 11/16/00 |
| 718 | Chastain Square | 4279 Roswell Road, N.E., Suite 300 | Atlanta | GA | 05/18/00 |
| 719 | Peachtree Battle Shopping Center | 2365 Peachtree Road | Atlanta | GA | 03/23/00 |
| 720 | West Paces Ferry | 1250 West Paces Ferry Road | Atlanta | GA | 07/26/01 |
| 721 | Alpharetta Commons | 4305 State Bridge Road | Alpharetta | GA | 09/02/99 |
| 722 | Spalding Corners | 7736 Spalding Drive | Norcross | GA | 01/18/01 |
| 723 | Emory Commons | 2155 North Decatur Road | Decatur | GA | 03/30/00 |
| 724 | Publix @ Ponce | 1001 Ponce De Leon | Atlanta | GA | 05/24/01 |
| 725 | Delk's Spectrum | 2900 Delk Road | Marietta | GA | 02/17/00 |
| 726 | Tree Summit Village | 3870 Peachtree Industrial Boulevard | Duluth | GA | 04/27/00 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|-----|----------|---------|------|-------|-----------|
| 727 | Town & Country Shopping Center | 171 Town & Country Drive | Palatka | FL | 08/17/00 |
| 728 | Shoppes @ Beacon Light | 2450 North Federal Highway | Lighthouse Point | FL | 05/25/00 |
| 729 | Town Center @ St. Johns | 455 West Town Place | St. Augustine | FL | 10/12/00 |
| 730 | Paradise Crossing | 2675 Lee Road | Lithia Springs | GA | 06/01/00 |
| 731 | Gateway Shopping Center | 5210 Norwood Avenue | Jacksonville | FL | 06/27/00 |
| 732 | Kings Crossing | 4854 Sun City Center Boulevard | Sun City Center | FL | 06/08/00 |
| 733 | Heather Island Plaza | 7578 Maricamp, Suite 100 | Ocala | FL | 05/11/00 |
| 734 | Venice Commons | 1445 East Venice Avenue | Venice | FL | 07/13/00 |
| 735 | Springhill Commons | 9200 N.W. 39th Avenue | Gainesville | FL | 08/03/00 |
| 736 | Middleburg Crossing | 2640 Blanding Boulevard | Middleburg | FL | 08/10/00 |
| 737 | Olde Village Publix | 55 North Indiana Avenue | Englewood | FL | 07/27/00 |
| 738 | Post Commons Shopping Center | 4100 North Wickham Road, Suite 109 | Melbourne | FL | 08/24/00 |
| 739 | North Delray Commons | 555 N.E. 5th Avenue | Delray Beach | FL | 02/15/01 |
| 740 | Publix @ Fort Myers Beach | 4791 Estro Boulevard | Fort Myers Beach | FL | 12/14/00 |
| 741 | Plaza Venezia | 7640 Sand Lake Road | Orlando | FL | 11/02/00 |
| 742 | Publix @ Palm Springs Crossing | 482 East Altamonte Drive, Suite 1005 | Altamonte Springs | FL | 02/15/01 |
| 743 | Publix @ Laguna Isles | 19441 Sheridan Street | Ft. Lauderdale | FL | 02/08/01 |
| 744 | Salem Road Station | 13015 Brown Bridge Road | Covington | GA | 09/27/00 |
| 745 | Colonial Shops of Madison | 7830 Highway 72 West | Madison | AL | 10/18/00 |
| 746 | River's Edge | 5001 State Road 64 East | Bradenton | FL | 11/09/00 |
| 747 | Publix Plaza | 2255 South Flamingo Road | Plantation | FL | 03/03/01 |
| 748 | Publix @ Palm Aire | 1140 S.W. 36th Avenue | Pompano Beach | FL | 07/26/01 |
| 749 | Downtown Stuart Shopping Center | 746 South Federal Highway | Stuart | FL | 03/03/01 |
| 750 | Northridge Shopping Center | 1003 East Commercial Boulevard | Oakland Park | FL | 12/07/00 |
| 751 | Oakhurst Plaza | 9201 Oakhurst Road | Seminole | FL | 04/05/01 |
| 752 | Centre @ Panola | 3045 Panola Road | Lithonia | GA | 02/08/01 |
| 753 | Highland Station Shopping Center | 4480 South Cobb Drive | Smyrna | GA | 12/07/00 |
| 754 | Shoppes of Citrus Park | 7835 Gunn Highway | Tampa | FL | 08/16/01 |
| 755 | Port Charlotte Crossing | 4265 Tamiami Trail | Port Charlotte | FL | 02/22/01 |
| 756 | Abacoa Plaza | 5500 Military Trail, Suite 25 | Jupiter | FL | 05/17/01 |
| 757 | First Merritt Shopping Center | 125 East Merritt Island Causeway | Merritt Island | FL | 09/05/02 |
| 758 | The Promenade | 841 Cypress Parkway | Poinciana | FL | 04/19/01 |
| 759 | Weston Town Center | 1601 Promenade Boulevard | Weston | FL | 12/13/01 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 760 | Cocoa Commons | 2301 S.R. 524, Lot 150 | Cocoa | FL | 08/23/01 |
| 761 | Publix @ Silver Crossing | 1720 East Silver Star Road | Ocoee | FL | 06/21/01 |
| 762 | Bethany Village | 13800 North Highway 9, Suite E | Alpharetta | GA | 05/31/01 |
| 763 | Publix @ King's Ridge | 4351 South Highway 27 | Clermont | FL | 05/17/01 |
| 764 | Orchard Square Shopping Center  (Former A&P) | Bells Ferry Road | Kennesaw | GA | 03/22/01 |
| 765 | Dunwoody Hall Shopping Center | 5550 Chamblee Dunwoody | Dunwoody | GA | 04/12/01 |
| 766 | The Shoppes @ Paradise Point | 251 Miracle Strip Parkway SE | Fort Walton Beach | FL | 06/27/01 |
| 767 | Regency Crossings | 7037 Ridge Road | New Port Richey | FL | 02/08/01 |
| 768 | Sunshine Park Shopping Center | 2400 South Ridgewood | South Daytona Beach | FL | 03/22/01 |
| 769 | Publix @ Barrett Parkway | 1635 Old 41 Highway N.W. | Kennesaw | GA | 04/26/01 |
| 770 | Champions Gate Shopping Center | 8301 Champions Gate Boulevard | Davenport | FL | 06/14/01 |
| 771 | McDonough West | 250 Jonesboro Road | McDonough | GA | 07/19/01 |
| 772 | Publix @ Indian River | 9621 U.S. Highway 1 | Sebastian | FL | 04/26/01 |
| 773 | Toco Hills Shopping Center | 2969 North Druid Hills Road | Atlanta | GA | 06/28/01 |
| 774 | Five Points Plaza | 2633 North Dixie Highway | Wilton Manors | FL | 11/15/01 |
| 775 | Summerlin Crossings | 15880 Summerlin Road | Ft. Myers | FL | 06/14/01 |
| 776 | Publix @ Piedmont | 595 Piedmont Road | Atlanta | GA | 06/21/01 |
| 777 | Publix @ Sunrise West | 9300 Commercial Boulevard | Sunrise | FL | 01/31/02 |
| 778 | Publix @ Gulf Cove | 13435 South McCall Road | Port Charlotte | FL | 07/19/01 |
| 779 | Bayside Lakes | 3450 Bayside Lakes Boulevard, S.E. | Palm Bay | FL | 07/12/01 |
| 780 | Westgate Shopping Center | 3913 West Manatee Avenue | Bradenton | FL | 06/28/01 |
| 781 | The Shoppes @ Pebblebrooke | 15265 Collier Boulevard | Naples | FL | 11/08/01 |
| 782 | Ocala Corners | 800 Ocala Road | Tallahassee | FL | 04/18/02 |
| 783 | Publix @ East Lake | 2235 Glenwood Avenue | Atlanta | GA | 11/15/01 |
| 784 | Rockledge Crossing | 3820 Murrell  Road | Rockledge | FL | 07/26/01 |
| 785 | Publix @ Spanish River | 4141 North Federal Highway | Boca Raton | FL | 04/18/02 |
| 786 | Coweta Cross Roads | 100 Glenda Trace | Newnan | GA | 02/20/02 |
| 787 | Sunshine Plaza | 4121 West Commercial Boulevard | Tamarac | FL | 12/01/01 |
| 788 | Beachway Plaza | 402 East Dania Beach Boulevard | Dania Beach | FL | 03/28/02 |
| 789 | Grayson Village | 2715 Loganville Highway (GA Hwy 20) | Loganville | GA | 01/17/02 |
| 790 | Historic Westside Village | 825 Martin Luther King | Atlanta | GA | 05/30/02 |
| 791 | Imperial Lakes Plaza | 2040 Shepherd Road | Mulberry | FL | 10/04/01 |
| 792 | Heron Creek Towne Center | 1291 South Sumter Boulevard | North Port | FL | 08/30/01 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | SC Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 793 | Plant City Crossing | 2515 Thonotassasa Road | Plant City | FL | 09/13/01 |
| 794 | Shores Center | 9050 Biscayne Boulevard | Miami Shores | FL | 11/15/01 |
| 795 | Gainesville Shopping Center | 1302 North Main Street | Gainesville | FL | 01/17/02 |
| 796 | Willa Springs Shopping Center | 5655 Red Bug Lake Road | Winter Springs | FL | 11/15/01 |
| 797 | Crystal Springs Shopping Center | 6760 West Gulf to Lake Highway | Crystal River | FL | 10/04/01 |
| 798 | Lakewood Ranch Gateway | 1755 Lakewood Ranch Boulevard | Bradenton | FL | 10/25/01 |
| 799 | Wilshire Pavilion | 1200 Highway 74 South, Suite 20 | Peachtree City | GA | 12/13/01 |
| 800 | Shallowford Exchange | 2562 Shallowford  Road, N.E. | Atlanta | GA | 01/10/02 |
| 801 | Bent Creek Shopping Center | 2250 South Ferndon Boulevard | Crestview | FL | 12/05/01 |
| 802 | Venice Shopping Center | 535 Tamiami Trail | Venice | FL | 12/06/01 |
| 803 | Dacula Village | 720 Dacula Road | Dacula | GA | 02/28/02 |
| 804 | Hairston Crossing | 2075 South Hairston Road | Decatur | GA | 01/03/02 |
| 805 | Coconut Creek Plaza | 4849 Coconut Creek Parkway | Coconut Creek | FL | 08/31/02 |
| 806 | Publix In The Highlands | 2175 East CR 540-A | Lakeland | FL | 10/08/01 |
| 807 | Spirit Lake Crossing | 1108 Spirit Lake Road | Winter Haven | FL | 11/06/01 |
| 808 | Publix Pix | 801 Cypress Parkway | Poinciana | FL | 04/09/02 |
| 809 | Dupont Lakes Center | 2196 Howland Boulevard | Deltona | FL | 04/16/02 |
| 810 | Riverwalk Crossings | 11400 Ridge Road | New Port Richey | FL | 11/15/01 |
| 811 | Naples Lakes Village Center | 8585 Collier Boulevard | Naples | FL | 04/18/02 |
| 812 | Regency Village Shopping Center | 8145 Vineland Avenue | Orlando | FL | 06/27/02 |
| 813 | Mariner Commons | 4158 Mariner Boulevard | Spring Hill | FL | 01/24/02 |
| 814 | Bellair Plaza | 2595 North Atlantic Avenue | Daytona Beach | FL | 01/31/02 |
| 815 | Palm Plaza | 717 North 14 Street | Leesburg | FL | 02/14/02 |
| 816 | Paradise Pointe @ Lake Dow | 920 Highway 81 East | McDonough | GA | 03/14/02 |
| 817 | Lantana Shopping Center | 1589 West Lantana Road | Lantana | FL | 09/21/02 |
| 818 | Aberdeen | 8340 Jog Road | Boynton Beach | FL | 07/11/02 |
| 819 | Publix @ St. Andrews | 5473 St. James Drive | Port St. Lucie | FL | 03/29/03 |
| 820 | Cooper City Commons | 9359 Sheridan Street | Cooper City Commons | FL | 07/11/02 |
| 821 | Paradise Place | 4075 North Haverhill Road | West Palm Beach | FL | 06/21/03 |
