FILED by SW D.C.
ELECTRONIC

Jul 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 98-917-CIV-HOEVELER

ASSOCIATION FOR DISABLED
AMERICANS, INC., *et al.,*

    Plaintiffs,

vs.

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

## JOINT STIPULATION TO AMEND SETTLEMENT CLASS DEFINITION IN PROPOSED CONSENT DECREE

    Plaintiffs, Jorge Luis Rodriguez, Thomas Schmokel, Robert Cohen, Vatrice Rivera, Pat Kennedy, Daniel Ruiz, on their own behalf and on behalf of all other individuals similarly situated, and the Association for Disabled Americans (collectively, the "Plaintiffs") and Defendant, Publix Super Markets, Inc. ("Publix"), pursuant to Rule 23(c) of the Federal Rules of Civil Procedure, hereby jointly stipulate as follows:

    1.    On March 2, 2005, the Parties submitted their proposed Consent Decree along with their Joint Motion for Order Granting Preliminary Approval of the Proposed Consent Decree; Conditionally Certifying the Settlement Class; Directing Notice to the Class; and Scheduling a Fairness Hearing (the "Joint Motion").

    2.    On March 8, 2005, the Court granted preliminary approval of the Consent Decree, conditionally certified the settlement class, approved the parties' Notice of Proposed Class Action Settlement and Consent Decree (the "Class Notice"), and scheduled the Fairness Hearing

for July 22, 2005 at 10:00 a.m.  On March 29, 2005, in accordance with the Court's Order of March 8, 2005, the Clerk of the Court executed the Class Notice.

3. In accordance with the Court's Order of March 8, 2005, Rule 23 of the Federal Rules of Civil Procedure and Section 22.4 of the Consent Decree, Publix proceeded to publish copies of the Class Notice in various newspapers in the Geographic Area[1] and advocacy websites for individuals with disabilities.  Publix also posted a copy of the Class Notice in each of its more than eight hundred stores.  Additionally, copies of the Class Notice were placed onto an alternative format for individuals with visual impairments.  Members of the settlement class were required to file any objections to the final approval of the Consent Decree by June 8, 2005.  The parties had until July 6, 2005 to file their written responses to the objections.

4. No objections were filed with the Court thereby obviating the need for the parties to file any written responses by July 6, 2005.

5. During the notice period, counsel for Publix was contacted by only one possible objector – the American Council of the Blind.  As a result of subsequent lengthy negotiations, the parties agreed to modify the definition of the Settlement Class set forth in Section 5.23 of the Consent Decree to exclude individuals with visual impairments.

6. Accordingly, the parties hereby stipulate that Section 5.23 should be amended to read as follows:

> **"Settlement Class"** means all persons with mobility, dexterity, and/or hearing disabilities, as defined by the ADA or under any state or local law within the Geographic Area, who have or claim they have, or will have or will claim they have been, prior to and during the term of this Decree the right to assert a claim under Title III of the ADA and/or state or local statutes regarding accessibility against PUBLIX.

---

[1] Copies of the Class Notice were published on April 26, 2005 in the *Miami Herald, Fort Lauderdale Sun-Sentinel, Tampa Tribune, Orlando Sentinel, Florida Times-Union, Atlanta Journal Constitution, Birmingham Post-Herald, Charleston Post (Courier),* and the *Nashville Tennessean.*.

CASE NO. 98-917-CIV-HOEVELER

7. No other amendments are proposed to the Consent Decree or its attendant exhibits.

**LAW OFFICES OF WILLIAM N. CHAROUHIS & ASSOCIATES, LLC**
Class Counsel
201 S. Biscayne Boulevard
28th Floor
Miami, Florida 33131
Phone: (305) 913-7523
Fax: (305) 913-6452

By: By:  s/Judd J. Goldberg w/permission
          William N. Charouhis, Esq.
          Florida Bar No.510076

and

**KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP**
Attorneys for Defendant
201 South Biscayne Blvd., 20th Floor
Miami, Florida 33131
Phone: (305) 539-3300
Fax: (305) 358-7095

By:  s/Judd J. Goldberg
          Carol C. Lumpkin, Esq.
          Florida Bar No.797448
          Judd J. Goldberg, Esq.
          Florida Bar No. 0115924

and

   Stanley H. Wakshlag, Esq.
   **AKERMAN SENTERFITT & EIDSON, P.A.**
   Suntrust International Center
   One Southeast Third Avenue
   Miami, FL 33131-1714
   Telephone: (305) 374-5600
   Facsimile:   (305) 374-5095

3

CASE NO. 98-917-CIV-HOEVELER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail upon Stanley H. Wakshlag, Esq., Akerman Senterfitt, SunTrust International Center 28th Floor, One SE Third Avenue, Miami, Florida 33131-1704; Todd W. Shulby, Esq., 12555 Orange Drive, Suite 270, Davie, Florida 33330-4304; William N. Charouhis, Esq., 201 S. Biscayne Boulevard, 28th Floor, Miami, Florida 33131, on this 7th day of July, 2005.

                                                          s/Judd J. Goldberg
                                                           Judd J. Goldberg