98-917-CV-WMH

april 27, 2005

I object to the proposed Consent Decree in the Association for Disabled Americans Inc. et al. v Publix Super Markets, Case number 98-917 CIV-HOEVELER, U.S District Court, Southern District of Florida, Miami Division.

To Whom It May Concern;

I saw your ad in The News & Courier Paper in Chas. S.C. & wanted to put my claim in, I don't know if I would qualify or not, during 1992-99 I had tryed alot of times to shop at Publix in Mt. Pleasant, the doors were not wide enough for wheelchairs, and the sidewalks didn't have ramps to get on the sidewalks, Once inside you couldn't get into the restroom due to the doors & stalls, so I finally gave up on trying to go there!

Thank you & have a good day!

Darling DuBois
2215 Hayne St. #15
No. Chas. S.C.
29406

FILED by ___ D.C.
MAG. SEC.
JUL 1 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

This was received as a timely objection in April. It was sent up here w/out being docketed

2215 Hayne St. #15
No. Chas. S.C. 29406

Clerk of Court, U.S. District Court
Southern District of Florida
Miami Division
301 N. Miami Ave.
Miami, Florida 33128