UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-917-CIV-HOEVELER

**ASSOCIATION FOR DISABLED AMERICANS, INC., DANIEL RUIZ, JORGE LUIS RODRIGUEZ, THOMAS SCHMOKEL, ROBERT COHEN, VATRICE RIVERA, and PAT KENNEDY,**

    **Plaintiffs,**

v.

**PUBLIX SUPER MARKETS, INC.,**

    **Defendant,**

_____/

## FINAL ORDER CERTIFYING THE SETTLEMENT CLASS, AS AMENDED, APPROVING THE CONSENT DECREE, AND CLOSING CASE

THIS CAUSE comes before the Court upon the submission of the parties' proposed findings of fact and conclusions of law. On July 22, 2005, this Court conducted a Fairness Hearing on the consent decree, and heard argument from one objector, Denny Wood. Although that objector had not filed a timely objection, this Court nevertheless permitted Mr. Wood to argue and to testify as to the nature of his objection. This Court also heard testimony from the experts hired by Plaintiffs and Defendant, and heard argument from counsel for the parties.

As noted by the Court at the Fairness Hearing, this Court has concluded that the Consent Decree should be approved. The parties' joint proposed findings of fact and conclusions of law, filed on July 21, 2005 (Docket Entry 142) are adopted, and

incorporated herein by reference. Thus, it is

ORDERED AND ADJUDGED that the Settlement Class be certified, as amended by this Court's order of this same date, and that the Consent Decree be approved. All other pending motions are hereby DENIED as moot. This case is now closed.

DONE AND ORDERED in Chambers in Miami this 29th day of July 2005.

*/s/ William M. Hoeveler*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished:
William Charouhis
Todd Shulby
Carol Lumpkin
Judd Goldberg
Stanley Wakshlag