United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Association for Disabled Americans, Inc., and others, Plaintiffs, <br><br> v. <br><br> Publix Super Markets, Inc., Defendant. | Civil Action No. 98-00917-Civ-Scola |

### Order Adopting Magistrate Judge's Report and Recommendation

The Court referred the Plaintiffs' motions for attorneys' fees and for extension of time to complete dispute resolution process (ECF Nos. 258, 259) and Defendant Publix Super Markets, Inc.'s motion to dismiss (ECF No. 268) to Magistrate Judge Jonathan Goodman for a report and recommendation. On May 3, 2023, Judge Goodman issued a report, recommending that the Court grant the Defendant's motion to dismiss and deny the Plaintiffs' motions as moot, finding that the Court no longer has jurisdiction over this action under the terms of the parties' consent decree. (Rep. & Rec. at 19-20, 33, ECF No. 279.) The Plaintiffs have not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation. (**ECF No. 279**.) The Court **grants** the motion to dismiss (**ECF No. 268**) and **denies as moot** the Plaintiffs' motions for attorneys' fees and for extension of time to complete dispute resolution process. (**ECF Nos. 258, 259**.) The Court **directs** the Clerk to **close** this case. Any pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on May 30, 2023.

Robert N. Scola, Jr.
United States District Judge