| 822 | The Shoppes @ Western Woods | 8140 West McNab Road | North Lauderdale | FL | 08/31/02 |
| 823 | Lynn Haven Center | 2310 South Highway 77 | Lynn Haven | FL | 09/25/02 |
| 824 | Palmetto Pavilion | 8409 Dorchester Road, Suite 104 | North Charleston | SC | 03/27/02 |
| 825 | Mountain Park Plaza | 4750  Alabama Road #80 | Roswell | GA | 07/11/02 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC # | S/C Name | Address | City | State | Open Date |
|------|----------|---------|------|-------|-----------|
| 826 | Coral Pointe Shopping Center | 1631 Del Prado Boulevard South | Cape Coral | FL | 04/04/02 |
| 827 | Publix @ Holly Hill | 1850 Ridgewood Avenue | Holly Hill | FL | 04/25/02 |
| 828 | University Walk | 2875 University Parkway | Sarasota | FL | 05/23/02 |
| 829 | Rice Creek Village | 4611 Hard Scrabble Road | Columbia | SC | 05/15/02 |
| 830 | Conway Crossing | 4501 Hoffner Avenue | Orlando | FL | 04/18/02 |
| 831 | Lutz Lake Crossing | 19221 North Dale Mabry Highway | Lutz | FL | 05/23/02 |
| 832 | Hialeah Mercado | 1585 West 49th Street | Hialeah | FL | 03/22/03 |
| 833 | Cornerstone @ Lake Mary | 825 Rhinehart Road | Lake Mary | FL | 05/09/02 |
| 834 | Apex | 16660 North Nebraska Avenue | Lutz | FL | 07/25/02 |
| 835 | Plaza Del Pariso | 12100 SW 127 Avenue | Miami | FL | 05/10/03 |
| 836 | Publix @ Northgate | 1395 6th Street, N.W. | Winter Haven | FL | 07/25/02 |
| 837 | Westport Plaza | 6525 Nova Drive | Davie | FL | 11/14/02 |
| 838 | Valleydale Village | 5188 Caldwell Mill Road | Birmingham | AL | 06/25/03 |
| 839 | Trace Crossing | 2543 John Hawkins Parkway | Hoover | AL | 10/09/02 |
| 840 | Carrollwood Center | 10015 North Dale Mabry | Tampa | FL | 11/07/02 |
| 841 | Southgate Village | 1944 Montgomery Highway | Pelham | AL | 07/17/02 |
| 842 | Vestavia Hills City Center | 784 Montgomery Highway | Vestavia Hills | AL | 10/23/02 |
| 843 | Bonita Grande Crossing | 12900 Trade Way Four | Bonita Springs | FL | 07/11/02 |
| 844 | Village Shops of Flowery Branch | 5900 Spout Springs Road | Flowery Branch | GA | 09/19/02 |
| 845 | Bluffton Commons @ Belfair | 80 Baylor Drive | Bluffton | SC | 01/09/03 |
| 846 | Daniel Island Town Center | 162 Seven Farms Drive, 100 | Charleston | SC | 10/16/02 |
| 847 | The Shoppes @ Grande Oak | 20311 Grande Oaks Shopps Boulevard | Estero | FL | 07/18/02 |
| 848 | CityPlace | 375 South Rosemary Avenue | West Palm Beach | FL | 01/03/02 |
| 849 | Publix @ Riverside | 2033 Riverside Avenue | Jacksonville | FL | 06/13/02 |
| 850 | Publix @ Las Olas | 601 South Andrews Avenue | Ft. Lauderdale | FL | 04/10/03 |
| 851 | Publix @ The Acreage | 750 Seminole Pratt Whitney Road | Loxahatchee | FL | 05/24/03 |
| 852 | Lake Ella Plaza | 1700 North Monroe Street | Tallahassee | FL | 10/31/02 |
| 853 | Lake Oconee Village | 6320 Lake Oconee Parkway | Greensboro | GA | 10/31/02 |
| 854 | Midpoint Center | 2420 Santa Barbara Boulevard | Cape Coral | FL | 10/17/02 |
| 855 | Prima Vista Crossing | 7576 South U.S. 1 | Port St. Lucie | FL | 10/05/02 |
| 856 | Heath Brook Commons | 5400 SW College Road, Suite 200 | Ocala | FL | 11/07/02 |
| 857 | Vineyard Center | 6615 Mahan Drive | Tallahassee | FL | 11/14/02 |
| 859 | Village Shoppes of Sugarloaf | 3370 Sugarloaf Parkway | Lawrenceville | GA | 03/06/03 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | Store Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 860 | Killian Hill Market Place | 4051 Stone Mountain Highway South | Liluburn | GA | 02/06/03 |
| 861 | Hillsboro Square | 150 South Federal Highway | Deerfield Beach | FL | 12/07/02 |
| 862 | Eustis Village | 2840 David Walker Road | Eustis | FL | 10/10/02 |
| 863 | The Shops @ Huntcrest | 1030 Old Peachtree Road | Lawrenceville | GA | 01/16/03 |
| 864 | The Shoppes Of Fiddlesticks | 13650 Fiddlesticks Boulevard | Ft. Myers | FL | 12/12/02 |
| 865 | Shoppes of Sweetwater | 3883 Wekiva Springs Road | Longwood | FL | 11/21/02 |
| 866 | LaBelle Plaza | 1555 Highland Avenue South | Clearwater | FL | 10/03/02 |
| 867 | Harbor Oaks Shopping Center | 619 South Ft. Harrison Avenue | Clearwater | FL | 08/22/02 |
| 868 | Cabot Business Center @ The Meadows | 5985 Cabot Parkway | Alpharetta | GA | |
| 869 | Orlando Web Store | 38 Skyline Drive | Lake Mary | FL | |
| 870 | Pompano Fulfillment Center Pompano Bch Bus. Cntr | 1901 NW 25th Avenue, Building 1 | Pompano Beach | FL | 09/27/01 |
| 871 | Paradise Promenade | 5997 Stirling Road | Davie | FL | 06/28/03 |
| 872 | Westcreek Commons | 4760 West Hillsboro Boulevard | Coconut Creek | FL | 06/07/03 |
| 873 | Mitchell Ranch Plaza | 3100 Little Road | Trinity | FL | 07/17/03 |
| 874 | Pelham Commons | 215 Pelham Road | Greenville | SC | 06/25/03 |
| 875 | Paradise Shoppes of Ellenwood | 2820 East Atlanta Road | Ellenwood | GA | 08/14/03 |
| 876 | Cross Creek Commons | 10928 Cross Creek Boulevard | Tampa | FL | 10/09/03 |
| 877 | Collier Commons | 2121 Collier Parkway | Land O' Lakes | FL | 07/24/03 |
| 878 | Shoppes of Lithia | 3461 Lithia Pinecrest Road | Valrico | FL | 07/17/03 |
| 879 | Berry Town Center | 2424 Sand Mine Road | Davenport | FL | 07/10/03 |
| 880 | Village Shoppes of East Cherokee | 6236 Old Highway 5 | Woodstock | GA | 10/30/03 |
| 881 | West Point Commons | 13750 West Colonial Drive | Winter Garden | FL | 07/03/03 |
| 882 | The Village @ Lee Branch | 410 Doug Baker Boulevard | Birmingham | AL | 08/20/03 |
| 883 | Murray Landing | 2732 North Lake Drive | Columbia | SC | 10/08/03 |
| 884 | Deerwood Lakes Commons | 4320 Deerwood Lake Parkway | Jacksonville | FL | 06/05/03 |
| 885 | Publix @ Grand Boulevard | 725 Grand Boulevard | Sandestin | FL | 12/17/03 |
| 886 | Cornerstone @ Lake Hart | 10615 Narcoosse Road | Orlando | FL | 07/24/03 |
| 887 | Southwood Village | 3551 Blair Stone Road | Tallahassee | FL | 09/18/03 |
| 889 | Miller Plaza West | 15755 S.W. 56 Street | Miami | FL | 10/04/03 |
| 890 | Winthrop Town Center/Retail | 11109 Winthrop Market Street | Riverview | FL | 09/11/03 |
| 891 | Seabreeze Plaza Shopping Center | 30535 U.S. Highway 19 North | Palm Harbor | FL | 09/11/03 |
| 892 | South Hampton Village | 1512 Highway 74 North | Tyrone | GA | 12/11/03 |
| 893 | Merritt Island | 1850 North Courtenay Parkway | Merritt Island | FL | 10/02/03 |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 894 | Palm Beach Plaza | 6820 Okeechobee Boulevard | West Palm Beach | FL | 10/30/03 |
| 895 | Publix @ Military Crossing | 4849 South Military Trail | Green Acres | FL | 09/06/03 |
| 896 | Paradise Shoppes of Navarre | 8244 Navarre Parkway | Navarre | FL | 10/29/03 |
| 897 | Corner Lakes Plaza | 16625 East Colonial Drive | Orlando | FL | 09/04/03 |
| 898 | South Point | 4145 9th Street S.W. | Vero Beach | FL | 11/15/03 |
| 903 | Bartow Center Crispers | 1030 North Broadway Avenue | Bartow | FL | 06/14/99 |
| 906 | Longwood Village Shoppes Crispers | 1869 West State Road 434 | Longwood | FL | 11/08/00 |
| 924 | St. Lucie Crispers | 1960 N. W. Courtyard Circle | Port St. Lucie | FL | 09/21/04 |
| 925 | Parkway Village and Center Crispers | 1241 Apalachee Parkway | Tallahassee | FL | 11/12/04 |
| 926 | Fashion Square Mall Crispers | 1754 Wells Road | Orange Park | FL | 11/11/04 |
| 1003 | Irons Manor | 12855 N.E. 6th Avenue | North Miami | FL | |
| 1004 | Beachway Plaza | 7310 West Manatee Avenue | Bradenton | FL | 12/16/04 |
| 1005 | Ocean Park Pavillion | 23026 Panama City Beach Parkway | Panama City | FL | 12/15/04 |
| 1006 | Mirasol Walk | 6251 PGA Boulevard | Plam Beach Gardens | FL | |
| 1007 | Publix @ Coral Shores | 3015 Pine Island Road. S.W. | Cape Coral | FL | |
| 1008 | Paradise Shoppes of Warner Robins | 1114 Highway 96 | Warner Robins | GA | 11/17/04 |
| 1009 | Mary Brickell Village | 911 S.W. 1st Avenue | Miami | FL | |
| 1010 | The Town Center @ The Atlantic Station Project | 1374 Atlantic Drive, Suite 14135 | Atlanta | GA | |
| 1012 | Mauldin Square | 111 West Butler Road | Mauldin | SC | 11/17/04 |
| 1013 | Toledo Blade Commons | 19451 Toledo Blade Boulevard | Port Charlotte | FL | |
| 1014 | Old Palm City Publix Shopping Center | 1395 S.W. Martin Highway | Palm City | FL | |
| 1015 | Vista Lakes Center | 6485 South Chickasaw Trail | Orlando | FL | 04/15/04 |
| 1016 | Parkway Town Center | 661 President Place | Smyrna | TN | 02/02/05 |
| 1017 | Biscayne Commons | 14641 Biscayne Boulevard | North Miami Beach | FL | 01/15/05 |
| 1018 | Addison Centre Publix | 16130 Jog Road | Delray Beach | FL | |
| 1019 | Village Walk Shopping Center | 215 Rucker Road | Alpharetta | GA | |
| 1020 | Southgate Shopping Center | 5127 U.S. 19 South | New Port Richey | FL | 10/28/04 |
| 1021 | Market Place @ Maryland Farms | 101 Creekside Crossing | Brentwood | TN | |
| 1022 | Mandarin Oaks Shopping Center | 11406 San Jose Boulevard | Jacksonville | FL | 08/26/04 |
| 1023 | Broadway Promenade | 1044 North Tamiami Trail | Sarasota | FL | |
| 1024 | Taylor Junction | 7076 Atlanta Highway | Montgomery | AL | |
| 1025 | Dalraida Commons | 4041 Atlanta Highway | Montgomery | AL | |
| 1026 | Cornerstone | 7860 Vaughn Road | Montgomery | AL | |

Post-ADAAG Stores
Opened After 01/26/1993

| SC# | S/C Name | Address | City | State | Open Date |
|---|---|---|---|---|---|
| 1027 | Zelda Commons | 3026 Zelda Road | Montgomery | AL | |
| 1028 | The Shoppes @ Palm Valley | | Ponte Vedra | FL | |
| 1029 | Waterstone Plaza | 3060 N. E. 41ST Terrace | Homestead | FL | |
| 1030 | The Village at Tradition East | | Port St. Lucie | FL | |
| 1031 | McKay's Mill Village Center | 1400 Liberty Pike, Suite 200 | Franklin | TN | |
| 1032 | Shoppes of Summerfield | 10570 U. S Highway 301 South | Riverview | FL | |
| 1033 | Greensboro Village | 1483 Nashville Pike | Gallatin | TN | |
| 1034 | Paradise Shoppes of Largo | 10411 Ulmerton Road | Largo | FL | |
| 1035 | Shops of Sebastian | 1451 Sebastian Boulevard, Suite 200 | Sebastian | FL | |
| 1036 | Pompano Plaza | | Pompano Beach | FL | |
| 1037 | Normandy Crossing | 7749 Normandy Boulevard | Jacksonville | FL | |
| 1038 | Williston Plaza | 5200 S.W. 34th Street | Gainesville | FL | |
| 1039 | The Shops @ Verandah | | North Fort Myers | FL | |
| 1040 | The Village of Plantation | | Plantation | FL | |
| 1041 | Publix at Quantum Village | | Boynton Beach | FL | |
| 1042 | Hammock Beach Centre | 5415 North Oceanshore Boulevard | Palm Coast | FL | |
| 1043 | King's Market | 1425 Market Boulevard, Suite 600 | Roswell | GA | |
| 1044 | Cheshire Square | | Atlanta | GA | |
| 1045 | Narcoossee Shoppes | | St. Cloud | FL | |
| 1046 | The Groves of Royal Palms | 127 South State Road 7 | Royal Palm Beach | FL | 08/28/04 |
| 1047 | Spring Hill Village | | Spring Hill | TN | |
| 1048 | Baldwin Park | 1501 Meeting Place | Orlando | FL | 04/15/04 |
| 1049 | Countyline Plaza | 502 North U. S. Highway 1 | Tequesta | FL | |
| 1050 | Sea Plum Town Center | | Jupiter | FL | |
| 1051 | Publix at Governors Crossing | | Tallahassee | FL | |
| 1063 | Paradise Shoppes Of New Hope | 51 East Paulding Drive | Dallas | GA | 03/18/04 |
| 1064 | Paradise Shoppes of Prominence Point | 120 Prominence Point Parkway | Canton | GA | 03/04/04 |
| 1069 | Colonial Shoppes Clay | 5150 Old Springville Road | Pinson | AL | 02/25/04 |
| 1070 | Maitland Place | 242 North Orlando Avenue | Maitland | FL | 04/01/04 |
| 1071 | Smyrna Crossing | 2880 Georgia Highway 212, S.W. | Conyers | GA | 03/03/04 |
| 1072 | Publix @ Hialeah | 155 East 2nd Avenue | Hialeah | FL | 05/06/04 |
| 1073 | White Stone Center | 9200 Highway 19, Suite 1400 | Alabaster | AL | 03/24/04 |
| 1074 | Crow's Corner | 4730 Highway 17 | Helena | AL | 05/12/04 |

Post-ADAAG Stores
Opened After 01/26/1993

| S/C# | S/C Name | Address | City | State | Open Date |
|------|----------|---------|------|-------|-----------|
| 1075 | Northwood Crossings | 2300 MCFarland Boulevard | Northport | AL | 03/17/04 |
| 1076 | Haines City Mall | 617 U.S. Highway 17-92 | Haines City | FL | 01/22/04 |
| 1077 | Kennesaw Walk | 2090 Baker Road, N.W. | Kennesaw | GA | 05/13/04 |
| 1078 | The Village Shoppes @ Simonton | 930 New Hope Road | Lawrenceville | GA | 05/13/04 |
| 1079 | Weston Commons | 4567 Weston Road | Weston | FL | 11/13/04 |
| 1080 | Southern Trace Plaza | 3475 Wedgewood Lane | The Villages | FL | 07/01/04 |
| 1081 | The Shoppes of Parkwest | 1125 Park West Boulevard | Mount Pleasant | SC | 04/14/04 |
| 1082 | The Shoppes @ Deerfoot | 7272 Gadsen Highway | Trussville | AL | 11/10/04 |
| 1083 | Publix @ University Town Center | 1190 University Boulevard | Tuscaloosa | AL | 06/02/04 |
| 1084 | Plantation Plaza | 2750 Racetrack Road | Jacksonville | FL | 10/23/04 |
| 1085 | Pubix on Overton | 3141 Overton Road | Birmingham | AL | 11/17/04 |
| 1086 | Phenix Crossing | 5408 Summerville Road, Suite 200 | Phenix City | AL | 06/23/04 |
| 1087 | Summit Point | 840 Glynn Street South | Fayetteville | GA | 09/16/04 |
| 1088 | North Bay Commerce Center | 8975 Race Track Road | Tampa | FL | 12/02/04 |
| 1089 | The Village @ Flynn Crossing | 5180 McGinnis Ferry Road | Alpharetta | GA | 11/11/04 |
| 1090 | Airpark Plaza | 5715 N.W. 7th Street | Miami | FL | 10/21/04 |
| 1091 | Publix @ Shakerag | 7780 McGinnis Ferry Road | Suwanne | GA | 09/16/04 |
| 1092 | Publix @ Avalon | 3400 Avalon Park East Boulevard | Orlando | FL | 12/18/04 |
| 1093 | Kanner Crossing | 6550 South Kanner Highway | Stuart | FL | |
| 1094 | Publix @ Sunrise Boulevard | 1415 East Sunrise Boulevard | Fort Lauderdale | FL | 11/18/04 |
| 1095 | Gervais Place | 501 Gervais Street | Columbia | SC | 08/25/04 |
| 1096 | Governors Towne Square | 6110 Cedarcrest Road N.W. | Acworth | GA | 02/10/05 |
| 1097 | The Harbor Shops | 1940 Cordova Road | Fort Lauderdale | FL | 02/05/05 |
| 1098 | Publix Cornerstone Plaza | 5645 North Atlantic Avenue | Cocoa Beach | FL | 11/11/04 |
| 1099 | John's Creek Center | 2845 County Road 210 West | Jacksonville | FL | 12/04/04 |
| 1101 | Landstar Plaza | 13850 Landstar Boulevard | Orlando | FL | 03/25/04 |
| 1102 | Taylor Creek Commons | 1851 North U. S. Highway 1 | Fort Pierce | FL | 07/01/04 |
| 1103 | | 606 Havendale Boulevard | Auburndale | FL | 03/25/04 |
| 1104 | Polo Grounds Mall | 890 South Military Trail | West Palm Beach | FL | |
| 1105 | Shoppes @ Bartram Park | 13820 St. Augustine Road | Jacksonville | FL | 10/16/04 |
| 1106 | Cornerstone @ Summerport | 13450 Summerport Village Parkway | Orlando | FL | 10/28/04 |
| 1107 | Towne Square @ Wellington | 11950 West Forest Hills Boulevard | Wellington | FL | 12/09/04 |
| 1108 | Shoppes of Quail Roost | 12670 S.W. 200th Street | Miami | FL | |

Post-ADAAG Stores
Opened After 01/26/1993

| S/C# | S/C Name | Address | City | State | Open Date |
|------|----------|---------|------|-------|-----------|
| 1109 | Shoppes of Inverrary | 5855 West Oakland Park Boulevard, Suite 203 | Lauderhill | FL | 01/20/05 |
| 1110 | Village Shoppes of Gainesville | 879 Dawsonville Highway | Gainesville | GA | 09/23/04 |
| 1111 | Haile Village North | 2755 S.W. 91st Street | Gainesville | FL | |
| 1112 | Providence Pavilion | 1025 Veterans Memorial Highway, S.E., Suite 400 | Mableton | GA | 12/02/04 |
| 1113 | Paradise Shoppes of Apollo Beach | 6434 U.S. Highway 41 North | Apolla Beach | FL | 12/09/04 |

# EXHIBIT 3

ADA v. Publix Consent Decree

EXHIBIT 3

**A.    Exterior Walkways**
1.    Accessible path from public street sidewalk abutting store property and/or bus stops to store entrance (ADAAG).

**B.    Accessible Parking**
1.    2% minimum accessible parking at all stores (ADAAG).
2.    *Additional accessible parking will be provided at stores with consistently demonstrated higher demand and if such action is deemed in violation of local regulations subsequent to application for variance or waiver (ADAAG+).*
3.    *All accessible parking spaces in Florida shall be van accessible size (ADAAG+).*
4.    Accessible path from accessible parking space aisles to store entrance (ADAAG).
5.    *Where reasonably possible, accessible path from parking space aisles will not pass behind parked cars (ADAAG+).*
6.    *"Up to $250 Fine" sign at accessible parking spaces (ADAAG+).*

**C.    Automatic Teller Machines (ATM)**
1.    Accessible path to ATM (ADAAG).
2.    Accessible height (front or side approach) and non-verbal controls (acceptable measures include Braille instructions) at ATM (ADAAG).
3.    *Accessible shelf at ATM (ADAAG+).*

**D.    Entrances**
1.    *Automated entry doors (ADAAG+).*

**E.    Service Desk Area**
1.    Accessible path to Service Desk and Lottery Station (ADAAG).
2.    *International wheelchair symbol signage overhead at Service Desk (ADAAG+).*
3.    Accessible width and height portion of Service Desk counter (ADAAG).
4.    *Accessible height counter at lottery station (ADAAG+).*

**F.    Pharmacy**
1.    Accessible path to counter (ADAAG).
2.    Accessible width and height portion of pharmacy counter (ADAAG).
3.    Accessible path to blood pressure machine (ADAAG).

**G.    Powered Shopping Cart**
1.    *Overhead signage indicating location (ADAAG+).*
2.    *Accessible path to the equipment location (ADAAG+).*
3.    *Due to their size and baskets, using carts may limit access to certain areas of the store.*

**H.    Public Restrooms**
1. Accessible path to the entry doors (ADAAG).
2. Tactile signage *with an international wheelchair symbol* (ADAAG+).
3. Accessible handle and closer hardware at entry doors (ADAAG).
4. Accessible water closet and lavatory (ADAAG).
5. Accessible height mirror (ADAAG).
6. Accessible height dispensers (ADAAG).
7. *Accessible height coat hook in accessible stalls (ADAAG+).*
8. *Baby changing table, when provided, with accessible edge height and opening mechanism (ADAAG+).*

**I.    Sales Areas**
1. Accessible width aisles throughout (ADAAG).
2. *Discount coupon dispensers at 54"h maximum height (ADAAG+).*
3. *Signage at coffee grinder with international wheelchair symbol and message "Service assistance available upon request." (ADAAG+).*
4. *At self-serve areas where a shelf or counter is provided such as where customers scoop items into containers and/or at a deli sandwich area a portion of the counter (deli service cases excluded) shall be within accessible reach range (ADAAG+).*
5. *Produce scale pans at 42"h maximum to the top edge and within 12" side reach of an accessible path (ADAAG+).*
6. *Produce bags and paper towels, when provided, to be within 48"h reach range and within 12" side reach of an accessible path (ADAAG+).*
7. *A wheelchair clear floor space to be provided within 12" of the front edge of deli and fish display cases (ADAAG+).*
8. *Deli ticket number dispensers at 42"h (ADAAG+).*
9. *At beer display areas, when excess products for sale are placed on the floor rather than on shelves or in coolers, they may not extend more than 18" from the face of the bottom of the shelf or cooler unit (ADAAG+).*
10. *Recipe cards at 48"h maximum (ADAAG+).*

**J.    Eating Areas**
1. An accessible height table with wheelchair knee clearance (ADAAG).

**K.    Cashier Check Stands**
1. *All main customer check-out stands to have accessible width aisles (ADAAG+).*
2. Secondary cashier locations (pharmacy, deli, etc) to have a portion of the counter at an accessible height and within 12" side reach of an accessible path (ADAAG).
3. *Swipe card readers at all cashier check stands to be mounted at a vertical slant with the view screen and controls at 48"h maximum (ADAAG+).*

**L.    Vending Machines**
1. An accessible path will be provided to at least one of each type of vending machine (ADAAG).

**M.  Drinking Fountains**
   1. *An accessible path to each public use drinking fountain (ADAAG+).*
   2. *At least one wheelchair accessible type drinking fountain (ADAAG).*


**N.  Pay Telephones (when provided)**
   1. One accessible pay telephone (ADAAG).
   2. *A text telephone (ADAAG+).*

EXHIBIT 3A

# DRAFT
# PUBLIX CONSENT DECREE
# EXHIBIT 3A

## ALTERNATIVE MEASURES

1. One unisex/family style accessible restroom may be provided in lieu of modifying the men's and women's restrooms.

2. Accessible parking spaces may be placed in locations which are not in closest proximity to the entrance or which requiring crossing to traffic lanes, when the slopes of parking areas closest to the entrances exceed the tolerances specified in Exhibit 4.

3. No overhead accessibility symbol signage is required at designated checkout stands if all checkout stands are accessible in conformance with the tolerances specified in Exhibit 4.

**EXHIBIT 4**

MIAMI:368.1 046218.1002

# ADA v. Publix
# EXHIBIT 4
# CONSENT DECREE

| Item | ADA Accessibility Guidelines (ADAAG) 1/26/91 | Allowable Tolerances[1] | |
|---|---|---|---|
| | | COLUMN A Post-ADAAG (Post 1/26/93) New Construction | COLUMN B Pre-ADAAG (Pre 1/26/93) Existing Construction |
| **1. Accessible Routes** | | | |
| A. Width. | 36" min/32" min for 24" length | 35" min/32" min for 36" | 34" min/32" min for 36" |
| B. Vertical breaks. | ½" max if beveled | ¾" max if beveled | ¾" max if beveled |
| C. Horizontal breaks. | ½" max perpendicular to path | ¾" max perpendicular to path | ¾" max perpendicular to path |
| D. Cross slope.[2] | 2% max | 3% max | 5% max |
| E. Protruding objects - horizontal | 4" max wall 12" max post | 5" max wall 12" max post | 6" max wall 12" max post |
| F. Protruding objects - vertical | 80" min | 78" min if not easily modified[3] 80" min if easily modified | 76" min if not easily modified[4] 78" min if easily modified |
| **2. Parking** | | | |
| A. Number of accessible parking spaces | Table @ 4.1.2(5)(a) 1-25 parking spaces = 1 accessible 26-50 parking spaces = 2 accessible 51-75 parking spaces = 3 accessible | Table @ 4.1.2(5)(a) 1-25 parking spaces = 1 accessible 26-50 parking spaces = 2 accessible 51-75 parking spaces = 3 accessible | Table @ 4.1.2(5)(a) 1-25 parking spaces = 1 accessible 26-50 parking spaces = 2 accessible 51-75 parking spaces = 3 accessible |
| B. Accessible parking space width | 96" min, from center line to center line | 94" min, from center line to center line | 92" min, from center line to center line |
| C. Van accessible parking space + aisle width. | 96" min + 96" min = 192" min | 188" min | 184" min |

MIAMI:3568.1 046218.1002

| Item | ADA Accessibility Guidelines (ADAAG) 1/26/91 | Allowable Tolerances[1] | |
|---|---|---|---|
| | | COLUMN A Post-ADAAG (Post 1/26/93) New Construction | COLUMN B Pre-ADAAG (Pre 1/26/93) Existing Construction |
| D. Accessible parking space/aisle slopes.[5] | 2% max | 3% max | 5% max |
| **3. Curb Ramps** | | | |
| A. Front/back slope.[5] | 12.5% max to 3"h (historic, spec sit) 8.33% max | 13% max to 3"h 9% max over 3"h | 15% max to 3"h 10% max over 3"h |
| B. Cross Slope.[5] | 2% max | 3% max | 5% max |
| C. Width. | 36" min | 35" min | 32" min |
| D. Height of bottom lip. | ½" max if beveled ¼" max vertical | ¾" max if beveled | 1" max if beveled |
| E. Top landing length. | 5'-0" min if in direction of travel 4'-0" min if perpendicular | 4'-10" if in direction of travel 3'-10" min if perpendicular | 4'-6" if in direction of travel 3'-10" min if perpendicular |
| F. Side slopes (if part of accessible path). | 1:10 max std type 1:12 max std type w/top landing < 48"d 0 for return type | 1:9 max std type 1:10 max std type w/top landing < 48"d 0 for return type | 1:9 max std type w/top landing < 48"d, otherwise 0 |
| **4. Ramps** | | | |
| A. Front/back slope.[5] | 8.33% max | 9% max | 10% max |
| B. Cross slope.[5] | 2% max | 3% max | 5% max |
| C. Width. | 36" min | 35" min 43" min (Florida) | 32" min |
| D. Width/diameter of handrail. | 1¼" - 1½" | 1" – 1¼" | 1" – 1¼" |
| E. Height to top of handrail. | 34" - 38" | 32" - 39" | 32" - 39" |
| F. Horizontal handrail extensions. | 12" min horiz top and bottom of ramp | 10" min 16" min (Florida) | 0" |

MIAMI:568.1 04621 8.1002

| Item | ADA Accessibility Guidelines (ADAAG) 1/26/91 | Allowable Tolerances[1] | |
|---|---|---|---|
| | | COLUMN A Post-ADAAG (Post 1/26/93) New Construction | COLUMN B Pre-ADAAG (Pre 1/26/93) Existing Construction |
| G. Length of ramp landings | 5'-0" min | 4'-10" min | 4'-6" min |
| H. Vertical rise of ramp between landings. | 30" max | 32" max | 36" max |
| **5. Manually Operated Doors** | | | |
| A. Clear width when open 90°. | 32" min | 32" min | 31 3/8" min |
| B. Width of the clear floor area on the pull side beyond the strike jamb. | 18" min | 17" min | 14" min |
| C. If there is both a latch and a closer, width of the clear floor area on the push side of the strike. | 12" min | 11" min | 10" min |
| D. Depth of the clear floor area on the pull side. | 60" min front approach 48" min side approach | 58" min front approach 46" min side approach | 48" min front approach 42" min side approach |
| E. Depth of the clear floor area on the push side | 48" min front approach 48" min side approach | 46" min front approach 46" min side approach | 46" min front approach 42" min side approach |
| F. Height of the door threshold. | ½" max if beveled 1:2 max | ¾" max if beveled 1:2 max | ¾" max if beveled 1:2 max |
| G. Space between doors in vestibules. | 48" min + door width | 30"w x 48"d min free of door swing | 30"w x 48"d min free of door swing |
| **6. Sales Areas** | | | |
| A. Clear floor area in front of accessible elements. | 30"x48" min 30" x 60" min (alcove) | 30"x48" min 30" x 58" min (alcove) | 30" x 48" min |
| B. Height to operable control of unspecified accessible element. | 48" max front reach 54" max side reach | 49" max (when 48" req. by CD) 55" max (when 54" allowed by CD) | 49" max (when 48" req. by CD) 56" max when 54" allowed by CD) |
| C. Height to top lip of scale pans and Deli ticket dispenser | N/A | 43" within 12" of accessible path | 43" within 12" of accessible path |
| D. Height to plastic bags and paper towels | N/A | 49" within 12" of accessible path | 49" within 12" of accessible path |
| E. Height to the top of the service counter. (other than check-out aisle) | 36" max | 37" max | 38" max |
| F. Length of accessible portion of service counter other than check-out aisle. | 36" min | 34" min | 30" min |

MIAMI:568.1 046218.1002

| Item | ADA Accessibility Guidelines (ADAAG) 1/26/91 | Allowable Tolerances[1] | |
| --- | --- | --- | --- |
| | | COLUMN A Post-ADAAG (Post 1/26/93) New Construction | COLUMN B Pre-ADAAG (Pre 1/26/93) Existing Construction |
| G. Height to top of check-out aisle belt | 38" max | 38" max | 39" max |
| H. Height to top of check-out aisle lip | 40" max | 40" max | 41" max |
| I. Sales Area Aisle Widths | 36" min except 32" for 24" long | 36" min except 32" for 36" long | 36" min except 32" for 36" long |
| J. Check-out stand aisle width | 36" min except 32" for 24" long | 36" min except 32" for 36" long | 36" min except 32" for 36" long |
| K. Pin Pads | 54"h max top controls | 49"h top controls | 50"h top controls |
| L. Accessible Dining Seats | 5% min | 5% min | 1 min |
| M. Recipe Cards Reach Range | N/A | 48" max if front approach 54" max if side approach | 48" max if front approach 54" max if side approach |
| **7. RestRooms** | | | |
| A. Tactile signage mounting height. | 60" aff to centerline of sign | 58"-62" aff to centerline of sign | 60" aff to any portion of sign |
| B. Tactile signage placement. | wall adjacent to strike side of door | wall adjacent to strike side of door or face of in-swinging door | wall adjacent to strike side of door or face of in-swinging door |
| C. Door opening force. | 5 lbs. max | 7 lbs. max | 7 lbs. max |
| D. Door closing speed. | 3 seconds from 70° open to 3" from strike | 3 seconds from 70° open to 3" from strike | 3 seconds from 70° open to 3" from strike |
| E. Urinal space width. | 29" min | 28" min | 27" min |
| F. Urinal lip height | 17" max | 18" max | 19" max |
| G. Urinal flush control height | 44" max | 46" max | 48" max |
| H. Lavatory knee clearance height to 8" back from front edge. | 27" min | 27" min | 26" min |
| I. Lavatory basin top height | 34" max | 35" max | 36" max |

MIAMI:368.1 04621 8.1002

| | Item | ADA Accessibility Guidelines (ADAAG) 1/26/91 | Allowable Tolerances[1] | |
|---|---|---|---|---|
| | | | COLUMN A Post-ADAAG (Post 1/26/93) New Construction | COLUMN B Pre-ADAAG (Pre 1/26/93) Existing Construction |
| J. | Bottom reflecting edge of the mirror height. | 40" max | 41" max | 41" max |
| K. | Soap dispenser highest operable part. | 48" max if front approach / 54" max if side approach | 48" max if front approach / 54" max if side approach | 48" max if front approach / 54" max if side approach |
| L. | Towel dispenser highest operable part. | 48" max if front approach / 54" max if side approach | 48" max if front approach / 54" max if side approach | 48" max if front approach / 54" max if side approach |
| M. | Baby changing table operable part height | N/A | 48" max if front approach / 54" max if side approach | 48" max if front approach / 54" max if side approach |
| N. | Baby changing table leading edge | N/A | 38"h | 38"h |
| O. | Clear floor turning space in the rest room. | 60" dia or 36"w x 60" T turn | 60" dia or 36"w x 60" T turn with 25"d knee/toe clearance allowed at one leg | 58" dia or 36" x 58" T turn space with 25"d knee/toe clearance allowed |
| P. | Depth of area from wall behind water closet. | 60"+ if wall / 59" min if stall w/flr mntd wc / 56" min if stall w/wall mntd wc | 58" if wall / 55" if stall w/wall mntd wc / 59" if stall w/flr mntd wc | 58" if wall to floor / 58" if stall w/flr mntd wc / 55" if stall w/wall mntd wc |
| Q. | Width of floor area from water closet side wall. | 60" min for side transfer / 36" min for front transfer | 59" min for side transfer / 35" min for front transfer | 58" min for side transfer / 34" min for front transfer |
| R. | Distance from centerline of toilet to side wall. | 18" | 16" - 19" | 15" - 19" |
| S. | Diameter of grab bar. | 1¼" - 1½" | 1" - 1¼" | 1" - 1¼" |
| T. | Clearance between grab bar and wall. | 1½" | 1¼" - 1½" | 1¼" - 1½" |
| U. | Height of toilet seat. | 17" - 19" | 17" - 20" | 16" - 20" |
| **8.** | **Drinking Fountains** | | | |
| A. | Drinking Fountain spout height. | 36" max. | 37" max | 38" max or cup dispenser |
| **9.** | **Public Pay Telephones** | | | |
| A. | Centerline of the highest operable part. | 48" max for front approach / 54" max for side approach | 48" max for front approach / 54" max for side approach | 48" max for front approach / 54" max for side approach |
| B. | Clear floor space in front of phone. | 36" x 60" min | 36" x 60" | 36" x 60" |

MIAMI 3568.1 046218.1002

| Item | Allowable Tolerances[1] | | |
|---|---|---|---|
| | ADA Accessibility Guidelines (ADAAG) 1/26/91 | COLUMN A Post-ADAAG (Post 1/26/93) New Construction | COLUMN B Pre-ADAAG (Pre 1/26/93) Existing Construction |
| **10. ATMs** | | | |
| A. Writing Shelf | None | 9"d min x 16"w min x 37"h max | 38"h max no size requirement |
| C. Length of handset cord. | 29" min | 28" min | 28" min |

[1] The Allowable Tolerances specified in this Exhibit are only for the purpose of evaluating in-place construction. The designs for all new work, alterations, and accessibility enhancements are required to comply with ADAAG and any other applicable accessibility regulations.

[2] Take measurements at approximately 20' intervals. The average or any two (2) measurements at any three (3) contiguous locations may not exceed the Allowable Tolerances. Take additional measurements when it appears that slope conditions are excessive and not likely to be within tolerances.

[3] Structural, mechanical, electrical, etc.

[4] Signs, wall sconces, etc.

[5] Measure along the approximate longitudinal center line, near the top middle and bottom, for both front/back slope and cross slope. If either the average or any two of the three measurements for front/back or cross slope exceed the Allowable Tolerances, that slope condition will be considered non-conforming. For ramps exceeding 8' in length, take measurements every two feet; any two adjacent measurements or the average of any three adjacent or all measurements may not exceed the Allowable Tolerance.

.

# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ASSOCIATION     FOR     DISABLED
AMERICANS, INC., *et al.*,

      Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC.,          CASE NO. 98-917-CIV-HOEVELER

      Defendant.

_____/

**ORDER GRANTING PRELIMINARY APPROVAL OF
PROPOSED CONSENT DECREE, CONDITIONALLY CERTIFYING THE
SETTLEMENT CLASS, DIRECTING NOTICE TO THE CLASS, AND
SCHEDULING FAIRNESS HEARING ON FINAL APPROVAL OF
PROPOSED CONSENT DECREE**

On _____2005, the parties to this action filed a Joint Motion seeking an Order

Granting Preliminary Approval of Proposed Consent Decree, Conditionally Certifying the

Settlement Class, Directing Notice to the Class, and Scheduling a Fairness Hearing on Final

Approval of the Proposed Consent Decree (hereinafter, the "Joint Motion"). The Court has read

the Joint Motion, the Proposed Consent Decree, and good cause having been shown,

IT IS HEREBY ORDERED AND ADJUDGED that:

1 . The Proposed Consent Decree, attached to the Joint Motion as Composite Exhibit

A, is Preliminarily Approved effective as of the date of the filing of this Order.

2. The Settlement Class as defined in Section 5.23 of the Consent Decree is

conditionally certified, counsel having demonstrated that the elements of Federal Rules of Civil

Procedure, Rule 23 (b)(2) are satisfied.

3.     The Notice as attached to the Consent Decree as Exhibit 6 is approved and the Clerk of the Court is hereby directed to execute the Notice.  The Notice shall be posted as set forth in Section 22.4 of the Consent Decree within thirty (30) days after the Clerk of the Court's execution of the Notice

4.     The deadline for filing and service of written objections and/or notices of intent to appear at the Final Approval Hearing is _____, 2005 (at least 45 days after the Notice has been posted).

5.     The deadline for plaintiffs and/or defendants to file any written response to any objections is _____, 2005 (at least 25 days after the last objection has been filed).

6.     The Fairness Hearing for Final Approval of the Consent Decree is set for _____, 2005, at _____ m. in this Court.

DONE AND ORDERED, this ___ day of _____, 2005, at Miami, Florida.


_____
WILLIAM HOEVELER
United States District Court Judge

cc:     William N. Charouhis, Esq.
        Todd W. Shulby, Esq.
        Stanley H. Wakshlag, Esq.
        Carol C. Lumpkin, Esq.

**EXHIBIT 6**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ASSOCIATION     FOR     DISABLED
AMERICANS, INC., et al.,

      Plaintiffs,

vs.

                                  CASE NO. 98-917-CIV-HOEVELER

PUBLIX SUPER MARKETS, INC.,

      Defendant.

_____

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND CONSENT DECREE

**TO:** **ALL PERSONS IN FLORIDA, GEORGIA, ALABAMA, SOUTH CAROLINA, AND TENNESSEE WITH MOBILITY, DEXTERITY, HEARING, AND/OR VISUAL DISABILITIES AS DEFINED BY THE AMERICANS WITH DISABILITIES ACT (THE "ADA") WHO MAY BE ENTITLED TO ASSERT A CLAIM UNDER TITLE III OF THE ADA AGAINST PUBLIX SUPER MARKETS, INC. FOR THE DENIAL OF ACCESS TO AND FOR THE BENEFIT OF THE SERVICES, PROGRAMS AND ACTIVITIES OF, THE BUILDINGS AND FACILITIES OF PUBLIX SUPER MARKETS AT ANY TIME SINCE JANUARY 26, 1992.**

### READ THIS NOTICE CAREFULLY; YOUR RIGHTS MAY BE AFFECTED.
### PURPOSE OF THIS NOTICE

      You are or may be a member of the class on whose behalf certain claims are being asserted in the above-captioned civil action now pending in the United States District Court, Southern District of Florida, Miami Division. The purpose of this Notice is to advise you of the pendency of such action; of a proposed settlement of that action and of a hearing to consider the settlement to be held on _____, 2005 at **301 North Miami Avenue, Miami, Florida 33128**, before Judge William Hoeveler in Courtroom _____.

## DESCRIPTION OF THE LITIGATION

The complaint brought by Plaintiffs in this action seeks injunctive relief against Publix Super Markets for alleged violations of Title III of the Americans with Disabilities Act, regarding all Publix Super Markets stores in Florida, Georgia, Alabama, South Carolina, and Tennessee. Plaintiffs contend that they and the members of the class, which includes individuals with mobility, dexterity, hearing, and/or visual disabilities as defined by the Americans with Disabilities Act or under certain state or local laws regarding accessibility, have been discriminated against by Publix Super Markets by denying them access to, and for an equal enjoyment of the goods, services, facilities, privileges, advantages and/or accommodations of the buildings, as prohibited by the Americans with Disabilities Act, and by failing to remove architectural barriers as required by Title III of the Americans with Disabilities Act. Plaintiffs allege that the Defendant's conduct violated Title III of the Americans with Disabilities Act and various federal regulations designed to implement the requirements of the Americans with Disabilities Act.

Publix Super Markets has denied and continues to deny any liability to Plaintiffs for the Settlement Class, and Publix has denied and continues to deny that it has violated any laws pertaining to access for persons with disabilities at any of the Publix Super Markets or otherwise. Publix has raised a number of affirmative defenses including that the measures taken by Publix Super Markets under the ADA provide reasonable accommodations to the Plaintiffs and the Settlement Class, that the Plaintiffs failed to provide adequate notice or exhaust their appropriate state remedies, that Publix Super Markets is not liable for ADA compliance on properties where it has no ownership interest nor any control over the properties, and that the Plaintiffs have otherwise failed to state a claim upon which injunctive relief can be granted against Publix Super Markets.

The parties to this litigation, after good faith negotiation, have determined that this litigation should be resolved and dismissed with prejudice through a comprehensive Consent Decree, the terms of which are summarized in this Notice.

## THE SETTLEMENT CLASS

Pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, the Court has certified a Settlement Class for purpose of the equitable relief provided for in the proposed Consent Decree, including the initiation and completion, within certain specified time frames, of Accessibility Enhancements as described in the various exhibits to the complete Consent Decree.

The Settlement Class is defined as follows:

All persons with mobility, dexterity, hearing, and/or visual disabilities as defined by the Americans with Disabilities Act or under certain state or local laws regarding accessibility within

2

the Geographic Area, who could assert a claim under Title III of the Americans with Disabilities Act and/or state or local laws in the Geographic Area regarding accessibility against Publix Super Markets. The Geographic Area includes the states of Florida, Georgia, Alabama, South Carolina, and Tennessee.

If you are included in the Settlement Class as defined above, the proposed settlement may affect your rights. Additionally, you may be entitled to receive the benefits of the proposed Consent Decree.

## DESCRIPTION OF THE SETTLEMENT

The Plaintiffs in the above-captioned civil action, through their attorneys, on their own behalf and on behalf of all persons they represent, have made an investigation of the facts and circumstances underlying the issues raised in the above-captioned civil action and the applicable law. They and Publix Super Markets commenced negotiations in 1998 regarding disability access at Publix Super Markets in all areas where Publix engages in business. The parties, Defendant's counsel and Plaintiffs' counsel ("Class Counsel") have agreed to include all Publix Super Markets in Florida, Georgia, Alabama, South Carolina, and Tennessee in the proposed Consent Decree.

Throughout the pendency of this action, the parties, defense counsel and Class Counsel have negotiated in good faith concerning accessibility issues at all Publix Super Markets, and the Consent Decree is a result of those negotiations. Plaintiffs and Publix Super Markets have concluded that further conduct of the above-captioned civil action will be protracted and that no party can have an assurance of success. Accordingly, they have determined that it is in the best interest of the parties to settle and terminate the above captioned civil action. The parties have agreed to the proposed Consent Decree described in this notice, subject to the approval of the court.

The Plaintiffs in this litigation recognize that Publix Super Markets has cooperated fully and demonstrated a strong commitment to provide equal access to Publix Super Markets stores for persons with disabilities. All parties to the Consent Decree believe that the further refinement by Publix Super Markets of its existing remodeling program as set forth in the Consent Decree will enhance access for persons with disabilities and further compliance with the Americans with Disabilities Act, and other applicable state and local accessibility statutes.

This notice is directed to you because you may be a member of the class on whose behalf this suit is pending. The United States District Court for the Southern District of Florida, Miami Division, has not passed on any contentions of the parties as to the merits, and therefore no implications regarding the merits of the litigation should be drawn from the issuance of this notice.

3

The terms and conditions of the Consent Decree are summarized in this notice.  The complete Consent Decree, including exhibits, is on file at the office of the Clerk of the United States District Court, for the Southern District of Florida, Miami Division, **301 North Miami Avenue, Miami Dade County, Florida 33128**.  The Consent Decree may be examined and copied during regular office hours.

In summary, the proposed Consent Decree provides for the following:

1.      Plaintiffs and Class Counsel acknowledge that compliance with the Consent Decree will provide accessibility and encompasses Publix Super Markets' compliance with any federal and state statutory, administrative, regulatory or common law relating to accessibility for persons with disabilities to the full satisfaction of the Settlement Class.

2.      Publix Super Markets will initiate and complete certain Accessibility Enhancements as described in various exhibits to the complete Consent Decree within certain specified time frames, ranging from 24 months to 60 months following final approval of the Consent Decree.   All alterations made to Publix Super Markets will comply with the requirements of the Americans with Disabilities Act and appropriate federal regulations passed to implement the requirements of the ADA and all other applicable state and local accessibility requirements.   In order to ensure compliance by Publix Super Markets with the schedule of Accessibility Enhancements, Publix Super Markets and Class Counsel will conduct surveys and inspections of Publix Super Markets throughout the Geographic Area, in accordance with specified time frames and provisions set forth in the complete Consent Decree and exhibits thereto.   There are also provisions for resolving any future disputes between Plaintiff or Class Counsel and Publix Super Markets regarding the Consent Decree or its implementations as outlined in the complete Consent Decree and the exhibits thereto.

3.      Publix Super Markets shall pay Class Counsel an amount not greater than $160,000.00 on or before thirty (30) days after Final Approval of the Consent Decree by the court, if not appealed from.  In the event of an appeal, such payment will be made within thirty (30) days after a final appellate determination approving the Consent Decree.  The Consent Decree also provides for a total payment, over the six year term of the Consent Decree, of $100,000.00 by Publix Super Markets to Class Counsel and Plaintiffs' Expert for reasonable attorney's fees, litigation expenses, including expert fees, and costs, incurred by Class Counsel and the Plaintiffs' Expert for their respective obligations under the Consent Decree after the date of the Final Approval.  There are further provisions in the Consent Decree for the payment by Publix Super Markets of certain limited inspection costs by Class Counsel and any experts.

## BINDING EFFECT -- RELEASE OF DEFENDANT AND INJUNCTION

Approval by the Court of the proposed Consent Decree, and the Consent Decree becoming effective, will result in the dismissal of the above captioned civil litigation on the

4

merits and with prejudice as to the Plaintiffs and members of the class.  This shall constitute a release by Plaintiffs and all class members, of all claims under Title III of the  Americans with Disabilities Act and state and local laws in the Geographic Area regarding accessibility, arising out of or related to the matters, transactions, events, facts, circumstances, and occurrences set forth in the pleadings of the Plaintiffs in the above-captioned civil litigation against the Defendant, Publix Super Markets, Inc. identified above, its predecessors, successors, subsidiaries, affiliates, heirs, assigns, and present or former officers, directors, employees and agents.

Approval by the court of the proposed Consent Decree will also result in the issuance of an injunction permanently barring and enjoining all class members, their officers, agents, employees and attorneys, and all persons in active concert or participation with them who receive actual or constructive notice of the injunction from instituting or continuing to prosecute in this or any other jurisdiction, any individual or class claims against Publix Super Markets, Inc., its predecessors, successors, subsidiaries, affiliates, heirs, assigns, and present or former officers, directors, employees and agents, which have been or might have been asserted in this action, including, but not limited to, all claims under Title III of the Americans with Disabilities Act and any state and local laws regarding accessibility, arising out of or related to the matters, transactions, facts, circumstances, occurrences, and events alleged by Plaintiffs in the above-captioned civil litigation.

## RIGHT TO OBJECT

If you believe that the proposed Consent Decree should not be finally approved by the Court for any reason, you may submit an objection to the proposed Settlement.

**ANY SUCH OBJECTION MUST BE RECEIVED BY THE CLERK OF THE COURT AND SERVED ON ATTORNEYS FOR THE CLASS, AT ALL THE ADDRESSES SET OUT BELOW, ON OR BEFORE _____, 2005.** Any objection to the Consent Decree must begin with the following statement:

"I object to the proposed Consent Decree in the *Association for Disabled for Americans, Inc. et al. v. Publix Super Markets*, Case Number 98-917-CIV-HOEVELER, United States District Court, Southern District of Florida, Miami Division."

All objections must state the objector's name and address and all grounds for the objection in writing.  Objections should be sent to: Clerk of the Court, United States District Court, Southern District of Florida, Miami Division, 301 N. Miami Avenue, Miami, Florida 33128" and if mailed, must be posted in time to be received by _____, 2005.

5

**All objections must also be timely mailed to:**

| | |
|---|---|
| William N. Charouhis, Esq.<br>Law Offices of William N. Charouhis<br>201 S. Biscayne Boulevard, 28th Floor<br>Miami, Florida 33131 | Stanley H. Wakshlag, Esq.<br>Akerman Senterfitt & Eidson, P.A.<br>1 S.E. 3rd Avenue<br>28th Floor<br>Miami, Florida 33131-1714 |
| Carol C. Lumpkin, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham<br>20th Floor<br>201 S. Biscayne Boulevard<br>Miami, Florida 33131 | John A. Attaway, Jr., Esq.<br>General Counsel<br>Publix Super Markets, Inc.<br>P.O. Box 407<br>Lakeland, Florida 33802-0407 |

## THE COURT HEARING

**The proposed Consent Decree must be finally approved by the Court.**

On _____ at _____ in Courtroom _____ at 301 N. Miami Avenue, Miami, Florida, a hearing will be held on whether the proposed Consent Decree should be approved as fair, reasonable and adequate.

If you file a timely written objection you may appear at the hearing, in person or through an attorney retained at your own expense. **If you wish to appear at the hearing to object to the Consent Decree, you must notify the court and counsel in writing of your intention to do so, with your written objection filed as described above. If you do not file a written objection, you will not be heard by the court. DO NOT CALL OR PERSONALLY CONTACT THE COURT OR PUBLIX SUPER MARKETS ABOUT THE MATTERS SET FORTH IN THIS NOTICE.**

Any written objections to the Settlement and notices of intent to appear at the hearing must be received by the Clerk of the Court on or before _____, 2005.

## IF THE CONSENT DECREE IS NOT APPROVED

If the Consent Decree is not approved by the Court, the conditional settlement will be voided and the case will proceed to trial. If that happens, there is no assurance: (a) that any decision at trial would be in favor of class members; (b) that a favorable trial decision, if any, would be as favorable to the class members as this settlement; or (c) that any such favorable trial decision would be upheld if any appeal was filed.

## ADDITIONAL INFORMATION

If you have any questions you want to raise concerning the above-captioned civil litigation for the matters dealt within this notice, contact either your own attorney, or Plaintiffs' counsel at the following address: William N. Charouhis, Esq., Law Offices of William N. Charouhis, 201 S. Biscayne Boulevard, 28th Floor, Miami, Florida 33131.

**Do not call the Court.** The Court has not ruled in favor of or against Plaintiffs, the Class or Publix Super Markets on the merits of any of their claims, denials, or defenses in this case. The pleadings and other public records in this litigation, including papers in support of the proposed settlement, may be examined and copied at any time during regular office hours at the office of the Clerk, United States District Court, Southern District Court, Miami Division, 301 N. Miami Avenue, Miami, Florida 33128.

DATED: This ___ day of ____, 2005, at Miami, Miami-Dade County, Florida.

_____

Clerk of the Court
United States District Court
Southern District of Florida
Miami Division

7

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ASSOCIATION     FOR     DISABLED
AMERICANS, INC., *et al.,*

      Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC.,          CASE NO. 98-917-CIV-HOEVELER

      Defendant.

_____/

**ORDER GRANTING PRELIMINARY APPROVAL OF
PROPOSED CONSENT DECREE, CONDITIONALLY CERTIFYING THE
SETTLEMENT CLASS, DIRECTING NOTICE TO THE CLASS, AND
SCHEDULING FAIRNESS HEARING ON FINAL APPROVAL OF
<u>PROPOSED CONSENT DECREE</u>**

On _____2005, the parties to this action filed a Joint Motion seeking an Order Granting Preliminary Approval of Proposed Consent Decree, Conditionally Certifying the Settlement Class, Directing Notice to the Class, and Scheduling a Fairness Hearing on Final Approval of the Proposed Consent Decree (hereinafter, the "Joint Motion"). The Court has read the Joint Motion, the Proposed Consent Decree, and good cause having been shown,

IT IS HEREBY ORDERED AND ADJUDGED that:

1 . The Proposed Consent Decree, attached to the Joint Motion as Composite Exhibit A, is Preliminarily Approved effective as of the date of the filing of this Order.

2. The Settlement Class as defined in Section 5.23 of the Consent Decree is conditionally certified, counsel having demonstrated that the elements of Federal Rules of Civil Procedure, Rule 23 (b)(2) are satisfied.

3.      The Notice as attached to the Consent Decree as Exhibit 6 is approved and the Clerk of the Court is hereby directed to execute the Notice.  The Notice shall be posted as set forth in Section 22.4 of the Consent Decree within thirty (30) days after the Clerk of the Court's execution of the Notice

4.      The deadline for filing and service of written objections and/or notices of intent to appear at the Final Approval Hearing is _____, 2005 (at least 45 days after the Notice has been posted).

5.      The deadline for plaintiffs and/or defendants to file any written response to any objections is _____, 2005 (at least 25 days after the last objection has been filed).

6.      The Fairness Hearing for Final Approval of the Consent Decree is set for _____, 2005, at _____ m. in this Court.

DONE AND ORDERED, this ___ day of _____, 2005, at Miami, Florida.


                                         _____
                                         WILLIAM HOEVELER
                                         United States District Court Judge

cc:     William N. Charouhis, Esq.
        Todd W. Shulby, Esq.
        Stanley H. Wakshlag, Esq.
        Carol C. Lumpkin, Esq.

**EXHIBIT C**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)**

**CASE NO. 98-917-CIV-HOEVELER**

ASSOCIATION FOR DISABLED AMERICANS,
INC.; DANIEL RUIZ; JORGE LUIS RODRIGUEZ;
THOMAS SCHMOKEL; ROBERT COHEN;
VATRICE RIVERA; AND PAT KENNEDY,
         Plaintiffs,

v.

PUBLIX SUPER MARKETS, INC.,
         Defendant.

---

### *DECLARATION OF CAROL C. LUMPKIN, ESQ.*

---

1. My name is Carol C. Lumpkin. I am over eighteen years of age, and I submit this Declaration pursuant to 28 U.S.C. §1746. I have personal knowledge of the facts stated herein.

2. I am an attorney licensed to practice law in the State of Florida and, presently, I am a member of the Bar in good standing. I am admitted to practice before the United States District Court for the Southern, and Middle Districts of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. I am a member of the American Bar Association (Labor and Employment Section), the Florida Bar (Labor and Employment Section), Federal Bar Association, Dade County Bar Association, and the Trial Lawyers Association. I am the Chairperson for the EEOC Management Advisory Board for the Maimi District Office. I am AV rated by Martindale-Hubbell.

3. I, along with Stanley H. Wakshlag, Esq., were the lead attorneys for Publix Super Markets, Inc. in this action.

4. I make this declaration in support of the parties' joint motion for an order: (1) granting preliminary approval of the proposed Consent Decree; (2) conditionally certifying a settlement class; (3)

MI-169924 v1 0437305-0501

directing notice to the settlement class; and (4) scheduling a fairness hearing on the final approval of the proposed Consent Decree. If called to testify, I could testify competently to the facts in this declaration.

5.   I am a 1984 graduate of Florida State University with a degree in multinational business, and a 1988 graduate of the University of Miami School of Law.

6.   I have extensive experience in litigation issues regarding the American with Disabilities Act (the "ADA") as well as other civil rights issues, having litigated in excess of 50 such cases in the past 11 years, including two reported opinions: *Access Now, Inc. v. South Florida Stadium Corp.*, 161 F.Supp.2d 1357 (S.D. Fla. 2001); *Johanson v. Huizenga Holdings*, 963 F.Supp. 1175 (S.D. Fla. 1997). I have also testified before the Access Board, the federal agency charged with the responsibility of drafting and implementing amended regulations under Title III of the ADA, and have lectured extensively on the subject.

7.   In April 1998, an action was filed against Publix concerning alleged accessibility violations and other related issues within the meaning of Title III of the Americans with Disabilities Act, 42 U.S.C. §12101 et seq. (the "ADA"), in the United States District Court for the Southern District of Florida, Miami Division, Case Number 98-917-CIV-HOEVELER against Publix for enforcement of the rights and obligations established by Title III of the ADA (the "Lawsuit"). By the Lawsuit, the plaintiffs claimed that Publix discriminated against a class of disabled individuals and violated Title III of the ADA by alleging that Publix had failed to make seven of its stores in South and North Florida inaccessible to individuals with disabilities.

8.   On June 17, 1998, Publix answered the Complaint and denied all of the allegations set forth therein.

9.   On January 21, 1999, the plaintiffs requested leave of the Court to file an amended complaint to include an additional fifty-seven (57) stores. On February 18, 1999, Defendant answered the Amended Complaint and denied that it had violated the ADA and/or that its stores were inaccessible to individuals with disabilities.

10. On May 10, 1999, plaintiffs filed a motion seeking class certification pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure. On May 13, 1999, the Court stayed the motion to allow the parties to fully explore, and finalize, settlement.

11. Thereafter, the parties commenced extensive settlement negotiations. During the course of those negotiations, the plaintiffs were represented by Class Counsel, William N. Charouhis, Esq. Mr. Charouhis and counsel for Publix engaged in lengthy, complicated and intense arm-length negotiations regarding accessibility issues at Publix supermarkets in Florida, Georgia, Alabama, South Carolina, and Tennessee. I, along with Mr. Wakshlag and other attorneys in my office, spent multiple hours in protracted and complex negotiations with Class Counsel and Class Expert and have exchanged numerous drafts of the Consent Decree and attached exhibits prior to its execution by the parties. Throughout the extensive settlement process, the parties referred to and relied upon court approved settlement terms in class action litigation in the Southern District of Florida in formulating the terms of the Consent Decree.

12. At the commencement of the Lawsuit, Publix hired James A. DiLuigi, AIA, Vice-President of Universal Designers & Consultants ("UDC"), a premier architectural and consulting firm with extensive experience in addressing ADA compliance and accessibility issues. Publix relied extensively on Mr. DiLuigi's expertise with regard to the alleged accessibility items raised by the plaintiffs in the Lawsuit and the plausible solutions thereto. Mr. DiLuigi has vast experience as an ADA expert, including prior experience as an ADA expert in the context of class actions. In fact, Mr. DiLuigi was the ADA expert for the defendants in several lawsuits that have been certified as settlement class actions in the Southern District of Florida. *See, e.g., Association for Disabled Americans, Inc. v. Amoco Oil Company*, 211 F.R.D. 457 (S.D. Fla. 2002); *American Disability Association, Inc. v . BFS Retail & Commercial Operations, LLC*, Case Number 01-6529-CIV-HUCK (S.D. Fla. 2002).

13. Plaintiffs also retained their own expert: Michael Brennan, M.A., L.M.H.C., C.R.C., C.C.M..

14. Throughout the course of the negotiations, Mr. DiLuigi, as Publix' expert, and Mr. Brennan, as the Class Expert, conferred extensively regarding various accessibility items and reviewed and approved the Consent Decree and its attendant exhibits.

15. Therefore, the Consent Decree is the product of several years of drawn-out and complicated negotiations that included the exchange of information and multiple drafts of the Consent Decree and its attendant exhibits, substantial input by the respective experts, a day-long mediation conference before a private mediator, and a two-day mediation conference before Magistrate Turnoff. The terms of the Consent Decree were finalized at the two-day mediation conference.

16. The Consent Decree executed by the parties represents a fair and reasonable resolution for all the parties. Under the Consent Decree, Publix is obligated to undertake, at a substantial cost, extensive accessibility modifications to its supermarkets in Florida, Georgia, Alabama, South Carolina, and Tennessee. Additionally, Publix, although not required to do so, in certain circumstances, will implement accessibility modifications that are presently not required by the ADA. Publix has also agreed to pay Class Counsel and Class Expert a reasonable monetary amount for the fees and costs they have incurred, to date, in negotiation and finalizing the Consent Decree. Publix will also pay for the costs associated with notifying the class members of the instant settlement as set forth in the Consent Decree. Lastly, Publix has also agreed to pay Class Counsel and Class Expert a certain total fixed sum for the fees and costs they incur in monitoring Publix' compliance with the Consent Decree.

17. It is my opinion, as counsel for Publix, that the Consent Decree is extremely fair to the plaintiffs. The Consent Decree avoids continuing litigation expenditures that would continue to accrue and, in certain circumstances, provides for additional relief to the plaintiffs than that presently required by the ADA.

18. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of March, 2005.

_____
CAROL C. LUMPKIN

# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 98-917-CIV-HOEVELER/DUBE

ASSOCIATION FOR DISABLED AMERICANS, INC.,
DANIEL RUIZ, JORGE LUIS RODRIGUEZ THOMAS
SCHMOKEL, VATRICE RIVERA, and PAT KENNEDY
On Their Own Behalf And On Behalf Of All Other
Individuals Similarly Situated,

      Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC.

      Defendant.

_____/

## DECLARATION OF WILLIAM N. CHAROUHIS, ESQ.

I, William N. Charouhis, Esq., declare as follows:

1.      I am Class Counsel in the above styled action.  As such, I am familiar with and have personal knowledge of this matter and the facts stated herein.

2.      I am an attorney licensed to practice law in the State of Florida and currently I am a member in good standing with the Florida Bar.  I am admitted to the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida, and the United States Supreme Court.  I have been assigned by Martindale-Hubbell an AV.

3.      I make this declaration in support of the parties' joint motion for an order (1) granting preliminary approval of the proposed consent decrees; (2) conditionally certifying a settlement class; (3) directing notice to the class; and (4) scheduling a fairness hearing on the final approval of the proposed consent decree.  If called to testify, I could testify competently to the facts in this declaration.

4.      I am a 1981 graduate of Emory University with a degree in finance and a 1985 graduate of the University of Miami School of Law.

5.      I have extensive experience in litigation issues regarding the Americans with Disabilities Act ("ADA") as well as other civil rights issues, having litigated in excess of 250 such cases, including several ADA class actions, in the past eight years.

6.      I have represented the plaintiffs in this matter on a number of matters related to the enforcement and prosecution of the rights afforded disabled persons under the ADA.

7.      I have extensive experience litigating issues under the ADA on behalf of the plaintiffs in this matter, including class representation for the enforcement of the rights and obligations afforded under the ADA including locations similar to Publix Supermarkets.

8.      In 1998 I was contacted by the Class Plaintiffs regarding certain possible violations of Title III of the ADA by Publix.

9.      After being contacted by Class Plaintiffs regarding the possible violations of the ADA by the Defendant, based upon my prior experience and expertise, I undertook to investigate with an ADA expert the claims of Defendant's possible violations of the ADA.  In December, 1998, after a careful review and examination by both myself and an expert, a complaint was filed in the United States District Court for the Southern District of Florida, Case No. 98-917-CIV-HOEVELER,

2

against the Defendant for the enforcement of the rights and obligations established by the ADA ("suit").

10.     Publix answered the Complaint on June 17, 2998 and denied that it had violated the ADA.

11.     In 1999, the Defendant, along with its counsel, and the undersigned began negotiations regarding accessibility at Defendant's locations and other related issues.

12.     Extensive negotiations between the parties took place between 1999 and October, 2002 when the final terms of the Consent Decree were agreed-upon after a two-day mediation conference before Magistrate Turnoff.  During the course of those negotiations, Defendant was primarily represented by Carol Lumpkin, Esq, now of Littler Mendelson.  At all times, I was the lead negotiator for the Class Plaintiffs.

13.     The proposed Consent Decree was the result of extremely detailed and intense arms-length negotiation over a 3½ year period.  Throughout this period, I met with counsel for the Defendant regarding the issues raised by the Class Plaintiffs.  Throughout this time, all parties conferred with and heavily relied upon the expertise of their experts regarding the accessibility issues raised by the Class Plaintiffs and plausible accessibility modifications.  Throughout this time period, the parties, along with their experts, surveyed various sample locations of Defendant's grocery stores to ascertain the possibility of making certain modifications to the premises for purposes of increasing accessibility.

14.     The Consent Decree, along with attached exhibits, was also the subject of very specific negotiations.  Specifically, the Consent Decree is the product of several years of negotiations, a day-long mediation conference before a private mediator and a two-day mediation conference before Magistrate Turnoff.  The Consent Decree represents the good faith efforts of all

parties to enter into a settlement whereby all parties who may have standing under the ADA would find all of Defendant's supermarkets to be accessible and in compliance with the ADA.

15.     The Consent Decree represents a fair and quite reasonable resolution for all of the parties and the Settlement Class. Under the Consent Decree, Defendant will undertake, at substantial expense, extensive obligations to cure the alleged ADA deficiencies at all of its supermarkets, not just those listed in the Amended Complaint. Additionally, the Consent Decree provides for certain accessibility modifications hat are not presently required by the ADA or its implementing regulations. The Consent Decree represents the most efficient and thorough way for all class members and all other individuals with disabilities to enjoy full accessibility to Defendant's supermarkets as required by the ADA. Without such a Consent Decree, piecemeal litigation would ensue which would result in significant delay, would increase litigation expenses and costs exponentially, and would disfavor full and adequate accessibility to as many qualified persons under the ADA as possible and would deprive the qualified persons form the additional modifications athat Publix is now willing to implement but that are not presently required by the ADA.

16.     The Consent Decree also allows Plaintiffs to inspect random samples of Defendant's supermarkets to insure compliance with the Consent Decree. At the two-day mediation conference, Publix agreed to assist plaintiffs with the formulation of an Inspection Report to utilize during the inspection process. The Inspection Report was drafted, reviewed, and finalized by the respective experts and counsel and was field-tested in August 2003 in several stores in the Tampa, Florida region. Defendant also has agreed to promulgate and implement written policies regarding Title III of the ADA.

17.     The provisions of the Consent Decree insure that the injunctive relief provided by the Consent Decree will be enforced. Those particular provisions of the Consent Decree, as well as the

others contained therein, represent several years of negotiating precise language regarding implementation, including inspection of modified grocery stores, forms for providing notice to class members, and other issues regarding ADA compliance and enforcement.

18.    Throughout the negotiation process, the parties voluntarily exchanged information and documents, including those provided and created by experts, in order to achieve full disclosure prior to the execution of the Consent Decree. Any information I received informally from Defendant during the course of negotiations was information I would have received in discovery. It was received in a manner far more efficient and cost effective than formal discovery.

19.    As an experienced litigator in the issues surrounding the ADA, it was my opinion, as well as the Class Plaintiffs, that the Consent Decree is more than fair and adequate in curing the ADA issues which exist at Defendant's supermarkets.

20.    Plaintiffs were given no financial incentive to enter into the Consent Decree.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and this declaration was executed in Miami, Florida on _March 1_, 2005.

WILLIAM N. CHAROUHIS, ESQ.

L.\7092\PLEADING\Declaration of William N. Charouhis, Esq [3][101504].wpd

5